Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23664−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/18/21 at 10:00 AM

to consider and act upon the following:

*33* − Application For Retention of Professional Sharon Tolosa as Real Estate Agent Filed by John Richard Voorhees III on behalf of Cecilia Otero. Objection deadline is 3/1/2021. (Attachments: # 1 Certification Certificate of Professional # 2 Supplement Listing Agreement for Property # 3 Certificate of Service # 4 Proposed Order) (Voorhees, John)

*39* − Objection to Cecilia Otero's Application to Retain Sharon Tolosa as Realtor (related document:33 Application For Retention of Professional Sharon Tolosa as Real Estate Agent Filed by John Richard Voorhees III on behalf of Cecilia Otero. Objection deadline is 3/1/2021. (Attachments: # 1 Certification Certificate of Professional # 2 Supplement Listing Agreement for Property # 3 Certificate of Service # 4 Proposed Order) filed by Creditor Cecilia Otero) filed by Roger Chavez on behalf of Evaristo Burdiez. (Attachments: # 1 Exhibit A: Email from Valerie Callan dated February 27, 2021, confirming receipt of complaint against Sharon Tolosa # 2 Exhibit B: Time stamped text communications between Evaristo Burdiez and Jared Geist on November 3, 2020, between 6:45PM and 6:47PM # 3 Exhibit C: Email from Sharon Tolosa to Jared Geist, dated November 11, 2020 at 7:05PM # 4 Exhibit D: Letter from Sharon Tolosa, Keller Williams City Views Realty to Judge Steinhart, dated November 18, 2020 # 5 Exhibit E: Final Confirmation for the Writ of Possession Notice with Affidavit of Service # 6 Certification OF JEAN−EVERETT BURDIEZ IN SUPPORT OF DEBTORS OBJECTION TO CECILIA OTEROS APPLICATION TO RETAIN SHARON TOLOSA AS A PROFESSIONAL # 7 Certification OF CLAUDIA MARCELA DUQUE SALAZAR IN SUPPORT OF DEBTORS OBJECTION TO CECILIA OTEROS APPLICATION TO RETAIN SHARON TOLOSA AS A PROFESSIONAL # 8 Exhibit A: Certification of Claudia Marcela Duque Salazar, dated February 19, 2021, in Support of Debtor's Motion to Hold Cecilia Otero and Weinberg & Cooper, LLC in Contempt for Violating the Automatic Stay and for the Imposition of Sanctions # 9 Exhibit B: COVID−19 Positive Test Result for G. Salazar, dated February 7, 2021 # 10 Memorandum of Law # 11 Certificate of Service) (Chavez, Roger)

Dated: 3/2/21

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court