Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23664−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/18/21 at 10:00 AM

to consider and act upon the following:

*33* − Application For Retention of Professional Sharon Tolosa as Real Estate Agent Filed by John Richard Voorhees III on behalf of Cecilia Otero. Objection deadline is 3/1/2021. (Attachments: # 1 Certification Certificate of Professional # 2 Supplement Listing Agreement for Property # 3 Certificate of Service # 4 Proposed Order) (Voorhees, John)

*39* − Objection to Cecilia Otero's Application to Retain Sharon Tolosa as Realtor (related document:33 Application For Retention of Professional Sharon Tolosa as Real Estate Agent Filed by John Richard Voorhees III on behalf of Cecilia Otero. Objection deadline is 3/1/2021. (Attachments: # 1 Certification Certificate of Professional # 2 Supplement Listing Agreement for Property # 3 Certificate of Service # 4 Proposed Order) filed by Creditor Cecilia Otero) filed by Roger Chavez on behalf of Evaristo Burdiez. (Attachments: # 1 Exhibit A: Email from Valerie Callan dated February 27, 2021, confirming receipt of complaint against Sharon Tolosa # 2 Exhibit B: Time stamped text communications between Evaristo Burdiez and Jared Geist on November 3, 2020, between 6:45PM and 6:47PM # 3 Exhibit C: Email from Sharon Tolosa to Jared Geist, dated November 11, 2020 at 7:05PM # 4 Exhibit D: Letter from Sharon Tolosa, Keller Williams City Views Realty to Judge Steinhart, dated November 18, 2020 # 5 Exhibit E: Final Confirmation for the Writ of Possession Notice with Affidavit of Service # 6 Certification OF JEAN−EVERETT BURDIEZ IN SUPPORT OF DEBTORS OBJECTION TO CECILIA OTEROS APPLICATION TO RETAIN SHARON TOLOSA AS A PROFESSIONAL # 7 Certification OF CLAUDIA MARCELA DUQUE SALAZAR IN SUPPORT OF DEBTORS OBJECTION TO CECILIA OTEROS APPLICATION TO RETAIN SHARON TOLOSA AS A PROFESSIONAL # 8 Exhibit A: Certification of Claudia Marcela Duque Salazar, dated February 19, 2021, in Support of Debtor's Motion to Hold Cecilia Otero and Weinberg & Cooper, LLC in Contempt for Violating the Automatic Stay and for the Imposition of Sanctions # 9 Exhibit B: COVID−19 Positive Test Result for G. Salazar, dated February 7, 2021 # 10 Memorandum of Law # 11 Certificate of Service) (Chavez, Roger)

Dated: 3/2/21

                                                                      Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23664-VFP |
| Evaristo Burdiez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2021 | Form ID: ntchrgbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Cecilia Otero, 100 Old Palisade Rd, Fort Lee, NJ 07024-7064 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:58 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                 Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Richard Voorhees, III | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Mar 02, 2021     Form ID: ntchrgbk     Total Noticed: 3

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
    on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6