UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*By: John. R. Voorhees III, Esq.*
*1 Broad St,*
*Freehold NJ 07728*
*(844)-533-3367*
*info@focused law.com*
*Counsel for Creditor Cecilia Otero*

In Re:
Evaristo Burdiez

Case Number: 20-23664

Chapter: 13

Hearing Date:

Judge :   __VFP__

**Opposition to Debtor's Application to Shorten Time**

    Despite Counsel's claims, Creditor Otero has been working with the Lender to effectuate turn over of funds. The Lender has been adamant about not accepting the funds without proper procedure being followed. Prior to turn over, the Lender is requiring a Bank Adjustor to inspect the property to determine whether or not work needs to be performed. Creditor has had to go to great lengths to have the claim reopened with the Lender in order for this process to move forward. We are awaiting notification from the Lender as to when a Bank Adjustor can be sent to the property and will be requesting the debtor's cooperation when said time frame is known.

    Debtor's argument as to the stale date of the check is improper and does not warrant shortened time. Check will become stale in late June, 180 days after issuance. Given the gravity of the issues involved with Debtor's Motion, Creditor Otero respectfully requests that this Court deny Debtor's application to shorten time.

    Debtor's proposed buyers have been unsuccessfully attempting to purchase since 2019, and have failed continuously to secure funding with the same proposed lender. Debtor's proposed contract, made before the property even had the opportunity to be marketed, has been made in contravention of this Court's intention for the property to be subject to higher and better offers. Given recent increases in property values Creditor Otero intends to market the property for significantly more than $545,000.00.

    For the foregoing reasons, Creditor Otero respectfully requests that this Court deny Debtor's application shortening time.

Date: 3/5/2021              /s/John R. Voorhees III, Esq.

                                                                 Signature