Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23664−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/21 at 10:00 AM

to consider and act upon the following:

**43** − Motion re: to a) Approve Contract of Sale; b) Appoint Attorney−in−Fact for Cecilia Otero; c) Authorize Sale of Real Property Free and Clear of Judgment Liens; d) Declare Fire Insurance Proceeds as Property of the Chapter 13 Estate; and e) Compel Cecilia Otero to Turnover Fire Insurance Proceeds Check/Monies to Select Portfolio Servicing Filed by Roger Chavez on behalf of Evaristo Burdiez. (Attachments: # 1 Certification of Debtor in Support of Motion # 2 Exhibit A: Copy of Contract of Sale for Property, dated February 17, 2021 # 3 Exhibit B: Pre−Approval Qualification Letter from Family First Funding, dated February 16, 2021 # 4 Exhibit C: Email from John Voorhees to Roger Chavez, dated February 19, 2021 at 2:41PM # 5 Exhibit D: Unexecuted Contract of Sale for Property, dated November 29/30, 2020 # 6 Exhibit E: Email Thread involving John Voorhees, Roger Chavez, and Joe Petrolino, on February 25, 2021, 2:00PM transmission from Mr. Voorhees # 7 Exhibit F: Email from Andy Aslanian to Mario Dimondo, of Assurant, dated December 3, 2019 at 3:53PM # 8 Exhibit G: Mortgage, signed by Cecilia Otero and Evaristo Burdiez, dated March 10, 2006 # 9 Exhibit H: Certification of Cecilia of Otero, dated December 14, 2020 # 10 Certification of Debtor's Counsel in Support of Motion # 11 Exhibit A: Email thread between Roger Chavez and John Voorhees, dated February 19, 2021 # 12 Memorandum of Law # 13 Proposed Order) (Chavez, Roger)

Dated: 3/9/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Evaristo Burdiez  
    Debtor

Case No. 20-23664-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Mar 09, 2021     Form ID: ntchrgbk     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + Cecilia Otero, 100 Old Palisade Rd, Fort Lee, NJ 07024-7064 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2021 21:01:13 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Richard Voorhees, III | on behalf of Creditor Cecilia Otero bk@focusedlaw.com, bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |

Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: ntchrgbk | Total Noticed: 3 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
    on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6