| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FRANKLIN G. SOTO, ESQ.<br>BASTARRIKA, SOTO, GONZALEZ & SOMOHANO, LLP<br>434 21ST STREET<br>PATERSON, NEW JERSEY 07513<br>(973) 977-9919<br><br>ATTORNEY FOR CREDITORS, CLAUDIA MARCELA DUQUE-SALAZAR, GLORIA LILIANA ZALAZAR-ARBELAEZ AND JOSE FENIBAL DUQUE-CASTANO | |
| In Re:<br><br>EVARISTO BURDIEZ A/K/A EVARISTO BURDIEZ, JR.,<br><br>DEBTOR. | Case No.: 20-23664/VFP<br><br>Chapter 13<br><br>Judge: Vincent F. Papalia |

## APPLICATION FOR THE ENTRY OF A CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

Franklin G. Soto, Esq., of Bastarrika, Soto, Gonzalez & Somohano, LLP, attorneys for the creditors, Claudia Marcela Duque-Salazar, Gloria Liliana Zalazar-Arbelaez and Jose Fenibal Duque-Castano, respectfully represents to the Court as follows:

1) I am an attorney-at-law of the State of New Jersey and associated with the firm of Bastarrika, Soto, Gonzalez and Somohano, LLP, attorneys for the creditors in the above-captioned matter.

2) The Debtor has agreed to allow the creditors in the above-captioned matter to resume litigation as plaintiffs with respect to the specific performance action filed in the Superior Court of New Jersey, Chancery Division, Bergen County (Docket No. C-000208-20).

3) The parties have agreed that the automatic stay instituted upon the filing of the Debtor's petition shall not apply to any action by the above-captioned creditors to pursue the specific performance action; namely the legal matter entitled: "Claudia Marcela Duque-Salazar, Gloria Liliana Zalazar-Arbelaez and Jose Fenibal Duque-Castano v. Cecilia Otero and Evaristo Burdiez, Jr.," Docket No. C-000208-20, filed with the Superior Court of New Jersey, Chancery Division, Bergen County.

4) The Creditors respectfully requests that if the proposed Consent Order herewith meets with Your Honor's approval, that Your Honor execute the Order without any further hearing.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: March 10, 2021

FRANKLIN G. SOTO, ESQ.
BASTARRIKA, SOTO, GONZALEZ
& SOMOHANO, LLP
ATTORNEY FOR CREDITORS