**Order Filed on March 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re: | Case No.:       20-23664 (VFP) |
| EVARISTO BURDIEZ, | Chapter:        13 |
| | Hearing Date: March 18, 2021 |
| Debtor. | |
| | Judge:          Vincent F. Papalia |

## SUPPLEMENTAL ORDER TO
## FEBRUARY 18, 2021 ORDER DENYING CECILIA OTERO'S MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE WITHOUT PREJUDICE AND DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON CONDITIONS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 19, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case:       In re Evaristo Burdiez
Case No.:   20-23664 (VFP) (Chapter 13)
Re:         Supplemental Order to February 18, 2021 Order Denying Cecilia Otero's Motion to Dismiss Debtor's Chapter 13 Case Without Prejudice and Denying Motion for Relief from the Automatic Stay on Conditions

---

This matter having been opened by the Court *sua sponte* during a March 18, 2021 status conference in the captioned case in the presence of Roger Chavez, Esq., Counsel for the Debtor, and John R. Voorhees, III, Esq., Counsel for Creditor Cecilia Otero; and the Court having previously entered, after a February 4, 2021 hearing, a February 18, 2021 *Order Denying Cecelia Otero's Motion to Dismiss Debtor's Chapter 13 Case Without Prejudice and Denying Motion for Relief from the Automatic Stay with Conditions* (the "February 18, 2021 Order") [Dkt. No. 30]; (after a February 16, 2021 conference to resolve the form of Order); and having held a further conference on March 8, 2021 to address the scheduling of Debtor's *Motion to Approve a Contract of Sale* and for 365 River Road, Bogota, New Jersey and for related relief, now returnable on April 15, 2021 [Dkt. No. 43], and related issues; and the Court having conducted an additional status conference on March 18, 2021; and it appearing, based on the various submissions and reports of the parties that the February 18, 2021 Order should be supplemented to provide the additional relief set forth herein to promote its effectiveness; and for good cause shown; and for the reasons set forth on the record on March 18, 2021, it is

**ORDERED** that the February 18, 2021 Order is supplemented to require the Debtor and Cecilia Otero to reasonably cooperate with each other with respect to any and all insurance claims relating to the property commonly known as 365 River Road, Bogota, New Jersey (the "Property"), including (without limitation) any fire insurance claim(s) relating to the Property, and promptly comply with all reasonable requests for information and documents relating to: (i) the status of any and all such claims; (ii) the payment of any and all such claims and any conditions to payment; (iii) the repairs made and to be made to the Property; (iv) the costs of any such repairs; (iv) any claims or lien claims related to such repairs; and (v) the Debtor shall provide reasonable access to the Property for such purposes; and it is further

**ORDERED** that all other terms of the February 18, 2021 Order remain in full force and effect.