Order Filed on March 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>EVARISTO BURDIEZ,<br><br><br>Debtor. | Case No.:       20-23664 (VFP)<br><br>Chapter:         13<br><br>Hearing Date: March 18, 2021<br><br>Judge:           Vincent F. Papalia |

# SUPPLEMENTAL ORDER TO
# FEBRUARY 18, 2021 ORDER DENYING CECILIA OTERO'S MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE WITHOUT PREJUDICE AND DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON CONDITIONS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 19, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Case:         In re Evaristo Burdiez
Case No.:    20-23664 (VFP) (Chapter 13)
Re:          Supplemental Order to February 18, 2021 Order Denying Cecilia Otero's Motion to Dismiss Debtor's Chapter 13 Case Without Prejudice and Denying Motion for Relief from the Automatic Stay on Conditions

_____

This matter having been opened by the Court *sua sponte* during a March 18, 2021 status conference in the captioned case in the presence of Roger Chavez, Esq., Counsel for the Debtor, and John R. Voorhees, III, Esq., Counsel for Creditor Cecilia Otero; and the Court having previously entered, after a February 4, 2021 hearing, a February 18, 2021 *Order Denying Cecelia Otero's Motion to Dismiss Debtor's Chapter 13 Case Without Prejudice and Denying Motion for Relief from the Automatic Stay with Conditions* (the "February 18, 2021 Order") [Dkt. No. 30]; (after a February 16, 2021 conference to resolve the form of Order); and having held a further conference on March 8, 2021 to address the scheduling of Debtor's *Motion to Approve a Contract of Sale* and for 365 River Road, Bogota, New Jersey and for related relief, now returnable on April 15, 2021 [Dkt. No. 43], and related issues; and the Court having conducted an additional status conference on March 18, 2021; and it appearing, based on the various submissions and reports of the parties that the February 18, 2021 Order should be supplemented to provide the additional relief set forth herein to promote its effectiveness; and for good cause shown; and for the reasons set forth on the record on March 18, 2021, it is

**ORDERED** that the February 18, 2021 Order is supplemented to require the Debtor and Cecilia Otero to reasonably cooperate with each other with respect to any and all insurance claims relating to the property commonly known as 365 River Road, Bogota, New Jersey (the "Property"), including (without limitation) any fire insurance claim(s) relating to the Property, and promptly comply with all reasonable requests for information and documents relating to: (i) the status of any and all such claims; (ii) the payment of any and all such claims and any conditions to payment; (iii) the repairs made and to be made to the Property; (iv) the costs of any such repairs; (iv) any claims or lien claims related to such repairs; and (v) the Debtor shall provide reasonable access to the Property for such purposes; and it is further

**ORDERED** that all other terms of the February 18, 2021 Order remain in full force and effect.

United States Bankruptcy Court

District of New Jersey

In re:  
Evaristo Burdiez  
    Debtor

Case No. 20-23664-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 19, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| John Richard Voorhees, III | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 19, 2021 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Marie-Ann Greenberg
   on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
   on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9