Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23664−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on 4/15/21 at 11:00 AM

to consider and act upon the following:

*53* − Application re: For entry of a consent order granting relief from the automatic stay Filed by Franklin G. Soto on behalf of Jose Fenibal Duque−Castano, Gloria Liliana Salazar, Claudia Marcela Duque−Salazar. Objection deadline is 3/26/2021. (Soto, Franklin)

*55* − Document re: Creditor's Initial Objection to Proposed Consent Order (related document:53 Application (Generic) filed by Creditor Claudia Marcela Duque−Salazar, Creditor Gloria Liliana Salazar, Creditor Jose Fenibal Duque−Castano, 54 Certificate of Consent filed by Creditor Claudia Marcela Duque−Salazar, Creditor Gloria Liliana Salazar, Creditor Jose Fenibal Duque−Castano) filed by John Richard Voorhees III on behalf of Cecilia Otero. (Voorhees, John)

Dated: 3/29/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court