Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23664−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on 4/15/21 at 11:00 AM

to consider and act upon the following:

**53** − Application re: For entry of a consent order granting relief from the automatic stay Filed by Franklin G. Soto on behalf of Jose Fenibal Duque−Castano, Gloria Liliana Salazar, Claudia Marcela Duque−Salazar. Objection deadline is 3/26/2021. (Soto, Franklin)

**55** − Document re: Creditor's Initial Objection to Proposed Consent Order (related document:53 Application (Generic) filed by Creditor Claudia Marcela Duque−Salazar, Creditor Gloria Liliana Salazar, Creditor Jose Fenibal Duque−Castano, 54 Certificate of Consent filed by Creditor Claudia Marcela Duque−Salazar, Creditor Gloria Liliana Salazar, Creditor Jose Fenibal Duque−Castano) filed by John Richard Voorhees III on behalf of Cecilia Otero. (Voorhees, John)

Dated: 3/29/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-23664-VFP
Evaristo Burdiez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Mar 29, 2021  Form ID: ntchrgbk  Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Cecilia Otero, 100 Old Palisade Rd, Fort Lee, NJ 07024-7064 |
| cr | + | Claudia Marcela Duque-Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Gloria Liliana Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Jose Fenibal Duque-Castano, 365, 365 River Road, Bogota, NJ 07603-1017 |
| r | + | Keller Williams, 2200 Fletcher Avenue, Suite 502, Fort Lee, NJ 07024-5016 |
| intp | + | Melissa Cohen, Esq, c/o Cohn Lifland Pearlman Herrmann, Park 80 West - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| cr | + | Weinberg & Cooper, LLC, c/o Cohn Lifland Pearlman Herrmann, Park 80 Wet - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:21:22 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 29, 2021 | Form ID: ntchrgbk | Total Noticed: 9 |

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen Esq ap@njlawfirm.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| John Richard Voorhees, III | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Roger Chavez | on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11