UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

**Order Filed on April 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____

Chapter: _____

Judge: _____

# ORDER AUTHORIZING RETENTION OF

_____

The relief set forth on the following page is **ORDERED**.

**DATED: April 16, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____

as _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: _____

   _____

   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court

5. *The Court notes that the Debtor and Ms. Otero are separately represented by their own counsel in these bankruptcy proceedings. Accordingly, to the extent that there are issues between the Debtor and Ms. Otero with respect to the Contract of Sale for the subject property that require discussions or negotiations between those two parties (e.g., the chandelier), they can and should be advised and represented by their separate counsel, without requiring Ms. Cadre to become involved in any such discussions or negotiations on behalf of either party, other than to document the agreement or understanding in the Contract of Sale and undertake other related acts necessary to finalize, execute and implement the terms of the Contract of Sale. Further, the Court suggests that to the extent there are any such issues between the Debtor and Ms. Otero, they should be handled with Ms. Cadre though each party's bankrutpcy counsel.

*rev.8/1/15*