UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Patel Soltis & Cardenas LLC
By: John R. Voorhees III, Esq
1 Broad St., Suite 5
Freehold NJ, 07728
info@focusedlaw.com
844-533-3367

Order Filed on April 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Evaristo Burdiez,

Debtor.

Case No.: 20-23664

Chapter: 13

Judge: VFP

## ORDER AUTHORIZING RETENTION OF

_____ Jill Cadre _____

The relief set forth on the following page is **ORDERED**.

**DATED: April 16, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____Jill Cadre_____

as _Real Estate Attorney for Debtor and Ms. Otero*_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   400 Sylvan Avenue, Suite 201,
   
   Englewood Cliffs, NJ 07632.

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court

5. *The Court notes that the Debtor and Ms. Otero are separately represented by their own counsel in these bankruptcy proceedings. Accordingly, to the extent that there are issues between the Debtor and Ms. Otero with respect to the Contract of Sale for the subject property that require discussions or negotiations between those two parties (e.g., the chandelier), they can and should be advised and represented by their separate counsel, without requiring Ms. Cadre to become involved in any such discussions or negotiations on behalf of either party, other than to document the agreement or understanding in the Contract of Sale and undertake other related acts necessary to finalize, execute and implement the terms of the Contract of Sale. Further, the Court suggests that to the extent there are any such issues between the Debtor and Ms. Otero, they should be handled with Ms. Cadre though each party's bankrutpcy counsel.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-23664-VFP

Evaristo Burdiez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Apr 16, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

**Name**  **Email Address**

Alex A Pisarevsky
    on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com

Alex A Pisarevsky
    on behalf of Interested Party Melissa Cohen  Esq ap@njlawfirm.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Franklin G. Soto
    on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com

Franklin G. Soto
    on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com

Franklin G. Soto
    on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 16, 2021 | Form ID: pdf903 | Total Noticed: 1

John Richard Voorhees, III
    on behalf of Creditor Cecilia Otero bk@focusedlaw.com
    bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
    on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11