UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTOR, EVARISTO BURDIEZ

**Order Filed on April 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 20-23664/VFP |
| --- | --- |
| EVARISTO BURDIEZ, | Chapter 13 |
| | Hearing Date: April 15, 2021 @ 11:00AM |
| Debtor. | Judge: Vincent F. Papalia |

### ORDER: A) MODIFYING CECILIA OTERO'S PROOF OF CLAIM (CLAIM NO. 2); B) EXPUNGING SELECT PORTFOLIO SERVICING'S PROOF OF CLAIM (CLAIM NO. 3); AND C) DENYING SANCTIONS AGAINST CECILIA OTERO AND PATEL, SOLTIS, CARDENAS & BOST

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 22, 2021**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Debtor:**      **EVARISTO BURDIEZ**
**Chapter 13   |   Case No. 20-23664/VFP**
**Caption of Order:   ORDER: A) MODIFYING CECILIA OTERO'S PROOF OF CLAIM (CLAIM NO. 2) B) EXPUNGING SELECT PORTFOLIO SERVICING'S PROOF OF CLAIM (CLAIM NO. 3); AND C) DENYING SANCTIONS AGAINST CECILIA OTERO AND PATEL, SOLTIS, CARDENAS & BOST**

_____

This matter having been opened to the Court by Roger Chavez, Esq., attorney for Debtor, Evaristo Burdiez, upon the filing of Debtor's Motion (the "Motion")to: A) Modify Cecilia Otero's Proof of Claim (Claim No. 2); B) Expunge Select Portfolio Servicing's Proof of Claim (Claim No. 3); and, C) Impose Sanctions Against Cecilia Otero and Patel, Soltis, Cardenas & Bost pursuant to 28 U.S.C. §1927 and/or 11 U.S.C. §105(a), and a copy of said Motion having been served upon Cecilia Otero and her attorney, John Voorhees, Esq., and coming before the Honorable Vincent F. Papalia for hearing on April 15, 2021 (the "Hearing"); and the Court having considered the submissions of the parties and the arguments of counsel; and for the reasons set forth on the record at the Hearing, and for good cause appearing:

**IT IS ORDERED THAT:**

1.  Claim Number 2-Cecilia Otero (Total Amount: $6,650.00-Unsecured).   This claim is hereby reduced to $5,300.00. The Chapter 13 Standing Trustee shall place this claim on reserve and is directed to withhold distribution to Ms. Otero pending the final resolution of Debtor's appeal of Judge Mark T. Janeczko's Order, dated August 21, 2020.

2.  Claim Number 3-Select Portfolio Servicing (Total Amount: $466,533.35 | Pre-petion Arrears: $25,143.04-Secured).   This claim is hereby expunged in its entirety from the claims registry.

**Debtor:**        **EVARISTO BURDIEZ**
**Chapter 13    |    Case No. 20-23664/VFP**
**Caption of Order:    ORDER: A) MODIFYING CECILIA OTERO'S PROOF OF CLAIM (CLAIM NO. 2); B) EXPUNGING SELECT PORTFOLIO SERVICING'S PROOF OF CLAIM (CLAIM NO. 3); AND C) DENYING SANCTIONS AGAINST CECILIA OTERO AND PATEL, SOLTIS, CARDENAS & BOST**

---

      **IT IS FURTHER ORDERED:** that Debtor's request for sanctions against Cecilia Otero and Patel, Soltis, Cardenas & Bost pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 1927 is denied.

      **IT IS SO ORDERED, ADJUDGED AND DECREED.**