UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTOR, EVARISTO BURDIEZ

**Order Filed on April 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 20-23664/VFP |
|---|---|
| EVARISTO BURDIEZ, | Chapter 13 |
| | Hearing Date: April 15, 2021 @ 11:00AM |
| Debtor. | Judge: Vincent F. Papalia |

### ORDER: A) MODIFYING CECILIA OTERO'S PROOF OF CLAIM (CLAIM NO. 2); B) EXPUNGING SELECT PORTFOLIO SERVICING'S PROOF OF CLAIM (CLAIM NO. 3); AND C) DENYING SANCTIONS AGAINST CECILIA OTERO AND PATEL, SOLTIS, CARDENAS & BOST

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 22, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Debtor:        EVARISTO BURDIEZ**
**Chapter 13    |    Case No. 20-23664/VFP**
**Caption of Order:    ORDER: A) MODIFYING CECILIA OTERO'S PROOF OF CLAIM**
**(CLAIM NO. 2) B) EXPUNGING SELECT PORTFOLIO SERVICING'S PROOF OF**
**CLAIM (CLAIM NO. 3); AND C) DENYING SANCTIONS AGAINST CECILIA OTERO**
**AND PATEL, SOLTIS, CARDENAS & BOST**

_____

This matter having been opened to the Court by Roger Chavez, Esq., attorney for Debtor,

Evaristo Burdiez, upon the filing of Debtor's Motion (the "Motion")to: A) Modify Cecilia Otero's

Proof of Claim (Claim No. 2); B) Expunge Select Portfolio Servicing's Proof of Claim (Claim No.

3); and, C) Impose Sanctions Against Cecilia Otero and Patel, Soltis, Cardenas & Bost pursuant

to 28 U.S.C. §1927 and/or 11 U.S.C. §105(a), and a copy of said Motion having been served upon

Cecilia Otero and her attorney, John Voorhees, Esq., and coming before the Honorable Vincent F.

Papalia for hearing on April 15, 2021 (the "Hearing"); and the Court having considered the

submissions of the parties and the arguments of counsel; and for the reasons set forth on the record

at the Hearing, and for good cause appearing:

**IT IS ORDERED THAT:**

1. <u>Claim Number 2-Cecilia Otero</u> (Total Amount: $6,650.00-
   Unsecured).  This claim is hereby reduced to $5,300.00. The
   Chapter 13 Standing Trustee shall place this claim on reserve and is
   directed to withhold distribution to Ms. Otero pending the final
   resolution of Debtor's appeal of Judge Mark T. Janeczko's Order,
   dated August 21, 2020.

2. <u>Claim Number 3-Select Portfolio Servicing</u> (Total Amount:
   $466,533.35 | Pre-petion Arrears: $25,143.04-Secured).  This claim
   is hereby expunged in its entirety from the claims registry.

**Debtor:**        **EVARISTO BURDIEZ**
**Chapter 13    |    Case No. 20-23664/VFP**
**Caption of Order:    ORDER: A) MODIFYING CECILIA OTERO'S PROOF OF CLAIM (CLAIM NO. 2); B) EXPUNGING SELECT PORTFOLIO SERVICING'S PROOF OF CLAIM (CLAIM NO. 3); AND C) DENYING SANCTIONS AGAINST CECILIA OTERO AND PATEL, SOLTIS, CARDENAS & BOST**

_____

        **IT IS FURTHER ORDERED:** that Debtor's request for sanctions against Cecilia Otero

and Patel, Soltis, Cardenas & Bost pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 1927 is denied.


        **IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-23664-VFP

Evaristo Burdiez                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                    Page 1 of 2
Date Rcvd: Apr 22, 2021                     Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

**Recip ID**              **Recipient Name and Address**
db                  +  Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

**Name**                    **Email Address**
Alex A Pisarevsky
                      on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com

Alex A Pisarevsky
                      on behalf of Interested Party Melissa Cohen  Esq ap@njlawfirm.com

Denise E. Carlon
                      on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Franklin G. Soto
                      on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto
                      on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto
                      on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

User: admin
Date Rcvd: Apr 22, 2021    Form ID: pdf903    Total Noticed: 1

John Richard Voorhees, III
        on behalf of Creditor Cecilia Otero bk@focusedlaw.com
        bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Marie-Ann Greenberg
        on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
        on behalf of Debtor Evaristo Burdiez rchavez01@aol.com  rchavez@chavezlegal.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11