| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Roger Chavez, Esq. (RC4040)<br>The National Newark Building<br>744 Broad Street, Suite 1600<br>Newark, NJ 07102<br>(973) 735-0530<br>Attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr. | Order Filed on June 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.,<br><br>Debtor. | Case No.: 20-23664/VFP<br><br>Chapter 13<br><br>Hearing Date: 6/3/21 @ 10:00AM<br><br>Judge: Vincent F. Papalia |

## ORDER EXPUNGING LT ASSET RECOVERY LLC'S PROOF OF CLAIM (CLAIM NO. 11 ON THE REGISTRY)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Debtor:** Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.
**Chapter 13  |  Case No. 20-23664/VFP**
**Caption of Order: ORDER EXPUNGING LT ASSET RECOVERY LLC'S PROOF OF CLAIM (CLAIM NO. 11 ON THE REGISTRY)**

---

This matter having been opened to the Court by Roger Chavez, attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr., upon the filing of the Debtors' Motion to Expunge LT Asset Recovery LLC's Proof of Claim; and copy of said Motion having been served upon the respective creditor whose rights are affected by the proposed claim modification; and upon consideration of the Certification of Debtor in Support of their Motion; and it appearing that the relief requested in the Debtors' Motion is warranted:

**IT IS THEREFORE ORDERED THAT:**

1. Claim Number 11-LT Asset Recovery LLC (Total Amount: $14,041.62-Unsecured). This claim is hereby disallowed and expunged in its entirety from the Debtors' claims registry.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**