| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Roger Chavez, Esq. (RC4040)<br>The National Newark Building<br>744 Broad Street, Suite 1600<br>Newark, NJ 07102<br>(973) 735-0530<br>Attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr. | **Order Filed on June 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.,<br><br>Debtor. | Case No.: 20-23664/VFP<br><br>Chapter 13<br><br>Hearing Date: 6/3/21 @ 10:00AM<br><br>Judge: Vincent F. Papalia |

### ORDER EXPUNGING TAL INTERNATIONAL CONTAINER CORP.'S PROOF OF CLAIM (CLAIM NO. 17 ON THE REGISTRY)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:   Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.
Chapter 13   |   Case No. 20-23664/VFP
Caption of Order: ORDER EXPUNGING TAL INTERNATIONAL CONTAINER CORP.'S PROOF OF CLAIM (CLAIM NO. 17 ON THE REGISTRY)

This matter having been opened to the Court by Roger Chavez, attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr., upon the filing of the Debtors' Motion to Expunge TAL International Container Corp.'s Proof of Claim; and copy of said Motion having been served upon the respective creditor whose rights are affected by the proposed claim modification; and upon consideration of the Certification of Debtor in Support of their Motion; and it appearing that the relief requested in the Debtors' Motion is warranted:

**IT IS THEREFORE ORDERED THAT:**

1. <u>Claim Number 17-TAL International Container Corp</u>. (Total Amount: $100,000.00-Unsecured). This claim is hereby disallowed and expunged in its entirety from the Debtors' claims registry.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**