| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Roger Chavez, Esq. (RC4040)<br>The National Newark Building<br>744 Broad Street, Suite 1600<br>Newark, NJ 07102<br>(973) 735-0530<br>Attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr. | <br><br>Order Filed on June 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.,<br><br>Debtor. | Case No.: 20-23664/VFP<br><br>Chapter 13<br><br>Hearing Date: 6/3/21 @ 10:00AM<br><br>Judge: Vincent F. Papalia |

# ORDER EXPUNGING LT ASSET RECOVERY LLC'S PROOF OF CLAIM (CLAIM NO. 11 ON THE REGISTRY)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:     Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.
Chapter 13     |     Case No. 20-23664/VFP
Caption of Order: **ORDER EXPUNGING LT ASSET RECOVERY LLC'S PROOF OF CLAIM (CLAIM NO. 11 ON THE REGISTRY)**
_____

This matter having been opened to the Court by Roger Chavez, attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr., upon the filing of the Debtors' Motion to Expunge LT Asset Recovery LLC's Proof of Claim; and copy of said Motion having been served upon the respective creditor whose rights are affected by the proposed claim modification; and upon consideration of the Certification of Debtor in Support of their Motion; and it appearing that the relief requested in the Debtors' Motion is warranted:

**IT IS THEREFORE ORDERED THAT:**

1. Claim Number 11-LT Asset Recovery LLC (Total Amount: $14,041.62-Unsecured). This claim is hereby disallowed and expunged in its entirety from the Debtors' claims registry.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23664-VFP |
| Evaristo Burdiez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen Esq ap@njlawfirm.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |

| | |
|---|---|
| John Richard Voorhees, III | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Roger Chavez | on behalf of Debtor Evaristo Burdiez rchavez01@aol.com  rchavez@chavezlegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11