| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust | Order Filed on June 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Evaristo Burdiez,<br><br>Debtor. | Case No.: 20-23664 VFP<br>Adv. No.:<br>Hearing Date: 6/3/2021 @ 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

# CONSENT ORDER RESOLVING OBJECTION TO MOTION TO EXPUNGE CLAIM OF U.S. BANK TRUST NATIONAL ASSOCATION AS TRUSTEE FOR GIFM HOLDINGS TRUST (CLAIM # 14)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:      Evaristo Burdiez
Case No.:    20-23664 VFP
Caption:     **CONSENT ORDER RESOLVING OBJECTION TO MOTION TO EXPUNGE CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GIFM HOLDINGS TRUST (CLAIM # 14)**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, holder of a mortgage on real property located at 365 River Road, Bogota, NJ, 07603, Denise Carlon appearing, by way of objection to motion to expunge claim #14, and this Court having considered the representations of attorneys for Secured Creditor and Roger Chavez, Esquire, attorney for Debtor, Evaristo Burdiez, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that claim#14 shall be paid outside the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that once the total amount due to Secured Creditor has been paid, Secured Creditor will withdraw its proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on the claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor's motion to expunge claim is hereby resolved.

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon*

DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR          Dated:  6/7/2021

I hereby agree and consent to the above terms and conditions:

*/s/ Roger Chavez*

ROGER CHAVEZ, ESQ., ATTORNEY FOR DEBTOR          Dated:  6/4/2021