| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust |
| In Re:<br><br>Evaristo Burdiez,<br><br>Debtor. |

Order Filed on June 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-23664 VFP
Adv. No.:
Hearing Date: 6/3/2021 @ 10:00 a.m.
Judge: Vincent F. Papalia

# CONSENT ORDER RESOLVING OBJECTION TO MOTION TO EXPUNGE CLAIM OF U.S. BANK TRUST NATIONAL ASSOCATION AS TRUSTEE FOR GIFM HOLDINGS TRUST (CLAIM # 14)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Evaristo Burdiez
Case No.: 20-23664 VFP
Caption: **CONSENT ORDER RESOLVING OBJECTION TO MOTION TO EXPUNGE CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GIFM HOLDINGS TRUST (CLAIM # 14)**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, holder of a mortgage on real property located at 365 River Road, Bogota, NJ, 07603, Denise Carlon appearing, by way of objection to motion to expunge claim #14, and this Court having considered the representations of attorneys for Secured Creditor and Roger Chavez, Esquire, attorney for Debtor, Evaristo Burdiez, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that claim#14 shall be paid outside the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that once the total amount due to Secured Creditor has been paid, Secured Creditor will withdraw its proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on the claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor's motion to expunge claim is hereby resolved.

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon*

| | |
|---|---|
| DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR | Dated: 6/7/2021 |

I hereby agree and consent to the above terms and conditions:

*/s/ Roger Chavez*

| | |
|---|---|
| ROGER CHAVEZ, ESQ., ATTORNEY FOR DEBTOR | Dated: 6/4/2021 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-23664-VFP

Evaristo Burdiez  Chapter 13

    Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen Esq ap@njlawfirm.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 08, 2021 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| John Richard Voorhees, III | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Roger Chavez | on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11