Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23664−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:             June 24, 2021
Time:             02:30 PM
Location:

to consider and act upon the following:

*43* – Motion re: to a) Approve Contract of Sale; b) Appoint Attorney−in−Fact for Cecilia Otero; c) Authorize Sale of Real Property Free and Clear of Judgment Liens; d) Declare Fire Insurance Proceeds as Property of the Chapter 13 Estate; and e) Compel Cecilia Otero to Turnover Fire Insurance Proceeds Check/Monies to Select Portfolio Servicing Filed by Roger Chavez on behalf of Evaristo Burdiez. (Attachments: # 1 Certification of Debtor in Support of Motion # 2 Exhibit A: Copy of Contract of Sale for Property, dated February 17, 2021 # 3 Exhibit B: Pre−Approval Qualification Letter from Family First Funding, dated February 16, 2021 # 4 Exhibit C: Email from John Voorhees to Roger Chavez, dated February 19, 2021 at 2:41PM # 5 Exhibit D: Unexecuted Contract of Sale for Property, dated November 29/30, 2020 # 6 Exhibit E: Email Thread involving John Voorhees, Roger Chavez, and Joe Petrolino, on February 25, 2021, 2:00PM transmission from Mr. Voorhees # 7 Exhibit F: Email from Andy Aslanian to Mario Dimondo, of Assurant, dated December 3, 2019 at 3:53PM # 8 Exhibit G: Mortgage, signed by Cecilia Otero and Evaristo Burdiez, dated March 10, 2006 # 9 Exhibit H: Certification of Cecilia of Otero, dated December 14, 2020 # 10 Certification of Debtor's Counsel in Support of Motion # 11 Exhibit A: Email thread between Roger Chavez and John Voorhees, dated February 19, 2021 # 12 Memorandum of Law # 13 Proposed Order) (Chavez, Roger)

and transact such other business as may properly come before the meeting.

Dated: June 18, 2021
JAN: jf

                                                                                            Jeanne Naughton
                                                                                            Clerk