UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Roger Chavez, Esq. (RC4040)
The National Newark Building
744 Broad Street, Suite 1600
Newark, NJ 07102
(973) 735-0530
Attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.

**Order Filed on June 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 20-23664/VFP |
| Evaristo Burdiez a/k/a Evaristo Burdiez, Jr., | Chapter 13 |
| Debtor. | Hearing Date: 6/17/21 @ 10:00AM |
| | Judge: Vincent F. Papalia |

## ORDER EXPUNGING NEW JERSEY MOTOR VEHICLE COMMISSION/SURCHARGE VIOLATION SYSTEM OFFICE'S PROOF OF CLAIM (CLAIM NO. 18 ON THE REGISTRY)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Debtor:**        **Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.**
**Chapter 13    |    Case No. 20-23664/VFP**
**Caption of Order: ORDER EXPUNGING NEW JERSEY MOTOR VEHICLE
COMMISSION/SURCHARGE VIOLATION SYSTEM OFFICE'S PROOF OF CLAIM
(CLAIM NO. 18 ON THE REGISTRY)**

---

This matter having been opened to the Court by Roger Chavez, attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr., upon the filing of the Debtors' Motion to Expunge New Jersey Motor Vehicle Commission/Surcharge Violation System Office's Proof of Claim (the "Motion"); and a copy of said Motion having been served upon the respective creditor whose rights are affected by the proposed claim modification; and upon consideration of the Certification of Debtor in Support of their Motion; and it appearing that the relief requested in the Debtors' Motion is warranted:

**IT IS THEREFORE ORDERED THAT:**

1. Claim Number 18-New Jersey Motor Vehicle Commission/Surcharge Violation System Office (Total Amount: $788.26-Secured).  This claim shall be deemed disallowed and expunged in its entirety from the Debtors' claims registry upon payment in full from the proceeds of sale of the Debtor's property (owned with Cecilia Otero), as set forth in the Motion.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**