| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Roger Chavez, Esq. (RC4040)<br>The National Newark Building<br>744 Broad Street, Suite 1600<br>Newark, NJ 07102<br>(973) 735-0530<br>Attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr. | Order Filed on June 23, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.,<br><br>Debtor. | Case No.: 20-23664/VFP<br><br>Chapter 13<br><br>Hearing Date: 6/17/21 @ 10:00AM<br><br>Judge: Vincent F. Papalia |

**ORDER EXPUNGING NEW JERSEY MOTOR VEHICLE
COMMISSION/SURCHARGE VIOLATION SYSTEM OFFICE'S PROOF OF CLAIM
(CLAIM NO. 18 ON THE REGISTRY)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:    Evaristo Burdiez a/k/a Evaristo Burdiez, Jr.
Chapter 13    |    Case No. 20-23664/VFP
Caption of Order: ORDER EXPUNGING NEW JERSEY MOTOR VEHICLE COMMISSION/SURCHARGE VIOLATION SYSTEM OFFICE'S PROOF OF CLAIM (CLAIM NO. 18 ON THE REGISTRY)
_____

This matter having been opened to the Court by Roger Chavez, attorney for Debtor, Evaristo Burdiez a/k/a Evaristo Burdiez, Jr., upon the filing of the Debtors' Motion to Expunge New Jersey Motor Vehicle Commission/Surcharge Violation System Office's Proof of Claim (the "Motion"); and a copy of said Motion having been served upon the respective creditor whose rights are affected by the proposed claim modification; and upon consideration of the Certification of Debtor in Support of their Motion; and it appearing that the relief requested in the Debtors' Motion is warranted:

**IT IS THEREFORE ORDERED THAT:**

1. <u>Claim Number 18-New Jersey Motor Vehicle Commission/Surcharge Violation System Office</u> (Total Amount: $788.26-Secured). This claim shall be deemed disallowed and expunged in its entirety from the Debtors' claims registry upon payment in full from the proceeds of sale of the Debtor's property (owned with Cecilia Otero), as set forth in the Motion.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-23664-VFP

Evaristo Burdiez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Jun 23, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen Esq ap@njlawfirm.com |
| David Kromm | on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov panylit@panynj.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 23, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Franklin G. Soto
    on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

John Richard Voorhees, III
    on behalf of Creditor Cecilia Otero bk@focusedlaw.com
    bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
    on behalf of Debtor Evaristo Burdiez rchavez01@aol.com  rchavez@chavezlegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12