UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

Debtor: Burdiez, Evaristo           Applicant: Jill Cadre, Esq.

Case No.: 20-23664-VSP              Client: Burdiez, Evaristo

Chapter: 13                         Case Filed:

## SECTION 1
## FEE SUMMARY

☒ Interim Fee Application No. __1__  or  ☐ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 1,700.00 | $ 0 |
| Total Fees Allowed To Date: | $ 6/17/2021 | $ |
| Total Retainer (If Applicable) | $ 0 | $ |
| Total Holdback (If Applicable) | $ 0 | $ |
| Total Received By Applicant | $ 2,500.00 | $ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Albert Wunsch Esq of counsel to | 1989 | 7.2 | $275 | $3,717.50 |
| 2. The Cadre Law Firm | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

Fee Totals: $3,717.50

Disbursements Totals: $2,500.00

Total Fee Application $1,217.50

## SECTION I
## FEE SUMMARY

| Name of Professional and Title | Year Admitted | Hours | Rate |
|---|---|---|---|
| Albert Wunsch, Esq.c/o Jill Cadre, Esq. $1,980.00 retainer) | 2003 | 7.2 | $275/hour (honoring the Cadre Law |
| Victoria Cominos, Legal assistant $37.50 | NA | 0.3 | $125/hour |
| $2,017.50 additional work | | | Total: $1700 quoted retainer $3,717.50 total $2500 paid at closing $1217.50 balance |

## SECTION II
## SUMMARY OF SERVICES

Attached is the real estate retainer where in $1700 was estimated to the fee on the file but extra work was required to close the real estate transaction and at closing the fee was $2500.

| Date | Description | Hours |
|---|---|---|
| June 17 2021 | Receipt of Chavez email to Judge Papalia | 0.2 |
| | Receipt of second email from Chavez re Otero | 0.2 |
| | Receipt of third email re 30 day extension of closing | 0.2 |
| | Receipt of 4th email regarding repairs to the home | 0.1 |
| June 17 | Receipt of an un-ripe time of the essence notice | 0.2 |
| | Email re "dry closing" and cannot wait for Cadre to return from medical leave | 0.1 |
| June 18 | Receipt of several emails regarding repairs and estimates required | 0.4 |
| | Prepared response to Chavez and correspondence to the Court with an update on the matter | 0.8 |
| June 24 | Receipt of closed permits in 2019 | 0.2 |
| | Email vorhees re closed permits on 6/23 | 0.2 |
| | Email to chavez | 0.2 |
| | Preparation for conference call | 0.8 |
| | Conference call with Court | 2.5 |
| June 25 | Emails to Court and Frank Soto | 0.3 |
| | Email from the court | 0.2 |
| June 29 ($125) | Correspondence re the CCO | 0.2 |
| | Emails to bankruptcy attorney re closing and proceeds | 0.3 |
| | Email to Soto re lis pendens and receipt of discharge | 0.4 |

## SECTION III
## SUMMARY OF EXPENSES

None

I certify under penalty of perjury that the above is true.

Date: August 23, 2021

_____
Albert H. Wunsch, III, Esq.

_____
Jill Cadre, Esq.