**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Evaristo** | | **Burdiez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number (if known) | **20-23664/VFP** | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | Your assets |
|---|---|
| | Value of what you own |

1. ***Schedule A/B: Property*** (Official Form 106A/B)

1a. Copy line 55, Total real estate, from *Schedule A/B*..........................................................  $270,000.00

1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................  $112,433.03

1c. Copy line 63, Total of all property on *Schedule A/B*...........................................................  $382,433.03

### Part 2:  Summarize Your Liabilities

| | Your liabilities |
|---|---|
| | Amount you owe |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*.......  $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*......................................  $3,764.56

3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...............................  +  $368,241.21

**Your total liabilities**  $372,005.77

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

Copy your combined monthly income from line 12 of *Schedule I*...............................................................  $6,308.78

5. *Schedule J: Your Expenses* (Official Form 106J)

Copy your monthly expenses from line 22c of *Schedule J*......................................................................  $6,158.78

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* 20-23664/VFP |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 4:** | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$4,049.82

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $3,764.56 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $3,764.56 |

---

Fill in this information to identify your case and this filing:

| Debtor 1 | **Evaristo** | | **Burdiez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number | **20-23664/VFP** | | |

☑ Check if this is an
amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

| 1.1 | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

1.1 **365 River Road**
Street address, if available, or other
description

**Bogota, NJ 07603**
City                    State        ZIP Code

**Bergen**
County

**What is the property?** Check all that apply.

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local**
Debtor purchased home on or
about December 30, 1998 with
ex-wife, Cecilia R. Burdiez and
Rosa Burdiez. for about
$115,000.00. Rosa Burdiez was
removed from the deed on or
about March 11, 2003. Property
is secured and encumbered by a
first mortgage held by Select
Portfolio Servicing, Inc., which
totals approximately
$459,923.86. The mortgage is
solely in Debtor's ex-wife's
name. Debtor is exempting
what he would most likely to
receive after a Chapter 7
liquidation analysis: $540,000.00
(Market Value) - $54,000.00 (10%
cost of sale/admin. fees) -
$459,923.86 (Approximate payoff
amount for first mortgage) =
$26,076.14/2 (co-owners) =
property identification number: $13,038.07.

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D: Creditors
Who Have Claims Secured by Property.*

**Current value of the
entire property?**
$540,000.00

**Current value of the
portion you own?**
$270,000.00

**Describe the nature of your ownership interest (such
as fee simple, tenancy by the entireties, or a life
estate), if known.**

**Joint Tenant**

☐ **Check if this is community property**
(see instructions)

**Source of Value:**
Debtor list the value of his property at the price it was appraised for on or about December 17, 2020 by
certified appraiser John Mack. Mack Appraisal Service, 39 Whitfield Street, Caldwell, NJ 07006. Phone
No.(973) 226-4144.

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**....................................................................................................    → **$0.00**

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:*    Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........    | Debtors' Household Goods. No particular item exceeds $625.00 in market value. |    **$7,500.00**

7.  **Electronics**
    *Examples:*    Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe........

8.  **Collectibles of value**
    *Examples:*    Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

9.  **Equipment for sports and hobbies**
    *Examples:*    Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe........

10. **Firearms**
    *Examples:*    Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe........

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........ | Debtor's Clothing. | $1,250.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........ | Debtor's Jewelry. | $1,200.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**............................................................................➔ | $9,950.00

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes......................................................................................................................... Cash.............. | $30.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

17.1. Checking account:    **TD Bank**    $112.50

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

17.2. Checking account: _____    _____

17.3. Savings account: _____    _____

17.4. Savings account: _____    _____

17.5. Certificates of deposit: _____    _____

17.6. Other financial account: _____    _____

17.7. Other financial account: _____    _____

17.8. Other financial account: _____    _____

17.9. Other financial account: _____    _____

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:*    Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

Institution or issuer name:

_____    _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
   information about
   them...................

Name of entity:                                                    % of ownership:

_____    _____    _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   information about
   them...................

Issuer name:

_____    _____

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account
  separately.

Type of account:         Institution name:

IRA:         **Metropolitan Life Insurance Company. Value listed of December**         **$3,692.47**
        **31, 2020**

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

        Institution name or individual:

Electric:         _____         _____

Gas:         _____         _____

Heating oil:         _____         _____

Security deposit on rental unit:  _____         _____

Prepaid rent:         _____         _____

Telephone:         _____         _____

Water:         _____         _____

Rented furniture:         _____         _____

Other:         _____         _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____         _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**30.   Other amounts someone owes you**

*Examples:*   Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..........

_____

---

**31.   Interests in insurance policies**

*Examples:*   Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Metropolitan Life Insurance Company. Whole life insurance policy with cash surrender value as of September 2020.** | _____ | **$1.84** |

---

**32.   Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..........

_____

---

**33.   Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*   Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim................

_____

---

**34.   Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................

_____

---

**35.   Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........

_____

---

**36.   Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**......................................................................................➔

| **$3,836.81** |
|---|

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

41. **Inventory**

☑ No
☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                          % of ownership:

_____          _____%          _____

43. **Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☑ No
   ☐ Yes. Describe........

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.........

_____          _____

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................➔

$0.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes..........................

_____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information.............

_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes..........................

_____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes..........................

_____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information.............

_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................➔

$0.00

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

53. **Do you have other property of any kind you did not already list?**

    *Examples:*   Season tickets, country club membership

    ☐ No

    ☑ Yes. Give specific information.............

| For surplus monies resulting from a foreclosure sale of a property located at 834 New Lots Avenue, Brooklyn, NY 11208 that previously operated as a defunct business known as, Rosas Realty Corp. The Debtor owned 100% of shares of the defunct corporate entity, which was dissolved on or about April 25, 2012. The monies are being held with the New York City Department of Finance pending further order from the Court of competent jurisdiction. | $98,646.22 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here**...................➡     | $98,646.22 |

---

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

---

55. **Part 1: Total real estate, line 2**.................................................................................➡     | $270,000.00 |

56. **Part 2: Total vehicles, line 5**     $0.00

57. **Part 3: Total personal and household items, line 15**     $9,950.00

58. **Part 4: Total financial assets, line 36**     $3,836.81

59. **Part 5: Total business-related property, line 45**     $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00

61. **Part 7: Total other property not listed, line 54**     +     $98,646.22

62. **Total personal property.** Add lines 56 through 61..............     | $112,433.03 |     Copy personal property total ➡     +     | $112,433.03 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62....................................................................     | $382,433.03 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Evaristo**                          **Burdiez** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | **District of New Jersey** |
| Case number (if known) | **20-23664/VFP** |

☑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2.** **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.1** Julian Hernandez

Creditor's Name

C/O JB Multiservices

85 South State Street

Number       Street

Hackensack, NJ 07601

City          State     ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred

**Describe the property that secures the claim:**           $0.00          $270,000.00          $0.00

365 River Road Bogota, NJ 07603

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☑ Judgment lien from a lawsuit

☑ Other (including a right to offset)
    **Judgment No. (DJ-028838-18)**

**Last 4 digits of account number** 3 - 1 6

**Remarks:** For services provided to Debtor. Claim is subject of a judgment obtained in the legal matter entitled: "Julian Hernandez v. Evaristo Burdiez, et al.," Docket No. DC-008573-16 | Judgment Nos. VJ-001038-18 | DJ-028838-18.

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $0.00 |
|---|---|

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* 20-23664/VFP |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** L.T. Asset Recovery, LLC

Creditor's Name

C/O Pellegrino & Feldstein

290 Route 46 West
Number          Street

Denville, NJ 07834
City          State          ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

365 River Road Bogota, NJ 07603

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☑ Judgment lien from a lawsuit

☑ Other (including a right to offset)
   **Judgment No. (DJ-056030-10)**

**Last 4 digits of account number**  5  3  8  1

Column A: $0.00    Column B: $270,000.00    Column C: $0.00

**Remarks:** For claim allegedly assigned/sold from the Citibank, SD, NA issued MasterCard credit card. Claim is subject of a judgment obtained in the legal matter entitled: "L.T. Asset Recovery LLC v. Evaristo Burdiez," Docket No. DC-029981-09 | Judgment No. DJ-056030-10.

**2.3** New Jersey Motor Vehicle Commission

Creditor's Name

Driver Management Section

P.O. Box 134
Number          Street

Trenton, NJ 08666-0000
City          State          ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

365 River Road Bogota, NJ 07603

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)
   **Judgment No. (DJ-135522-17)**

**Last 4 digits of account number**  2  -  1  7

Column A: $0.00    Column B: $270,000.00    Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 | |
|---|---|---|

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* 20-23664/VFP |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

> **Remarks:** Listed for notice purposes only. Relating to the judgment entered with relation to past due motor vehicle violation surcharges incurred by Debtor (Judgment No. DJ-135522-17).

**2.4** State Of New Jersey

Creditor's Name

Division of Taxation Bankruptcy Unit

PO Box 245

Number        Street

Trenton, NJ 08646-0245

City            State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
07/16/2015

**Describe the property that secures the claim:**

365 River Road Bogota, NJ 07603

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Judgment No. DJ-119710-15**

**Last 4 digits of account number** _0_ - _1_ _5_

| | $0.00 | $270,000.00 | $0.00 |
|---|---|---|---|

> **Remarks:** For state tax lien for unpaid personal tax liability incurred by Debtor.

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $0.00 |
|---|---|

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* 20-23664/VFP |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.5** Weinberg & Cooper, LLC
Creditor's Name

Attn.: Melissa E. Cohen, Esq.

One University Plaza
Number       Street

Hackensack, NJ 07601
City            State       ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

365 River Road Bogota, NJ 07603

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Attorney Fees (J-114312-14)**

**Last 4 digits of account number**  1  -  1  4

Column A: $0.00   Column B: $270,000.00   Column C: $0.00

> **Remarks:** For any and all pre-petition attorneys' fees and costs relating to the representation of the Debtor's spouse in the divorce proceedings (re: "Burdiez v. Burdiez," Docket No. FM-02-761-14 | Judgment No. J-114312-14).

**2.6** Weinberg & Cooper, LLC
Creditor's Name

Attn.: Melissa E. Cohen, Esq.

One University Plaza
Number       Street

Hackensack, NJ 07601
City            State       ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

365 River Road Bogota, NJ 07603

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Attorneys Fees (J-091503-20)**

**Last 4 digits of account number**  1  -  1  4

Column A: $0.00   Column B: $270,000.00   Column C: $0.00

Add the dollar value of your entries in Column A on this page. Write that number here:       $0.00

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | 20-23664/VFP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| **Remarks:** For any and all pre-petition attorneys' fees and costs relating to the representation of the Debtor's spouse in the divorce proceedings (re: "Burdiez v. Burdiez," Docket No. FM-02-761-14 \| Judgment No. J-091503-20). | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $0.00 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $0.00 |

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* 20-23664/VFP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1

Pellegrino & Feldstein
Name

On which line in Part 1 did you enter the creditor?    2

290 Route 46 Wesr
Number        Street

Last 4 digits of account number ___ ___ ___ ___

Denville, NJ 07834
City                                    State        ZIP Code

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Evaristo** | **Burdiez** |
| | First Name     Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | |
| | First Name     Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** |
| Case number (if known) | **20-23664/VFP** | |

☑ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **State Of New Jersey** | Last 4 digits of account number  __4674__ | **$530.93** | **$530.93** | **$0.00** |

**State Of New Jersey**
Priority Creditor's Name

**Division of Taxation Bankruptcy Unit**

**PO Box 245**
Number     Street

**Trenton, NJ 08646-0245**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Remarks:** For past due personal tax liability incurred by Debtor for tax years 2018 and 2019.

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 1:** Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| **2.2** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **U.S. Department Of Treasury** | | Last 4 digits of account number  4674 | | $3,233.63 | $3,233.63 | $0.00 |

Priority Creditor's Name

**Internal Revenue Service**

**PO Box 7346**

Number        Street

**Philadelphia, PA 19101-7346**

City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For past due personal tax liability incurred by Debtor for tax years 2018 and 2019.

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

**Account Resolution Services**
Nonpriority Creditor's Name

**1643 NW 136th Avenue Suite 100**
Number          Street

**Fort Lauderdale, FL 33323-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For collection efforts on behalf of Emergency Physicians Services of NJ PA for pre-petition medical charges incurred by Debtor.

Last 4 digits of account number  **3039**

When was the debt incurred?   **01/23/2020**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

**4.2**

**Account Resolution Services**
Nonpriority Creditor's Name

**P.O. Box 459079**
Number          Street

**Fort Lauderdale, FL 33345-9079**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **3039**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.3**

**American Express**
Nonpriority Creditor's Name

**P.O. Box 981535**
Number        Street

**El Paso, TX 79998-0000**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For charges incurred with the American Express credit card. Claim is subject of a judgment obtained in the legal matter entitled: "American Express Centurion Bank v. Evaristo Burdiez," Docket No. L-001506-10 | Judgment No. J-084559-11.

Last 4 digits of account number  **6-10**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Judgment Creditor**

**$62,861.24**

---

**4.4**

**American Express**
Nonpriority Creditor's Name

**P.O. Box 981537**
Number        Street

**El Paso, TX 79998-0000**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **6-10**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.5**

**American Express**
Nonpriority Creditor's Name

**P.O. Box 297879**
Number       Street

**Fort Lauderdale, FL 33329-7879**
City          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **6-10**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

**4.6**

**Bergen County Sheriff's Office**
Nonpriority Creditor's Name

**Attn.: Sheriff Anthony Cureton**

**2 Bergen County Plaza**
Number       Street

**Hackensack, NJ 07601-0000**
City          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Listed for informational and notice purposes only. Levying officer executing on the judgment obtained in the legal matter entitled: "Burdiez v. Burdiez," Docket No. FM-02-761-14.

Last 4 digits of account number  **1-14**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Sheriff's Office**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.7** **Bruce X. Piekarsky, Court Officer**
Nonpriority Creditor's Name

**Bergen County, Special Civil Part**

**P.O. Box 1006**
Number         Street

**Hackensack, NJ 07601-0000**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Listed for informational and notice purposes only.
Levying officer executing on the judgment obtained in the legal
matter entitled: "Citibank, N.A. v. Evaritso Burdiez," Docket No.
DC-012672-17 | Judgment No. VJ-010574-17.

Last 4 digits of account number  **2-17**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or
divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other
similar debts

☑ Other. Specify
**Court Officer**

**$0.00**

---

**4.8** **Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 31293**
Number         Street

**Salt Lake City, UT 84131**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For charges incurred with the Capital One Bank credit
card. Claim was charged off August 2020. Other acct. no. ending
in 0817. Claim ending in 0817 was allegedly assigned/sold to
Midland Funding LLC.

Last 4 digits of account number  **7805**

**When was the debt incurred?**      **03/14/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or
divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other
similar debts

☑ Other. Specify
**Credit Card**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.9

**Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 30281**
Number          Street

**Salt Lake City, UT 84130**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 0817 and 2975.

**Last 4 digits of account number  7805**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

### 4.10

**Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 85015**
Number          Street

**Richmond, VA 23285-5075**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 0817 and 2975.

**Last 4 digits of account number  7805**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.11**

**Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 31293**
Number          Street

**Salt Lake City, UT 84131**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For charges incurred with the Capital One Bank credit card. Claim is subject of a judgment obtained in the legal matter entitled: "Capital One Bank v. Evaristo Burdiez," Docket No. DC-011380-15 | Judgment No. VJ-011326-15.

Last 4 digits of account number  **2975**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$0.00**

---

**4.12**

**Cavalry Portfolio Services, LLC**
Nonpriority Creditor's Name

**Cavalry SPV I, LLC**

**500 Summit Lake Drive Suite 400**
Number          Street

**Valhalla, NY 10595-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Synchrony Bank issued Banana Republic charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Cavalry SPV I, LLC v. Evaristo Burdiez," Docket No. DC-004747-15 | Judgment No. VJ-006501-15.

Last 4 digits of account number  **8270**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$2,675.91**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | **Total claim** |
|---|---|---|

---

**4.13**  Cavalry Portfolio Services, LLC
Nonpriority Creditor's Name

**Cavalry SPV I, LLC**

**P.O. Box 520**
Number       Street

**Valhalla, NY 10595-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **8270**                    **$0.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

---

**4.14**  Cecilia Otero
Nonpriority Creditor's Name

**F/K/A Cecilia Burdiez**

**100 Old Palisade Road**
Number       Street

**Fort Lee, NJ 07024**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Listed for informational and notice purposes. For any and all pre and post-marital debts incurred by Debtor and his wife, either jointly or individually (re: "Burdiez v. Burdiez," Docket No. FM-02-761-14 | Judgment Nos. J-114312-14 | J-091503-20).

Last 4 digits of account number  **1-14**                    **$0.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 2:**</div> Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

**4.15**

**Chase Auto Finance**
Nonpriority Creditor's Name

**P.O. Box 901003**
Number      Street

**Fort Worth, TX 76101-2003**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1044**
**When was the debt incurred?**   **09/07/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Lease**

**$0.00**

**Remarks:** For a breach of contract on an auto lease for a 2012 Range Rover HSE incurred by Debtor. Claim was charged off June 2016.

**4.16**

**Chase Auto Finance**
Nonpriority Creditor's Name

**P.O. Box 901076**
Number      Street

**Fort Worth, TX 76101-2076**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1044**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Lease**

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.17** | **Chase Auto Finance**
Nonpriority Creditor's Name

**MAIL CODE LA4-5555**

**700 Kansas Lane**
Number          Street

**Monroe, LA 71203-0000**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **1044**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Lease**

**Total claim** $0.00

---

**4.18** | **Citibank, N.A.**
Nonpriority Creditor's Name

**C/O Best Buy, Co.**

**PO Box 6241**
Number          Street

**Sioux Falls, SD 57117-0000**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For charges incurred with the Citibank issued Best Buy, Co. charge card. Claim was allegedly assigned/sold to Midland Funding LLC.

Last 4 digits of account number **8531**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**Total claim** $0.00

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.19**

**Citibank, N.A.**
Nonpriority Creditor's Name

**C/O Best Buy, Co.**

**PO Box 6497**
Number          Street

**Sioux Falls, SD 57117-6497**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **8531**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**$0.00**

---

**4.20**

**Citibank, N.A.**
Nonpriority Creditor's Name

**C/O Best Buy, Co.**

**PO Box 790441**
Number          Street

**Saint Louis, MO 63179-0000**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **8531**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.21**  **Citibank, N.A.**
Nonpriority Creditor's Name

**5800 South Corporate Place**
Number          Street

**Sioux Falls, SD 57108-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  5866**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**Total claim**  $0.00

**Remarks:** For charges incurred with the Citibank credit card. Claim is subject of a judgment obtained in the legal matter entitled: "Citibank, N.A. v. Evaritso Burdiez," Docket No. DC-012672-17 | Judgment No. VJ-010574-17.

**4.22**  **Citibank, N.A.**
Nonpriority Creditor's Name

**PO Box 6497**
Number          Street

**Sioux Falls, SD 57117-6497**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  5866**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

| Debtor 1 | **Evaristo** | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.23**

Citibank, N.A.
Nonpriority Creditor's Name

PO Box 6500
Number       Street

Sioux Falls, SD 57117-0000
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5866

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

$0.00

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**4.24**

Citibank, SD, NA
Nonpriority Creditor's Name

PO Box 6500
Number       Street

Sioux Falls, SD 57117-0000
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5381

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

$0.00

**Remarks:** For charges incurred with the Citibank MasterCard credit card. Claim was allegedly assigned/sold to L.T. Asset Recovery LLC.

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page</div>

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.25**

**Citibank, SD, NA**
Nonpriority Creditor's Name

**PO Box 6241**
Number        Street

**Sioux Falls, SD 57117-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **5381**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

**4.26**

**Citibank, SD, NA**
Nonpriority Creditor's Name

**701 East 60th Street N**
Number        Street

**Sioux Falls, SD 57104-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **5381**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | | | Total claim |
|---|---|---|---|

---

**4.27** **Con Edison**
Nonpriority Creditor's Name

**Cooper Station**

**P.O. Box 138**
Number        Street

**New York, NY 10276-0138**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For past due electric/gas charge incurred by Debtor.
Claim was placed for collection with Online Information Services.

Last 4 digits of account number  **0062**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

**$557.00**

---

**4.28** **Con Edison**
Nonpriority Creditor's Name

**Consolidated Edison of New York, Inc.**
**ATTN: Law Department**

**4 Irving Place Room 1875**
Number        Street

**New York, NY 10003**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **0062**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.29**

**DirecTV**
Nonpriority Creditor's Name

**PO Box 6550 Attn: Customer Service**

**A/K/A AT&T DirecTV**
Number        Street

**Englewood, CO 80155-6550**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** For past due cable charges incurred by Debtor. Claim was placed for collection with Receivables Performance Management.

Last 4 digits of account number  **0356**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Utility**

Total claim **$903.46**

---

**4.30**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number        Street

**Long Island City, NY 11101**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009842/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number  **2/21**

**When was the debt incurred?**   **02/28/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Auto Loan Deficiency**

unknown

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.31**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number        Street

**Long Island City, NY 11101**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009843/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number  **3/21**

When was the debt incurred?  **02/25/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Auto Loan Deficiency**

**unknown**

---

**4.32**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number        Street

**Long Island City, NY 11101**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009844/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number  **4/21**

When was the debt incurred?  **02/19/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Auto Loan Deficiency**

**unknown**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.33**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number      Street

**Long Island City, NY 11101**
City                  State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009851/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number  **1/21**

**When was the debt incurred?**  **07/17/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Loan Deficiency**

**unknown**

---

**4.34**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number      Street

**Long Island City, NY 11101**
City                  State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez," Index No. 009852/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number  **2/21**

**When was the debt incurred?**  **07/16/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Loan Deficiency**

**unknown**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.35**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number        Street

**Long Island City, NY 11101**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **3/21**
**When was the debt incurred?**    **06/05/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Loan Deficiency**

**unknown**

Remarks: For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009853/21, filed in the Civil Court of the City of New York, County of Queens.

---

**4.36**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number        Street

**Long Island City, NY 11101**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4/21**
**When was the debt incurred?**    **02/28/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Loan Deficiency**

**unknown**

Remarks: For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009854/21, filed in the Civil Court of the City of New York, County of Queens.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.37 Emergency Physician Services of NJ, PA
Nonpriority Creditor's Name

**718 Teaneck Road**
Number      Street

**Teaneck, NJ 07666-4245**
City            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For pre-petition medical charges incurred by Debtor. Claim was placed for collection with ARS Account Resolution Services. Other acct. no. ending in 5895. Claim ending in 5895 was placed for collection with Phoenix Financial Services LLC.

Last 4 digits of account number  **3039**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Bill**

**$1,430.00**

### 4.38 Fajardo Construction
Nonpriority Creditor's Name

**95 Mills Street #3717**
Number      Street

**Morristown, NJ 07960**
City            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For repair services provided to Debtor relating to his property located at 365 River Rd., Bogota, NJ.

Last 4 digits of account number  **XXXX**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$6,500.00**

| Debtor 1 | **Evaristo** | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.39**

**Gem Recovery Systems**
Nonpriority Creditor's Name

**99 Kinderkamack Drive Suite 308**
Number          Street

**Westwood, NJ 07675-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For collection efforts on behalf of North Jersey Orthopedics Specialists for pre-petition medical charges incurred by Debtor.

Last 4 digits of account number  **8075**

**When was the debt incurred?**   **08/10/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

$0.00

---

**4.40**

**Huatai USA LLC**
Nonpriority Creditor's Name

**200 Bar Harbor Drive**
Number          Street

**Conshohocken, PA 19428**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Listed for informational and notice purposes only in relation to the pending legal matter entitled: "Tal International Container Corp. v. Huatai USA, LLC, et als.," Docket No. L-008480-18.

Last 4 digits of account number  **0-18**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$0.00

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.41**

**IC System, Inc.**
Nonpriority Creditor's Name

**IC Systems Collections**

**PO Box 64378**
Number          Street

**Saint Paul, MN 55164-0378**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For collection efforts on behalf of RCN for past due phone/internet/cable charges incurred by Debtor.

Last 4 digits of account number **1544**

When was the debt incurred?   **07/27/2019**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

---

**4.42**

**IC System, Inc.**
Nonpriority Creditor's Name

**IC Systems Collections**

**444 Highway 96 East**
Number          Street

**Saint Paul, MN 55164-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **1544**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.43**

**James P. Gaffigan, Court Officer**
Nonpriority Creditor's Name

**Mercer County, Law Division, Special Civil Part**

**P.O. Box 1325**
Number       Street

**Trenton, NJ 08607**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Listed for informational and notice purposes only.
Levying officer executing on the judgment obtained in the legal
matter entitled: "Capital One Bank v. Evaristo Burdiez," Docket No.
DC-011380-15 | Judgment No. VJ-011326-15.

Last 4 digits of account number  **0-15**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Court Officer**

**$0.00**

---

**4.44**

**JB Multiservices**
Nonpriority Creditor's Name

**C/O Julian Hernandez**

**137 Hudson Street**
Number       Street

**Hackensack, NJ 07601**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. For services provided to Debtor. Claim
is subject of a judgment obtained in the legal matter entitled:
"Julian Hernandez v. Evaristo Burdiez, et al.," Docket No.
DC-008573-16 | Judgment Nos. VJ-001038-18 | DJ-028838-18.

Last 4 digits of account number  **3-16**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment Creditor**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.45**

**Jean-Everett Burdiez**
Nonpriority Creditor's Name

**365 River Road**
Number        Street

**Bogota, NJ 07603**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For a personal loan incurred by Debtor with his son.

Last 4 digits of account number  XXXX

**When was the debt incurred?**  2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured Loan**

**$40,517.61**

---

**4.46**

**John Antanopulos, Jr.**
Nonpriority Creditor's Name

**4580 Broadway Apt. 4M**
Number        Street

**New York, NY 10040**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For a personal loan incurred by Debtor with his nephew.

Last 4 digits of account number  XXXX

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured Loan**

**$30,000.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.47**

| **Kenneth McClelland, Court Officer** | Last 4 digits of account number  **7-15** | **$0.00** |

Nonpriority Creditor's Name

**Mercer County, Law Division, Special Civil Part**

**P.O. Box 905**

Number          Street

**Trenton, NJ 08605**

City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
   **Court Officer**

**Remarks:** Listed for informational and notice purposes only. Levying officer executing on the judgment obtained in the legal matter entitled: "Cavalry SPV I, LLC v. Evaristo Burdiez," Docket No. DC-004747-15 | Judgment No. VJ-006501-15.

**4.48**

| **Little Acre Farm** | Last 4 digits of account number  **0-14** | **$0.00** |

Nonpriority Creditor's Name

**223 Victory Road**

Number          Street

**Howell, NJ 07731**

City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **06/14/2012**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

**Remarks:** For the purchase of goods incurred by Debtor. Claim is subject of a judgment obtained in the legal matter entitled: "Little Acre Farm v. Evaristo Burdiez, Jr., et al." Docket No. DC-020790-14 | Judgment No. VJ-002399-15.

| Debtor 1 | **Evaristo** | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.49**

**Lumix Construction Group**
Nonpriority Creditor's Name

**360 West 43rd Street**
Number        Street

**New York, NY 10036**
City            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For repair services provided to Debtor relating to his property located at 365 River Rd., Bogota, NJ.

Last 4 digits of account number __0071__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$170,000.00

---

**4.50**

**Lyons, Doughty, & Veldhuis**
Nonpriority Creditor's Name

**P.O. Box 1269**

**136 Gaither Drive Suite 100**
Number        Street

**Mount Laurel, NJ 08054-0000**
City            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Capital One Bank v. Evaristo Burdiez," Docket No. DC-011380-15 | Judgment No. VJ-011326-15.

Last 4 digits of account number __7374__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

$0.00

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.51**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**a/k/a Midland Funding, LLC**

**320 East Bign Beaver**
Number          Street

**Troy, MI 48083-0000**
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Capital One Bank credit card.

Last 4 digits of account number  **0817**

When was the debt incurred?    **12/17/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

**4.52**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**a/k/a Midland Funding, LLC**

**320 East Bign Beaver**
Number          Street

**Troy, MI 48083-0000**
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Citibank issued Best Buy, Co. charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013124-15 | Judgment Nos. VJ-011616-15 | DJ-146813-17.

Last 4 digits of account number  **8531**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$3,485.09**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | | **Total claim** |
|---|---|---|

---

**4.53**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**a/k/a Midland Funding, LLC**

**320 East Bign Beaver**
Number          Street

**Troy, MI 48083-0000**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Synchrony Bank issued LOWES charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013574-16 | Judgment Nos. VJ-009844-16 | DJ-193997-17.

Last 4 digits of account number  **4107**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$2,631.71**

---

**4.54**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**A/K/A Midland Funding, LLC**

**350 Camino De La Reina Suite 100**
Number          Street

**San Diego, CA 92108-0000**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 8531 and 4107.

Last 4 digits of account number  **0817**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

---

| Debtor 1 | **Evaristo** | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.55**   **Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**A/K/A Midland Funding, LLC**

**P.O. Box 60578**
Number        Street

**Los Angeles, CA 90060-0578**
City                      State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 8531 and 4107.

Last 4 digits of account number  **0817**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

---

**4.56**   **New Jersey Motor Vehicle Commission**
Nonpriority Creditor's Name

**225 East State Street**
Number        Street

**Trenton, NJ 08666-0000**
City                      State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **2-17**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.57** **New Jersey Motor Vehicle Commission**
Nonpriority Creditor's Name

**NJ Surcharge Violation Biling Office**

**P.O. Box 1502**
Number      Street

**Moorestown, NJ 08057-9704**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **2-17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment Creditor**

$0.00

---

**4.58** **North Jersey Orthopaedic Specialists, PA**
Nonpriority Creditor's Name

**730 Palisade Avenue**
Number      Street

**Teaneck, NJ 07666-0000**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For pre-petition medical charges incurred by Debtor. Claim was placed for collection with GEM Recovery Systems.

Last 4 digits of account number **8075**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Bill**

$0.00

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.59**

**North Jersey Orthopaedic Specialists, PA**
Nonpriority Creditor's Name

**106 Grand Avenue Suite 230**
Number    Street

**Englewood, NJ 07631-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  8075

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Bill**

**Total claim** $0.00

---

**4.60**

**Online Information Services**
Nonpriority Creditor's Name

**A/K/A Online Collections**

**P.O. Box 1489**
Number    Street

**Winterville, NC 28590-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For collection efforts on behalf of Con Edison for past due electric/gas charges incurred by Debtor.

Last 4 digits of account number  0062

**When was the debt incurred?**  01/26/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**Total claim** $0.00

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.61**

Online Information Services
Nonpriority Creditor's Name

**A/K/A Online Collections**

**685 West Firetower Road**
Number        Street

**Winterville, NC 28590-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **0062**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

**4.62**

Pellegrino & Feldstein
Nonpriority Creditor's Name

**290 Route 46 Wesr**
Number        Street

**Denville, NJ 07834**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "L.T. Asset Recovery LLC v. Evaristo Burdiez," Docket No. DC-029981-09 | Judgment No. DJ-056030-10.

Last 4 digits of account number  **1-09**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | | Total claim |
|---|---|---|

**4.63**  Peter C. Merani, P.C.
Nonpriority Creditor's Name

**1001 Avenue of the Americas Suite 1800**
Number      Street

**New York, NY 10018**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Port Authority of New York & New Jersey v. Evaristo Burdiez, et al.," Index No. 31726/18.

Last 4 digits of account number  **5642**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Attorney**

**$0.00**

---

**4.64**  Phoenix Financial Services, LLC
Nonpriority Creditor's Name

**8902 Otis Avenue Suite 103A**
Number      Street

**Indianapolis, IN 46216-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For collection efforts on behalf of Emergency Physicians Services of NJ PA for pre-petition medical charges incurred by Debtor.

Last 4 digits of account number  **5895**

**When was the debt incurred?**  **10/19/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td style="background:black;color:white"><b>Part 2:</b></td><td>Your NONPRIORITY Unsecured Claims - Continuation Page</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.65**

**Phoenix Financial Services, LLC**
Nonpriority Creditor's Name

**P.O. Box 361450**
Number          Street

**Indianapolis, IN 46236-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5895**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

---

**4.66**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**Riverside Commerce Center**

**120 Corporate Boulevard Suite 100**
Number          Street

**Norfolk, VA 23502-4962**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1281**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$4,609.81**

**Remarks:** For claim allegedly assigned/sold from the Synchrony Bank issued PayPal charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Portfolio Recovery Associates LLC v. Evaristo Burdiez," Docket No. DC-006577-16 | Judgment No. VJ-010091-16.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page</div>

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.67**  **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**140 Corporate Boulevard**
Number      Street

**Norfolk, VA 23502-0000**
City          State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1281**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**4.68**  **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**P.O. Box 41067**
Number      Street

**Norfolk, VA 23541-0000**
City          State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1281**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 2:**</div> Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.69**

**Pressler, Felt & Warshaw LLP**
Nonpriority Creditor's Name

**7 Entin Road**
Number      Street

**Parsippany, NJ 07054-9944**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013124-15 | Judgment Nos. VJ-011616-15 | DJ-146813-17.

Last 4 digits of account number  **4135**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

**$0.00**

---

**4.70**

**Pressler, Felt & Warshaw LLP**
Nonpriority Creditor's Name

**7 Entin Road**
Number      Street

**Parsippany, NJ 07054-9944**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013574-16 | Judgment Nos. VJ-009844-16 | DJ-193997-17.

Last 4 digits of account number  **7007**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

**$0.00**

---

| Debtor 1 | **Evaristo** | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|
| | First Name        Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | **Total claim** |
|---|---|---|

**4.71**

**Receivables Performance Management**
Nonpriority Creditor's Name

**20816 44th Avenue West Suite 100**
Number        Street

**Lynnwood, WA 98036-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0356**

**When was the debt incurred?**    **08/05/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

**Remarks:** For collection efforts on behalf of DirecTV for past due cable charges incurred by Debtor.

**4.72**

**Receivables Performance Management**
Nonpriority Creditor's Name

**P.O. Box 1548**
Number        Street

**Lynnwood, WA 98046-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0356**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

**4.73**

Remex, Inc.
Nonpriority Creditor's Name

Revenue Management Excellance

307 Wall Street
Number        Street

Princeton, NJ 08540-1515
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For collection efforts on behalf of an unknown original creditor for pre-petition medical charges incurred by Debtor.

**Last 4 digits of account number** 7203

**When was the debt incurred?** 03/01/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$198.00**

---

**4.74**

Remex, Inc.
Nonpriority Creditor's Name

Revenue Management Excellance

P.O. Box 765
Number        Street

Rocky Hill, NJ 08553-0765
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number** 7203

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

**4.75**

**RNC**
Nonpriority Creditor's Name

**RCN Telecom Services, LLC**

**P.O. Box 11816**
Number        Street

**Newark, NJ 07101**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  1544**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

**$0.00**

**4.76**

**RNC**
Nonpriority Creditor's Name

**RCN Telecom Services, LLC**

**33-16 Woodside Avenue**
Number        Street

**Long Island City, NY 11101**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For past due phone/internet/cable services incurred by Debtor. Claim was placed for collection with IC Systems Inc.

**Last 4 digits of account number  1544**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

**4.77**

**Rocco Sconzo, Court Officer**
Nonpriority Creditor's Name

**Bergen County, Special Civil Part**

**P.O. Box 871**
Number      Street

**Saddle Brook, NJ 07663-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0-14**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Court Officer**

**$0.00**

**Remarks:** Listed for informational and notice purposes only. Levying officer executing on the judgment obtained in the legal matter entitled: "Little Acre Farm v. Evaristo Burdiez, Jr., et al." Docket No. DC-020790-14 | Judgment No. VJ-002399-15.

**4.78**

**Rosado Plumbing**
Nonpriority Creditor's Name

**1429 Martine Avenue**
Number      Street

**Plainfield, NJ 07060**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4489**

**When was the debt incurred?**      **12/19/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$4,478.25**

**Remarks:** For repair services provided to Debtor relating to his property located at 365 River Rd., Bogota, NJ.

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.79**

**Ruby Burdiez**
Nonpriority Creditor's Name

**55 Willow Drive**
Number          Street

**Briarcliff Manor, NY 10510**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For a personal loan incurred by Debtor with his sister.

Last 4 digits of account number  XXXX

**When was the debt incurred?**  2011

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Unsecured Loan**

**Total claim     $22,800.00**

---

**4.80**

**Schachter Portnoy, LLC**
Nonpriority Creditor's Name

**3490 U.S. Route 1 Suite 6**
Number          Street

**Princeton, NJ 08540-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Cavalry SPV I, LLC v. Evaristo Burdiez," Docket No. DC-004747-15 | Judgment No. VJ-006501-15.

Last 4 digits of account number  1124

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**Total claim     $0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.81**  **Serpe, Andree & Kaufman**
Nonpriority Creditor's Name

**P.O. Box 165**

**149 Main Street**
Number        Street

**Huntington, NY 11743**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  S721**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matters entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index Nos. 009842/21, 009843/21, 009844/21, 009851/21, 009852/21, 009853/21 and 009854/21, all filed in the Civil Court of the City of New York, County of Queens. Other files nos. S722, S723, S717, S718, S719 and S720.

---

**4.82**  **Sheena Daneshyar, Esq.**
Nonpriority Creditor's Name

**Portfolio Recovery Associates, LLC**

**120 Corporate Blvd.**
Number        Street

**Norfolk, VA 23502-0000**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  7-16**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Portfolio Recovery Associates LLC v. Evaristo Burdiez," Docket No. DC-006577-16 | Judgment No. VJ-010091-16.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.83** | **State Of New Jersey**
Nonpriority Creditor's Name

**Surcharge Billing Office**

**PO Box 4775**
Number        Street

**Trenton, NJ 08650-4775**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For past due motor vehicle surcharges imposed by the Motor Vehicle Commission of New Jersey.

Last 4 digits of account number  **2-17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$0.00**

**4.84** | **State Of New Jersey**
Nonpriority Creditor's Name

**NJ-AISC Correspondence**

**PO Box 136**
Number        Street

**Trenton, NJ 08666-0000**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **2-17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.85**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Law**

**PO Box 119**
Number        Street

**Trenton, NJ 08625-0119**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **2-17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Total claim: $0.00**

---

**4.86**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Taxation**

**PO Box 644**
Number        Street

**Trenton, NJ 08646-0644**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **0-15**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**Total claim: $0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | | Total claim |
|---|---|---|

**4.87**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Law**

**PO Box 112**
Number      Street

**Trenton, NJ 08625-0112**
City                     State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **0-15**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$0.00**

**4.88**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Taxation**

**PO Box 644**
Number      Street

**Trenton, NJ 08646-0644**
City                     State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **4674**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Taxes**

**$5,951.40**

| Debtor 1 | **Evaristo** | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.89**  **State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Law**

**PO Box 119**
Number        Street

**Trenton, NJ 08625-0119**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **4674**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Taxes**

**$0.00**

---

**4.90**  **Steven M. Gabor**
Nonpriority Creditor's Name

**31 West Main Street**
Number        Street

**Freehold, NJ 07728**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Little Acre Farm v. Evaristo Burdiez, Jr., et al." Docket No. DC-020790-14 | Judgment No. VJ-002399-15.

Last 4 digits of account number  **0-14**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.91**

**SUEZ Water New Jersey**
Nonpriority Creditor's Name

**Customer Service Center**

**69 DeVoe Place**
Number       Street

**Hackensack, NJ 07601-0000**
City                State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For past due water charges incurred by Debtor relating to his property located at 365 River Road, Bogota, NJ.

Last 4 digits of account number  **1950**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

**$0.00**

**4.92**

**Superior Court of New Jersey**
Nonpriority Creditor's Name

**Bergen County Justice Center**
**Bergen County, Chancery Division, Family Part**
**Attn.: Hon. Mitchell I. Steinhart, J.S.C.**

**10 Main Street 5th Floor**
Number       Street

**Hackensack, NJ 07601**
City                State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For any and all pre-petition professional fees and costs relating to the Debtor's divorce proceedings (re: "Burdiez v. Burdiez," Docket No. FM-02-761-14 | Judgment Nos. J-114312-14 | J-091503-20).

Last 4 digits of account number  **1-14**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.93**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O Banana Republic**

**P.O. Box 965005**
Number        Street

**Orlando, FL 32896-0000**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For charges incurred with the Synchrony Bank issued Banana Republic charge card. Claim was allegedly assigned/sold to Cavalry Portfolio Services LLC.

Last 4 digits of account number  **8270**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

**4.94**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O Banana Republic**

**P.O. Box 965036**
Number        Street

**Orlando, FL 32896-5036**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **8270**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.95**

**Synchrony Bank**
Nonpriority Creditor's Name

**ATTN: Bankruptcy Dept.**

**P.O. Box 965060**
Number          Street

**Orlando, FL 32896-5060**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **8270**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$0.00**

---

**4.96**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O PayPal Credit**

**PO Box 965005**
Number          Street

**Orlando, FL 32896-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For charges incurred with the Synchrony Bank issued PayPal charge card. Claim was allegedly assigned/sold to Portfolio Recovery Associates LLC.

Last 4 digits of account number  **1281**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.97**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O PayPal Credit**

**P.O. Box 530975**
Number          Street

**Orlando, FL 32896-0000**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **1281**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$0.00**

---

**4.98**

**Synchrony Bank**
Nonpriority Creditor's Name

**ATTN: Bankruptcy Dept.**

**P.O. Box 965060**
Number          Street

**Orlando, FL 32896-5060**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **1281**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="4">Your NONPRIORITY Unsecured Claims - Continuation Page</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.99**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O LOWES**

**PO Box 965005**
Number        Street

**Orlando, FL 32896-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For charges incurred with the Synchrony Bank issued LOWES charge card. Claim was allegedly assigned/sold to Midland Funding LLC.

**Last 4 digits of account number  4107**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**Total claim  $0.00**

---

**4.100**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O LOWES**

**PO Box 965036**
Number        Street

**Orlando, FL 32896-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  4107**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**Total claim  $0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.101**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O LOWES**
**Bankruptcy Dept.**

**P.O. Box 965064**
Number        Street

**Orlando, FL 32896-0000**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  4107**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$0.00**

---

**4.102**

**Tal International Container Corporation**
Nonpriority Creditor's Name

**100 Manhanttanille Road**
Number        Street

**Purchase, NY 10577**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For a breach of contract on a business agreement. Claim is subject of a pending lawsuit in the legal matter entitled: "Tal International Container Corp. v. Huatai USA, LLC, et als.," Docket No. L-008480-18.

**Last 4 digits of account number  0-18**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.103**

**Tenaglia & Hunt, P.A.**
Nonpriority Creditor's Name

**395 West Passaic Street Suite 205**
Number          Street

**Rochelle Park, NJ 07662-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Citibank, N.A. v. Evaritso Burdiez," Docket No. DC-012672-17 | Judgment No. VJ-010574-17.

**Last 4 digits of account number  0563**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

---

**4.104**

**The Port Authority of NY & NJ**
Nonpriority Creditor's Name

**4 World Trade Center**

**150 Greenwich Street 24th Floor**
Number          Street

**New York, NY 10007**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For pre-petition judgment entered in the legal matter entitled: "Port Authority of New York & New Jersey v. Evaristo Burdiez, et al.," Index No. 31726/18.

**Last 4 digits of account number  6/18**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$2,701.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.105**

**Trico Electric Company, LLC**
Nonpriority Creditor's Name

**145 Lexington Avenue**
Number        Street

**Hackensack, NJ 07601**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For repair services provided to Debtor relating to his property located at 365 River Rd., Bogota, NJ.

**Last 4 digits of account number  3239**

**When was the debt incurred?   11/26/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$1,036.00**

---

**4.106**

**U.S. Department Of Treasury**
Nonpriority Creditor's Name

**Internal Revenue Service**

**PO Box 724**
Number        Street

**Springfield, NJ 07081-0724**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  4674**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Taxes**

**$2,395.15**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

### 4.107

**U.S. Department Of Treasury**
Nonpriority Creditor's Name

**Internal Revenue Service**

**PO Box 21126**
Number        Street

**Philadelphia, PA 19114-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  4674**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Taxes**

$0.00

### 4.108

**Vehicle Lenders Group**
Nonpriority Creditor's Name

**23 Berry Hill Road**
Number        Street

**Oyster Bay, NY 11771**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For an auto lease deficiency incurred by Debtor to lease a 2007 Freightliner Columbia. Vehicle was voluntarily surrendered/repossessed.

**Last 4 digits of account number  1545**

**When was the debt incurred?**  **11/01/2011**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Lease Deficiency**

unknown

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 2:**</div> Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.109**

**Vehicle Lenders Group**
Nonpriority Creditor's Name

**23 Berry Hill Road**
Number        Street

**Oyster Bay, NY 11771**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1545**
When was the debt incurred?  **11/01/2011**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Lease Deficiency**

**unknown**

**Remarks:** For an auto lease deficiency incurred by Debtor to lease a 2007 Freightliner Columbia. Vehicle was voluntarily surrendered/ repossessed.

---

**4.110**

**Vehicle Lenders Group**
Nonpriority Creditor's Name

**23 Berry Hill Road**
Number        Street

**Oyster Bay, NY 11771**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0000**
When was the debt incurred?  **02/29/2012**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Lease Deficiency**

**unknown**

**Remarks:** For an auto lease deficiency incurred by Debtor to lease a 2007 Freightliner Columbia. Vehicle was voluntarily surrendered/ repossessed.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.111**

**Verizon**
Nonpriority Creditor's Name

**500 Technology Drive Suite 550**
Number        Street

**Saint Charles, MO 63304-0000**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  0001**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

$1,889.42

Remarks: For past due residential phone/cable/internet charges incurred by Debtor. Other acct. no. ending in 0150.

**4.112**

**Verizon**
Nonpriority Creditor's Name

**Attn: Billing Office**

**236 E. Town Street #170**
Number        Street

**Columbus, OH 43215-4633**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  0001**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

$0.00

Remarks: Duplicate claim. Listed for informational and notice purposes only. Other acct. no. ending in 0150.

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.113**

**Verizon**
Nonpriority Creditor's Name

**P.O. Box 650584**
Number          Street

**Dallas, TX 75265-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only. Other acct. no. ending in 0150.

**Last 4 digits of account number  0001**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

**Total claim: $0.00**

---

**4.114**

**Verizon Wireless**
Nonpriority Creditor's Name

**P.O. Box 650051**
Number          Street

**Dallas, TX 75265-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For past due mobile charges incurred by Debtor.

**Last 4 digits of account number  8866**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

**Total claim: $620.16**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

---

**4.115**

**Verizon Wireless**
Nonpriority Creditor's Name

**Attn: Billing Office**

**2000 Corporate Drive 3rd Floor**
Number          Street

**Orangeburg, NY 10962-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  8866

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utility**

$0.00

---

**4.116**

**Verizon Wireless**
Nonpriority Creditor's Name

**P.O. Box 5029**

**20 Alexander Drive**
Number          Street

**Wallingford, CT 06492-2458**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  8866

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utility**

$0.00

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.117**

**Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP**
Nonpriority Creditor's Name

**1500 Broadway**
Number          Street

**New York, NY 10036**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **0-18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

**$0.00**

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Tal International Container Corp. v. Huatai USA, LLC, et als.," Docket No. L-008480-18.

---

**4.118**

**Weinberg & Cooper, LLC**
Nonpriority Creditor's Name

**Attn.: Melissa E. Cohen, Esq.**

**One University Plaza 516**
Number          Street

**Hackensack, NJ 07601**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **1-14**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.119**

**Zwicker & Associates, PC**
Nonpriority Creditor's Name

**1105 Laurel Oak Road Suite 136**
Number       Street

**Voorhees, NJ 08043-0000**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "American Express Centurion Bank v. Evaristo Burdiez," Docket No. L-001506-10 | Judgment No. J-084559-11.

**Last 4 digits of account number  6-10**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**Cavalry Portfolio Services, LLC**
Name
**Cavalry SPV I, LLC**
**500 Summit Lake Drive Suite 400**
Number      Street
**Valhalla, NY 10595-0000**
City                                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.93**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**L.T. Asset Recovery, LLC**
Name
**C/O Pellegrino & Feldstein**
**290 Route 46 West**
Number      Street
**Denville, NJ 07834**
City                                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.24**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Lyons, Doughty, & Veldhuis**
Name
**P.O. Box 1269**
**136 Gaither Drive Suite 100**
Number      Street
**Mount Laurel, NJ 08054-0000**
City                                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.11**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Midland Credit Management, Inc.**
Name
**a/k/a Midland Funding, LLC**
**320 East Bign Beaver**
Number      Street
**Troy, MI 48083-0000**
City                                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.8**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Midland Credit Management, Inc.**
Name
**a/k/a Midland Funding, LLC**
**320 East Bign Beaver**
Number      Street
**Troy, MI 48083-0000**
City                                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.18**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Midland Credit Management, Inc.**
Name
**a/k/a Midland Funding, LLC**
**320 East Bign Beaver**
Number      Street
**Troy, MI 48083-0000**
City                                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.99**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Peter C. Merani, P.C.**
Name
**1001 Avenue of the Americas**
Number      Street
**New York, NY 10018**
City                                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.104**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed  Additional Page

---

**Portfolio Recovery Associates, LLC**
Name
**Riverside Commerce Center**
**120 Corporate Boulevard Suite 100**
Number      Street
**Norfolk, VA 23502-4962**
City                              State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.96** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Pressler, Felt & Warshaw LLP**
Name
**7 Entin Road**
Number      Street
**Parsippany, NJ 07054-9944**
City                              State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.52** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Pressler, Felt & Warshaw LLP**
Name
**7 Entin Road**
Number      Street
**Parsippany, NJ 07054-9944**
City                              State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.53** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Schachter Portnoy, LLC**
Name
**3490 U.S. Route 1 Suite 6**
Number      Street
**Princeton, NJ 08540-0000**
City                              State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.12** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number      Street
**Huntington, NY 11743**
City                              State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number      Street
**Huntington, NY 11743**
City                              State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.31** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number      Street
**Huntington, NY 11743**
City                              State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.32** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2"><strong>Part 3:</strong> List Others to Be Notified About a Debt That You Already Listed Additional Page</td></tr>
</table>

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number          Street
**Huntington, NY 11743**
City                          State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.33**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number          Street
**Huntington, NY 11743**
City                          State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.34**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number          Street
**Huntington, NY 11743**
City                          State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.35**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number          Street
**Huntington, NY 11743**
City                          State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.36**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Sheena Daneshyar, Esq.**
Name
**Portfolio Recovery Associates, LLC**
**120 Corporate Blvd.**
Number          Street
**Norfolk, VA 23502-0000**
City                          State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.66**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Steven M. Gabor, Esq.**
Name
**31 West Main Street**
Number          Street
**Freehold, NJ 07728**
City                          State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.48**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Tenaglia & Hunt, P.A.**
Name
**395 West Passaic Street Suite 205**
Number          Street
**Rochelle Park, NJ 07662-0000**
City                          State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.21**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 3:**</div> List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP**
Name
**1500 Broadway**
Number        Street
**New York, NY 10036**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.102** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Weinberg & Cooper, LLC**
Name
**Attn.: Melissa E. Cohen, Esq.**
**One University Plaza 516**
Number        Street
**Hackensack, NJ 07601**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.14** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Zwicker & Associates, PC**
Name
**1020 Laurel Oak Road Suite 303**
Number        Street
**Voorhees, NJ 08043-0000**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="4" style="background:black;color:white"><b>Part 4:</b> Add the Amounts for Each Type of Unsecured Claim</td></tr>
</table>

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $3,764.56 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $3,764.56 |

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $368,241.21 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $368,241.21 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Evaristo** | **Burdiez** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number (if known) | **20-23664/VFP** | | |

☑ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name
   _____
   Number     Street
   _____
   City                    State    ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** Cecilia Otero<br>Name<br>100 Old Palisade Road<br>Number     Street<br>Fort Lee, NJ 07024<br>City          State   ZIP Code | ☑ Schedule D, line  2.4<br>☑ Schedule E/F, line  4.48<br>☐ Schedule G, line _____ |
| **3.2** Duque Trucking Solutions LLC<br>Name<br>131 Myer Street Suite 1<br>Number     Street<br>Hackensack, NJ 07601<br>City          State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.30, 4.31, 4.32, 4.33, 4.35, 4.36<br>☐ Schedule G, line _____ |
| **3.3** Jose F. Duque<br>Name<br>365 River Road<br>Number     Street<br>Bogota, NJ 07603<br>City          State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.30, 4.31, 4.32, 4.33, 4.35, 4.36<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Evaristo** | | **Burdiez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number (if known) | **20-23664/VFP** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Evaristo Burdiez _____
   Evaristo Burdiez, Debtor 1

Date  10/14/2021 _____
      MM/  DD/  YYYY

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138


Con Edison
Consolidated Edison of New York, Inc.
ATTN: Law Department
4 Irving Place Room 1875
New York, NY 10003

DJ Limousine Car Service,
Inc.
2113 39th Avenue
Long Island City, NY 11101


Duque Trucking Solutions LLC
131 Myer Street Suite 1
Hackensack, NJ 07601


Fajardo Construction
95 Mills Street #3717
Morristown, NJ 07960


Jean-Everett Burdiez
365 River Road
Bogota, NJ 07603


John Antanopulos, Jr.
4580 Broadway Apt. 4M
New York, NY 10040


Jose F. Duque
365 River Road
Bogota, NJ 07603

Lumix Construction Group

360 West 43rd Street

New York, NY 10036

Online Information Services

A/K/A Online Collections

P.O. Box 1489

Winterville, NC 28590-0000

Online Information Services

A/K/A Online Collections

685 West Firetower Road

Winterville, NC 28590-0000

Remex, Inc.

Revenue Management Excellance

307 Wall Street

Princeton, NJ 08540-1515

Remex, Inc.

Revenue Management Excellence

P.O. Box 765

Rocky Hill, NJ 08553-0765

Rosado Plumbing

1429 Martine Avenue

Plainfield, NJ 07060

Ruby Burdiez

55 Willow Drive

Briarcliff Manor, NY 10510

Serpe, Andree & Kaufman

P.O. Box 165

149 Main Street

Huntington, NY 11743

Trico Electric Company, LLC

145 Lexington Avenue
Hackensack, NJ 07601


Vehicle Lenders Group

23 Berry Hill Road
Oyster Bay, NY 11771