UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In re:

EVARISTA BURDIEZ, Debtor

In Re:

| | |
|---|---|
| Case No.: | 20-23664 VFP |
| Chapter: | 13 |
| Judge: | Vincent F. Papalia |

## CREDITOR NORTH JERSEY PUBLIC ADJUSTERS INC.'S OBJECTION TO CONFIRMATION

Creditor North Jersey Public Adjusters, Inc., by way of objection to the Debtor's proposed plan, respectfully objects as follows:  Debtor has still failed to list North Jersey Public Adjusters Inc. as a creditor, or to make provision for the return of the money deposited by North Jersey with the Trustee, which money represents a public adjuster's fee to which North Jersey is lawfully entitled.

October 19, 2021

Jeffrey A. Bronster                .
JEFFREY A. BRONSTER, ESQ.
Counsel for Creditor North Jersey
Public Adjusters Inc.
17 Wendell Place
Fairview, NJ 07022
(201) 602-8217