# JEFFREY A. BRONSTER, ESQ.
**ATTORNEY AT LAW**
**17 WENDELL PLACE**
**FAIRVIEW, NEW JERSEY 07022**

_____

**(201) 945-2566**

**Facsimile: (201) 945-2688**
**email: jbronster@bronsterlaw.com**

**MEMBER OF NEW JERSEY & NEW YORK BAR**

October 19, 2021

*By electronic filing*

Honorable Vincent F. Papalia
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

        Re:    In re: Evaristo Burdiez
                 Case No. 20-23664/VFP

Dear Judge Papalia:

    As your Honor may recall, I represent North Jersey Public Adjusters Inc., a creditor in the above case (although still not listed in Debtor's amended schedules). I received notice today that your Honor intends to have a conference on Thursday at 10:00 a.m. Although I would like to participate, I am already scheduled to participate in a conference at that time before the Honorable Michael Hammer in District Court.

    As the conference is apparently to discuss objections raised by Mr. Voorhees, my own participation would, in any event, not appear to be helpful to the Court. However, I did want to bring to your attention that earlier today I too filed an objection, and a separate motion for the release of funds, which is returnable on November 18, 2021. After your Honor's comments and observations at the last conference, I had thought that Debtor's counsel would promptly resolve the matter with me and agree to release of the funds. Regrettably, I was unduly optimistic.

    Thank you for your courtesy in this matter. I apologize for my inability to participate in Thursday's conference.

                              Respectfully submitted,

                              *Jeffrey A. Bronster*

                              JEFFREY A. BRONSTER

cc:    All Counsel and Parties via PACER