# JEFFREY A. BRONSTER, ESQ.
**ATTORNEY AT LAW**
**17 WENDELL PLACE**
**FAIRVIEW, NEW JERSEY 07022**

_____

**(201) 945-2566**

**Facsimile:  (201) 945-2688**
**email:  jbronster@bronsterlaw.com**

MEMBER OF NEW JERSEY & NEW YORK BAR

October 20, 2021

Clerk's Office
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

        Re:    In re:  Evaristo Burdiez
                 Case No. 20-23664/VFP

Dear Sir or Madam:

    I represent creditor North Jersey Public Adjusters Inc. in regard to the above case. Yesterday I attempted to file a motion for an order for the return of certain funds to my client. However, I misfiled the motion as an "Application". I am hereby <u>withdrawing</u> yesterday's filing. I will file the motion properly later this morning.

    Thank you for your courtesy in this matter.

                                        Very truly yours,

                                        *Jeffrey A. Bronster*

                                        JEFFREY A. BRONSTER

cc:    All Counsel (via PACER)