Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23664−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/18/21 at 10:00 AM

to consider and act upon the following:

*137* − Motion re: for return of funds Filed by Jeffrey A. Bronster on behalf of North Jersey Public Adjusters, Inc.. Hearing scheduled for 11/18/2021 at 09:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Brief # 2 Certification of Richard Perez # 3 Exhibit A. Burdiez Contract # 4 Exhibit B. Otero Contract # 5 Exhibit C. DOBI Complaint # 6 Exhibit D. NJPAI Response # 7 Exhibit E. Selective v. Wiley # 8 Proposed Order # 9 Certificate of Service) (Bronster, Jeffrey)

Dated: 10/20/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court