Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23664−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/18/21 at 10:00 AM

to consider and act upon the following:

*137* − Motion re: for return of funds Filed by Jeffrey A. Bronster on behalf of North Jersey Public Adjusters, Inc.. Hearing scheduled for 11/18/2021 at 09:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Brief # 2 Certification of Richard Perez # 3 Exhibit A. Burdiez Contract # 4 Exhibit B. Otero Contract # 5 Exhibit C. DOBI Complaint # 6 Exhibit D. NJPAI Response # 7 Exhibit E. Selective v. Wiley # 8 Proposed Order # 9 Certificate of Service) (Bronster, Jeffrey)

Dated: 10/20/21

                                                           Jeanne Naughton
                                                           Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 20-23664-VFP

Evaristo Burdiez    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen Esq ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com |
| David Kromm | on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov panylit@panynj.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | |

| | |
|---|---|
| | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | |
| | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | |
| | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Gregory L. Van Dyck | |
| | on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov |
| Jeffrey A. Bronster | |
| | on behalf of Creditor North Jersey Public Adjusters Inc. jbronster@bronsterlaw.com |
| Jill Cadre | |
| | on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com |
| Jill Cadre | |
| | on behalf of Creditor Cecilia Otero jill@cadrelaw.com |
| John Richard Voorhees, III | |
| | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Roger Chavez | |
| | on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17