# ROGER CHAVEZ
**ATTORNEY AT LAW**

THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1600
NEWARK, NJ 07102

PHONE (973) 735-0530
FAX (973) 735-0531

*VIA ECF FILING*

October 26, 2021

Judge Vincent F. Papalia
United States Bankruptcy Court, District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street, Courtroom 3B
Newark, NJ 071022

RE:   In re Evaristo Burdiez a/k/a Evaristo Burdiez, Jr., Debtor
      Chapter 13 | Case No. 20-23664/VFP
      U.S. Bankruptcy Court for the District of New Jersey
      NOTICE MEMORIALIZING THE SCHEDULING OF EVENTS PRIOR TO DECEMBER 16, 2021

Dear Judge Papalia:

Per the Court's request, I submit this correspondence via the Court's electronic docket to memorialize the dates and deadlines that were imposed at the status conference call on Thursday, October 21, 2021 in the above-referenced bankruptcy matter. The following scheduling shall be in full force and effect notwithstanding our local rules of bankruptcy practice:

1) On November 18, 2021, the Court will conduct a status conference with respect to the Debtor's Chapter 13 case. The Court will expect a status update on the non-exclusive subjects of a) pulling/closing of construction permits on 365 River Road, Bogota, New Jersey (Property); b) issuance of a final certificate of occupancy on Property; and, c) escrow of settlement proceeds from sale of Property. All parties with interests in, and knowledge of the aforementioned subjects are expected to participate in this status conference.

2) The confirmation hearing for the Debtor's case is adjourned from October 21, 2021 to December 16, 2021 at 10:00AM.

3) North Jersey Public Adjuster's Motion for Release of the Public Adjusters' Fees shall be returnable on November 18, 2021. Any cross-motion and/or objection/opposition to North Public Adjuster's Motion shall be filed by November 8, 2021. Any surreplies shall be filed no later than November 12, 2021.

2

4) Jill Cadre's Fee Application shall be adjudicated on November 18, 2021 at 2:00PM. Any objection/opposition to Jill Cadre's Fee Application shall be filed by November 8, 2021. Any surreplies shall be filed no later than November 12, 2021.

5) Any motions or applications in this matter, with a return date of December 16, 2021 or prior, shall have an objection, cross-motion or opposition deadline of ten (10) days prior to the return date and surreplies shall be filed no later than six (6) days prior to the return date.

If you have any questions, I can be reached directly at (973) 735-0530.

Sincerely,
/s/ Roger Chavez
Roger Chavez

RC/sa