| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Cnption in Compliance with D.N.J. LBR 9004-l(c) | Order Filed on November 23, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey |
| The Cadre Law Firm, LLC<br>400 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Jill Cadre #042932003<br>*Attorney for Debtors* | |
| In Re:<br><br>**EVARISTO BURDIEZ,**<br><br>Debtor. | Case No.   20-23664-VFP<br>Chapter:   13<br>Hearing Date: November 16, 2021<br>Judge: Vincent F. Papalia |

### ORDER FOR ALLOWANCE OF ATTORNEY FEES FOR SERVICES RENDERED AND EXPENSES INCURRED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: November 23, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Page: | 2 |
| Debtors: | Evaristo Burdiez |
| Case No.: | 20-23664-VFP - Chapter 13 |
| Caption: | Order For Allowance of Attorney Fees and Expenses for Services Rendered Pursuant to <u>11 U.S.C. § 503(b)</u> |

**THIS MATTER** being opened to the Court by Jill Cadre, Esq. (the "Cadre Firm"), special real estate counsel for the Debtor, **Evaristo Burdiez** (the "Debtor"), with the Cadre Firm also serving as real estate counsel to the non-debtor, **Cecilia Otero**, on Application (the "Application") for an Order Allowing Fees and Expenses, and the Court having considered the Affidavit of Services and Application for Allowance; and on the Cross-Motion (the "Cross-Motion") and Objection (the "Objection") of the Debtor seeking disallowance of the Cadre Firm's Application and disgorgement of certain fees; and due notice having been given; and the Court having considered the submissions of the parties and the arguments of counsel; and foir the reasons set forth on the record on November 18, 2021:and for good cause otherwise appearing:

**ORDERED,** that the Application is GRANTED and the Cadre Frim is hereby allowed the total sum of <u>$4,280</u> in fees and costs and expenses of $200, for a total of $4,480, of which <u>$2,500.00</u> has already been received by the Cadre Firm from the proceeds of the closing of the sale of the subject real estate, leaving a remaining balance of <u>$1,980,</u> one-half of which ($990) shall be be paid by the Debtor's estate and one-half of which (or $990) shall be paid directly to the Cadre Firm by Ms. Otero, as per the agreement of those parties as to the division of such fees and expenses. The estate's portion of $990 shall be paid to the Cadre Firm through the Debtor's Plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further

**ORDERED,** the the Cross-Motion is DENIED and the Objection is OVERRULED; and it is further

**ORDERED** that the Cadre Firm shall serve a copy of this Order on the Chapter 13 Trustee, counsel for the Debtor and counsel for Ms. Otero within seven (7) days of its entry.