UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
PATEL SOLTIS CARDENAS & BOST LLC
By: John R. Voorhees III, Esq.
1 Broad Street, Suite 5
Freehold, NJ 07728
(844)-533-3367
voorhees@focusedlaw.com
Attorney for Cecilia Otero

In Re:

Evaristo Burdiez

Case No.:    20-23664

Chapter:    13

Hearing Date:    December 18, 2021

Judge:    VFP

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Cecilia Otero's Objection to Confirmation Docket Number 131

Date: 11/24/2021

/s/John R. Voorhees III
Signature

*rev.8/1/15*