| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(c)<br><br>The Cadre Law Firm, LLC<br>400 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Jill Cadre #042932003<br>*Attorney for Debtors* | Order Filed on November 23, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>**EVARISTO BURDIEZ,**<br><br>Debtor. | Case No.  20-23664-VFP<br><br>Chapter:  13<br><br>Hearing Date: November 16, 2021<br><br>Judge: Vincent F. Papalia |

### ORDER FOR ALLOWANCE OF ATTORNEY FEES FOR SERVICES RENDERED AND EXPENSES INCURRED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: November 23, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Page: | 2 |
| Debtors: | Evaristo Burdiez |
| Case No.: | 20-23664-VFP - Chapter 13 |
| Caption: | Order For Allowance of Attorney Fees and Expenses for Services Rendered Pursuant to 11 U.S.C. § 503(b) |

**THIS MATTER** being opened to the Court by Jill Cadre, Esq. (the "Cadre Firm"), special real estate counsel for the Debtor, **Evaristo Burdiez** (the "Debtor"), with the Cadre Firm also serving as real estate counsel to the non-debtor, **Cecilia Otero**, on Application (the "Application") for an Order Allowing Fees and Expenses, and the Court having considered the Affidavit of Services and Application for Allowance; and on the Cross-Motion (the "Cross-Motion") and Objection (the "Objection") of the Debtor seeking disallowance of the Cadre Firm's Application and disgorgement of certain fees; and due notice having been given; and the Court having considered the submissions of the parties and the arguments of counsel; and foir the reasons set forth on the record on November 18, 2021:and for good cause otherwise appearing:

**ORDERED,** that the Application is GRANTED and the Cadre Frim is hereby allowed the total sum of $4,280 in fees and costs and expenses of $200, for a total of $4,480, of which $2,500.00 has already been received by the Cadre Firm from the proceeds of the closing of the sale of the subject real estate, leaving a remaining balance of $1,980, one-half of which ($990) shall be be paid by the Debtor's estate and one-half of which (or $990) shall be paid directly to the Cadre Firm by Ms. Otero, as per the agreement of those parties as to the division of such fees and expenses. The estate's portion of $990 shall be paid to the Cadre Firm through the Debtor's Plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further

**ORDERED,** the the Cross-Motion is DENIED and the Objection is OVERRULED; and it is further

**ORDERED** that the Cadre Firm shall serve a copy of this Order on the Chapter 13 Trustee, counsel for the Debtor and counsel for Ms. Otero within seven (7) days of its entry.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-23664-VFP

Evaristo Burdiez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Nov 24, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen  Esq ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com |
| David Kromm | on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov  panylit@panynj.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | |

| | |
|---|---|
| | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | |
| | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | |
| | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Gregory L. Van Dyck | |
| | on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov |
| Jeffrey A. Bronster | |
| | on behalf of Creditor North Jersey Public Adjusters Inc. jbronster@bronsterlaw.com |
| Jill Cadre | |
| | on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com |
| Jill Cadre | |
| | on behalf of Creditor Cecilia Otero jill@cadrelaw.com |
| John Richard Voorhees, III | |
| | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Roger Chavez | |
| | on behalf of Debtor Evaristo Burdiez rchavez01@aol.com rchavez@chavezlegal.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17