Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−23664−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/2/21 at 12:00 PM

to consider and act upon the following:

*144* − Document re: NOTICE MEMORIALIZING THE SCHEDULING OF MOTIONS AND DEADLINES (related document: Hearing (Document) Rescheduled, 139 Hearing (Document) Rescheduled, Confirmation Hearing Rescheduled) filed by Roger Chavez on behalf of Evaristo Burdiez. (Chavez, Roger)

Dated: 12/2/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court