| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>ROGER CHAVEZ, ESQ. (RC4040)<br>THE NATIONAL NEWARK BUILDING<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTOR, EVARISTO BURDIEZ AKA EVARISTO BURDIEZ, JR. | Case No.: 20-23664/VFP<br><br>Chapter: 13 |
| In Re:<br><br>EVARISTO BURDIEZ AKA EVARISTO BURDIEZ, JR.,<br><br>DEBTOR. | Adv. No.: N/A<br><br>Hearing Date: 12/16/2021 @ 10:00am<br><br>Judge: Vincent F. Papalia |

**CERTIFICATION OF SERVICE**

1. I, Sheila M. Alvarado:

   ☐ represent the Debtors in this matter.

   ☒ am the secretary/paralegal for Roger Chavez, Esq., who represents the above-captioned Debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On Thursday, December 9, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1) Limited Objection to Cecilia Otero's Motion to Release Funds, Set Aside Funds and Permit Fees Nunc Pro Tunc w/Exhibits A-C; and,
   2) Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   December 10, 2021            /s/ Sheila M. Alvarado
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF FILING<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Attn.: Martha Hildebrandt, AUST<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF FILING<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Voorhees III, Esq.<br>Patel, Soltis, Cardenas & Bost, LLC<br>1 Broad Street<br>Freehold, NJ 07728 | Counsel for Unsecured Creditor, Cecilia Otero | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF FILING<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br><br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br><br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br><br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br><br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br><br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*