**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

__0__  Valuation of Security        __4__  Assumption of Executory Contract or Unexpired Lease        __7__ Lien Avoidance

**Last revised: August 1, 2020**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Burdiez, Evaristo

Case No.: 20-23664/VFP  
Judge: Vincent F. Papalia

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☑ Modified/Notice Required            Date: 1/17/2022

☑ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan,* which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __RC__        Initial Debtor: __EB__        Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $150.00 per month to the Chapter 13 Trustee, starting on 01/01/2021 for approximately 12 months and then,

The debtor shall pay $150.00 per month to the Chapter 13 Trustee, starting on 01/01/2022 for approximately 24 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future earnings

☑ Other sources of funding (describe source, amount and date when funds are available):

Rent Rolls and contribution from Debtor's son

c. Use of real property to satisfy plan obligations:

☑ Sale of real property

Description: Debtor is assuming real estate contract of sale of 365 River Road, Bogota, New Jersey between him and his ex-wife, Cecilia Otero, as Sellers, and Claudia Marcela Duque, Gloria Liliana Salazar Arbalaez and Jose Fanibal Duque, as Purchasers, pursuant to Contract of Sale, dated October 21, 2019.

Proposed date for completion: 08/04/2021

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection ☑ NONE

a. Adequate protection payments will be made in the amount of _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | $600.00 |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE    $0.00 |
| DOMESTIC SUPPORT OBLIGATION | | $0.00 |

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| U.S. Department of Treasury | Taxes or Penalties Owed to Governmental Units | $3,233.63 |
| State of New Jersey | Taxes or Penalties Owed to Governmental Units | $530.93 |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:

Check one:

☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

### Part 4:    Secured Claims

a.  **Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c.  **Secured claims excluded from 11 U.S.C. 506** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d.  **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| DJ Limousine Car Service Inc. | 1992 Peterbilt 379 | $8,680.00 | Collateral to be surrendered in full satisfaction of claim. |
| DJ Limousine Car Service Inc. | 2004 Freightliner Conventional | $10,595.00 | Collateral to be surrendered in full satisfaction of claim. |
| DJ Limousine Car Service Inc. | 1996 Peterbilt 379 | $8,210.00 | Collateral to be surrendered in full satisfaction of claim. |
| DJ Limousine Car Service Inc. | 2008 Freightliner Cascadia | $13,140.00 | Collateral to be surrendered in full satisfaction of claim. |
| DJ Limousine Car Service Inc. | 2005 Peterbilt 379 | $6,840.00 | Collateral to be surrendered in full satisfaction of claim. |
| DJ Limousine Car Service Inc. | 1993 Peterbilt 379 | $8,230.00 | Collateral to be surrendered in full satisfaction of claim. |

f. **Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

g. **Secured Claims to be Paid in Full Through the Plan:** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than _____ to be distributed *pro rata*

☐ Not less than _____ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:    Executory Contracts and Unexpired Leases ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment of Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Duque Salazar, Claudia Marcela | | Sale of 365 River Road, Bogota, New Jersey 07603 | Assume | |
| Salazar Arbalaez, Gloria Liliana | | Sale of 365 River Road, Bogota, New Jersey 07603 | Assume | |
| Duque, Jose Fanibal | | Sale of 365 River Road, Bogota, New Jersey 07603 | Assume | |
| Otero, Cecilia | | Sale of 365 River Road, Bogota, New Jersey 07603 | Assumed | |

## Part 7:    Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.    Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| American Express | 365 River Road Bogota, NJ 07603 | Judgment lien from lawsuit; Judgment No. (J-084559-11) | $62,621.00 | $540,000.00 | $25,150.00 | $0.00 | $62,621.00 |
| Julian Hernandez | 365 River Road Bogota, NJ 07603 | Judgment lien from lawsuit; Judgment No. (DJ-028838-18) | $5,683.00 | $540,000.00 | $25,150.00 | $116,432.00 | $5,683.00 |
| Midland Credit Management, Inc. | 365 River Road Bogota, NJ 07603 | Judgment lien from lawsuit; Judgment No. (DJ-146813-17) | $3,642.00 | $540,000.00 | $25,150.00 | $108,567.00 | $3,642.00 |
| Midland Credit Management, Inc. | 365 River Road Bogota, NJ 07603 | Judgment lien from lawsuit; Judgment No. (DJ-193997-17) | $2,723.00 | $540,000.00 | $25,150.00 | $112,209.00 | $2,723.00 |
| Weinberg & Cooper, LLC | 365 River Road Bogota, NJ 07603 | Attorney Fees (J-114312-14) | $5,000.00 | $540,000.00 | $25,150.00 | $62,621.00 | $5,000.00 |
| Weinberg & Cooper, LLC | 365 River Road Bogota, NJ 07603 | Attorney Fees (J-091503-20) | $4,124.00 | $540,000.00 | $25,150.00 | $122,115.00 | $4,124.00 |

| L.T. Asset Recovery, LLC | 365 River Road Bogota, NJ 07603 | Judgment lien from lawsuit; Judgment No. (DJ-056030-10) | $12,391.00 | $540,000.00 | $25,150.00 | $126,239.00 | $12,391.00 |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

   ☐ Upon confirmation

   ☑ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

   The Standing Trustee shall pay allowed claims in the following order:

   1) Chapter 13 Standing Trustee Commissions
   2) Other Administrative Claims
   3) Priority Claims
   4) Secured Claims
   5) Lease Arrearages
   6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount

filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:    2/03/2021

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor's plan is being modified to include the surrender of the trucks financed through DJ Limousine Car Service Inc. on Part 4 (e). | Part 4(e): "Surrender" of Plan is amended to include the trucks financed through DJ Limousine Car Service Inc. and indicate that the Debtor will be surrendering the collaterals in full satisfaction of claim. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain Here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:    1/17/2022    /s/ Evaristo Burdiez
Evaristo Burdiez
Debtor

Date:    _____
Joint Debtor

Date:    1/17/2022    /s/ Roger Chavez
Roger Chavez
Attorney for Debtor(s)
Bar Number: RC4040
Law Offices of Roger Chavez
Robert Treat Center
50 Park Place Suite 1104
Newark, NJ 07102-3806
Phone: (973) 735-0530
Email: rchavez@chavezlegal.com

United States Bankruptcy Court

District of New Jersey

In re:  
Evaristo Burdiez  
Debtor

Case No. 20-23664-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 6  
Date Rcvd: Jan 21, 2022      Form ID: pdf901      Total Noticed: 140

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Gloria Liliana Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Jose Fenibal Duque-Castano, 365, 365 River Road, Bogota, NJ 07603-1017 |
| r | + | Keller Williams, 2200 Fletcher Avenue, Suite 502, Fort Lee, NJ 07024-5016 |
| intp | + | Melissa Cohen, Esq, c/o Cohn Lifland Pearlman Herrmann, Park 80 West - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| cr | + | North Jersey Public Adjusters, Inc., 17 Wendell Place, Fairview, NJ 07022-1842 |
| cr | + | The Port Authority of New York and New Jersey, 4 World Trade Center, 150 Greenwich St., 24th Floor, New York, NY 10007-2373 |
| cr | + | Weinberg & Cooper LLC, Cohn Lifland Pearlman Herrmann & Knopf L, 250 Pehle Ave., Suite 401, Park 80 W-Pla, Saddle Brook, NJ 07663-5841 |
| cr | + | Weinberg & Cooper, LLC, c/o Cohn Lifland Pearlman Herrmann, Park 80 Wet - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| 519108115 | + | Account Resolution Services, 1643 NW 136th Avenue Suite 100, Fort Lauderdale, FL 33323-2857 |
| 519108116 | | Account Resolution Services, P.O. Box 459079, Fort Lauderdale, FL 33345-9079 |
| 519049679 | + | Bergen County Sheriff's Office, Attn.: Sheriff Anthony Cureton, 2 Bergen County Plaza, Hackensack, NJ 07601-7076 |
| 519108121 | + | Bruce X. Piekarsky, Court Officer, Bergen County, Special Civil Part, P.O. Box 1006, Hackensack, NJ 07602-1006 |
| 519452338 | + | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, 4 IRVING PLACE, 9th Floor, NEW YORK, NY 10003-3502 |
| 519108128 | + | Cecilia Otero, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519049680 | + | Cecilia Otero, F/K/A Cecilia Burdiez, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519108087 | + | Claudia Marcela Duque Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 519331238 | + | Con Edison, Consolidated Edison of New York, Inc., ATTN: Law Department, 4 Irving Place Room 1875, New York, NY 10003-3502 |
| 519331237 | | Con Edison, Cooper Station, P.O. Box 138, New York, NY 10276-0138 |
| 519331239 | + | DJ Limousine Car Service, Inc., 2113 39th Avenue, Long Island City, NY 11101-3607 |
| 519331240 | + | Duque Trucking Solutions LLC, 131 Myer Street Suite 1, Hackensack, NJ 07601-4103 |
| 519108143 | | Emergency Physician Services of NJ, PA, 718 Teaneck Road, Teaneck, NJ 07666-4245 |
| 519083834 | | Emergency Physicians Services of New Jersey PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519331241 | + | Fajardo Construction, 95 Mills Street #3717, Morristown, NJ 07960-3717 |
| 519108090 | + | Gloria Liliana Salazar Arbalaez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108146 | + | Huatai USA LLC, 200 Bar Harbor Drive, Conshohocken, PA 19428-2977 |
| 519108150 | + | JB Multiservices, C/O Julian Hernandez, 137 Hudson Street, Hackensack, NJ 07601-6871 |
| 519108149 | + | James P. Gaffigan, Court Officer, Mercer County, Law Division, Special Civ, P.O. Box 1325, Trenton, NJ 08607-1325 |
| 519331242 | + | Jean-Everett Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| 519331243 | + | John Antanopulos, Jr., 4580 Broadway Apt. 4M, New York, NY 10040-2115 |
| 519070178 | + | John R. Voorhees III, Esq., 1 Broad St. Suite 5,, Freehold NJ 07728-1753 |
| 519331244 | + | Jose F. Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108088 | + | Jose Fanibal Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108152 | + | Julian Hernandez, C/O JB Multiservices, 85 South State Street, Hackensack, NJ 07601-3919 |
| 519108153 | + | Kenneth McClelland, Court Officer, Mercer County, Law Division, Special Civ, P.O. Box 905, Trenton, NJ 08605-0905 |
| 519108154 | + | L.T. Asset Recovery, LLC, C/O Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519108155 | + | Little Acre Farm, 223 Victory Road, Howell, NJ 07731-8780 |
| 519331245 | + | Lumix Construction Group, 360 West 43rd Street, New York, NY 10036-6410 |
| 519108156 | + | Lyons, Doughty, & Veldhuis, P.O. Box 1269, 136 Gaither Drive Suite 100, Mount Laurel, NJ 08054-2239 |

Case 20-23664-VFP    Doc 178    Filed 01/23/22    Entered 01/24/22 00:15:48    Desc
Imaged Certificate of Notice    Page 9 of 13

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: pdf901 | Total Noticed: 140 |

| | | |
|---|---|---|
| 519108162 | | New Jersey Motor Vehicle Commission, NJ Surcharge Violation Biling Office, P.O. Box 1502, Moorestown, NJ 08057-9704 |
| 519108160 | + | New Jersey Motor Vehicle Commission, Driver Management Section, P.O. Box 134, Trenton, NJ 08666-0134 |
| 519108161 | + | New Jersey Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 519108182 | + | New Jersey Motor Vehicle Commission/, Surcharge Violation System Office NJSVS, PO Box 136, Trenton, NJ 08666-0136 |
| 519108164 | + | North Jersey Orthopaedic Specialists, PA, 106 Grand Avenue Suite 230, Englewood, NJ 07631-3570 |
| 519108163 | + | North Jersey Orthopaedic Specialists, PA, 730 Palisade Avenue, Teaneck, NJ 07666-3144 |
| 519282044 | + | North Jersey Public Adjusters Inc., c/o Jeffrey A. Bronster, Esq., 17 Wendell Place, Fairview, NJ 07022-1842 |
| 519108165 | + | Pellegrino & Feldstein, 290 Route 46 Wesr, Denville, NJ 07834-1239 |
| 519108166 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas, New York, NY 10018-5515 |
| 519108167 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas Suite 1800, New York, NY 10018-5515 |
| 519108176 | + | RNC, RCN Telecom Services, LLC, P.O. Box 11816, Newark, NJ 07101-8116 |
| 519108177 | + | RNC, RCN Telecom Services, LLC, 33-16 Woodside Avenue, Long Island City, NY 11101-1036 |
| 519331248 | | Remex, Inc., Revenue Management Excellance, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519331249 | | Remex, Inc., Revenue Management Excellence, P.O. Box 765, Rocky Hill, NJ 08553-0765 |
| 519108178 | + | Rocco Sconzo, Court Officer, Bergen County, Special Civil Part, P.O. Box 871, Saddle Brook, NJ 07663-0871 |
| 519331250 | + | Rosado Plumbing, 1429 Martine Avenue, Plainfield, NJ 07060-3129 |
| 519331251 | + | Ruby Burdiez, 55 Willow Drive, Briarcliff Manor, NY 10510-1227 |
| 519108189 | + | SUEZ Water New Jersey, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 519121473 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519331252 | + | Serpe, Andree & Kaufman, P.O. Box 165, 149 Main Street, Huntington, NY 11743-7051 |
| 519108180 | + | Sheena Daneshyar, Esq., Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519108186 | | State Of New Jersey, Division Of Law, PO Box 112, Trenton, NJ 08625-0112 |
| 519108183 | | State Of New Jersey, Division Of Law, PO Box 119, Trenton, NJ 08625-0119 |
| 519108185 | | State Of New Jersey, Division Of Taxation, PO Box 644, Trenton, NJ 08646-0644 |
| 519108184 | | State Of New Jersey, Division of Taxation Bankruptcy Unit, PO Box 245, Trenton, NJ 08646-0245 |
| 519108181 | | State Of New Jersey, Surcharge Billing Office, PO Box 4775, Trenton, NJ 08650-4775 |
| 519108187 | + | Steven M. Gabor, 31 West Main Street, Freehold, NJ 07728-2463 |
| 519108188 | + | Steven M. Gabor, Esq., 31 West Main Street, Freehold, NJ 07728-2463 |
| 519049681 | + | Superior Court of New Jersey, Bergen County Justice Center, Bergen County, Chancery Division, Family, Attn.: Hon. Mitchell I. Steinhart, J.S.C, 10 Main Street 5th Floor Hackensack, NJ 07601-7042 |
| 519127791 | + | TAL International Container Corp, c/o Weber Gallgher, 1500 Broadway, Ste 2410, New York, NY 10036-4015 |
| 519108199 | + | Tal International Container Corporation, 100 Manhanttanille Road, Purchase, NY 10577-2134 |
| 519108200 | + | Tenaglia & Hunt, P.A., 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 519108201 | + | The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street 24th Floor, New York, NY 10007-2373 |
| 519124042 | | The Port Authority of New York and New Jersey, 4 WTC, 150 Greenwich St, 24th Floor, New York, NY 10007 |
| 519331253 | + | Trico Electric Company, LLC, 145 Lexington Avenue, Hackensack, NJ 07601-3914 |
| 519331254 | + | Vehicle Lenders Group, 23 Berry Hill Road, Oyster Bay, NY 11771-3547 |
| 519108211 | + | Weber, Gallagher, Simpson, Stapleton, Fires & Newb, 1500 Broadway, New York, NY 10036-4015 |
| 519108212 | + | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza, Hackensack, NJ 07601-6203 |
| 519049682 | + | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza 516, Hackensack, NJ 07601-6203 |
| 519108214 | #+ | Zwicker & Associates, PC, 1105 Laurel Oak Road Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 79

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2022 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2022 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 21 2022 20:32:37 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519108117 | + | Email/PDF: bncnotices@becket-lee.com | Jan 21 2022 20:32:37 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 519108118 | + | Email/PDF: bncnotices@becket-lee.com | Jan 21 2022 20:32:36 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 519108119 | | Email/PDF: bncnotices@becket-lee.com | Jan 21 2022 20:42:55 | American Express, P.O. Box 297879, Fort |

Case 20-23664-VFP    Doc 178    Filed 01/23/22    Entered 01/24/22 00:15:48    Desc
                        Imaged Certificate of Notice    Page 10 of 13

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: pdf901 | Total Noticed: 140 |

| | | | | |
|---|---|---|---|---|
| | | | | Lauderdale, FL 33329-7879 |
| 519117644 | | Email/PDF: bncnotices@becket-lee.com | Jan 21 2022 20:31:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519108124 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2022 20:32:35 | Capital One Bank USA, NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 519108123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2022 20:31:59 | Capital One Bank USA, NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 519108122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2022 20:32:02 | Capital One Bank USA, NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 519108125 | + | Email/Text: bankruptcy@cavps.com | Jan 21 2022 20:29:00 | Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 519108126 | + | Email/Text: bankruptcy@cavps.com | Jan 21 2022 20:29:00 | Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 519083981 | + | Email/Text: bankruptcy@cavps.com | Jan 21 2022 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519108134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:43:00 | Citibank, N.A., C/O Best Buy, Co., PO Box 790441, Saint Louis, MO 63179-0441 |
| 519108132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:42:55 | Citibank, N.A., C/O Best Buy, Co., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519108133 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:43:04 | Citibank, N.A., C/O Best Buy, Co., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519108137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:43:04 | Citibank, N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519108136 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:43:04 | Citibank, N.A., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519108135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:43:00 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519108138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:42:55 | Citibank, SD, NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519108139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:42:55 | Citibank, SD, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519108140 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2022 20:43:04 | Citibank, SD, NA, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 519108142 | | Email/Text: G06041@att.com | Jan 21 2022 20:29:00 | DirecTV, PO Box 6550 Attn: Customer Service, A/K/A AT&T DirecTV, Englewood, CO 80155-6550 |
| 519057337 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2022 20:42:54 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519108147 | | Email/Text: Bankruptcy@ICSystem.com | Jan 21 2022 20:29:00 | IC System, Inc., IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519108148 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 21 2022 20:29:00 | IC System, Inc., IC Systems Collections, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 519124239 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2022 20:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519108131 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 21 2022 20:31:58 | Chase Auto Finance, MAIL CODE LA4-5555, 700 Kansas Lane, Monroe, LA 71203-0000 |
| 519108129 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 21 2022 20:32:35 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 519108130 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 21 2022 20:31:59 | Chase Auto Finance, P.O. Box 901076, Fort |

Case 20-23664-VFP    Doc 178    Filed 01/23/22    Entered 01/24/22 00:15:48    Desc
Imaged Certificate of Notice    Page 11 of 13

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: pdf901 | Total Noticed: 140 |

| Recipient # | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Worth, TX 76101-2076 |
| 519108157 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2022 20:28:00 | Midland Credit Management, Inc., a/k/a Midland Funding, LLC, 320 East Bign Beaver, Troy, MI 48083-1238 |
| 519108158 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2022 20:28:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 519108159 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2022 20:28:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 519108604 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2022 20:28:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 519331246 | + | Email/Text: bankruptcy@onlineis.com | Jan 21 2022 20:29:00 | Online Information Services, A/K/A Online Collections, P.O. Box 1489, Winterville, NC 28590-1489 |
| 519331247 | + | Email/Text: bankruptcy@onlineis.com | Jan 21 2022 20:29:00 | Online Information Services, A/K/A Online Collections, 685 West Firetower Road, Winterville, NC 28590-9232 |
| 519108168 | | Email/Text: info@phoenixfinancialsvcs.com | Jan 21 2022 20:28:00 | Phoenix Financial Services, LLC, 8902 Otis Avenue Suite 103A, Indianapolis, IN 46216-0000 |
| 519108169 | | Email/Text: info@phoenixfinancialsvcs.com | Jan 21 2022 20:28:00 | Phoenix Financial Services, LLC, P.O. Box 361450, Indianapolis, IN 46236-0000 |
| 519108171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2022 20:32:36 | Portfolio Recovery Associates, LLC, 140 Corporate Boulevard, Norfolk, VA 23502-0000 |
| 519108172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2022 20:32:36 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-0000 |
| 519108170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2022 20:32:37 | Portfolio Recovery Associates, LLC, Riverside Commerce Center, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4962 |
| 519108173 | | Email/Text: signed.order@pfwattorneys.com | Jan 21 2022 20:28:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519108175 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 21 2022 20:29:00 | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 519108174 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 21 2022 20:29:00 | Receivables Performance Management, 20816 44th Avenue West Suite 100, Lynnwood, WA 98036-7744 |
| 519108179 | + | Email/Text: bk-notification@sps-law.com | Jan 21 2022 20:28:00 | Schachter Portnoy, LLC, 3490 U.S. Route 1 Suite 6, Princeton, NJ 08540-5920 |
| 519108191 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:32:05 | Synchrony Bank, C/O Banana Republic, P.O. Box 965005, Orlando, FL 32896-5005 |
| 519108198 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:31:56 | Synchrony Bank, C/O LOWES, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 519108192 | | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:31:56 | Synchrony Bank, C/O Banana Republic, P.O. Box 965036, Orlando, FL 32896-5036 |
| 519108196 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:32:35 | Synchrony Bank, C/O LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 519108197 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:32:35 | Synchrony Bank, C/O LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 519108193 | | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:32:21 | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 519108195 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:32:21 | Synchrony Bank, C/O PayPal Credit, P.O. Box 530975, Orlando, FL 32896-0001 |
| 519050041 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:31:59 | Synchrony Bank, c/o of PRA Receivables |

Case 20-23664-VFP  Doc 178  Filed 01/23/22  Entered 01/24/22 00:15:48  Desc
Imaged Certificate of Notice  Page 12 of 13

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: pdf901 | Total Noticed: 140 |

| Recip ID | Bypass | Email/Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519108194 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2022 20:32:21 | Synchrony Bank, C/O PayPal Credit, PO Box 965005, Orlando, FL 32896-5005 |
| 519113691 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2022 20:42:55 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519108205 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2022 20:28:00 | Verizon, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 519108206 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2022 20:28:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 519108207 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2022 20:28:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |
| 519108210 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2022 20:28:00 | Verizon Wireless, P.O. Box 5029, 20 Alexander Drive, Wallingford, CT 06492-2458 |
| 519108208 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2022 20:28:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |
| 519108209 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2022 20:28:00 | Verizon Wireless, Attn: Billing Office, 2000 Corporate Drive 3rd Floor, Orangeburg, NY 10962-2634 |

TOTAL: 61

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cecilia Otero, 100 Old Palisade Rd, Fort Lee, NJ 07024-7064 |
| cr | *+ | Claudia Marcela Duque-Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 519108120 | *+ | Bergen County Sheriff's Office, Attn.: Sheriff Anthony Cureton, 2 Bergen County Plaza, Hackensack, NJ 07601-7076 |
| 519108127 | *+ | Cecilia Otero, F/K/A Cecilia Burdiez, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519108141 | *+ | Claudia Marcela Duque Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 519108145 | *+ | Gloria Liliana Salazar Arbalaez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108204 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0000 |
| 519108203 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 519108151 | *+ | Jose Fanibal Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108190 | *+ | Superior Court of New Jersey, Bergen County Justice Center, Bergen County, Chancery Division, Family, Attn.: Hon. Mitchell I. Steinhart, J.S.C, 10 Main Street 5th Floor, Hackensack, NJ 07601-7042 |
| 519108202 | * | U.S. Department Of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519108213 | *+ | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza 516, Hackensack, NJ 07601-6203 |
| 519108144 | ##+ | Gem Recovery Systems, 99 Kinderkamack Drive Suite 308, Westwood, NJ 07675-3021 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:**

**Name** **Email Address**

Alex A Pisarevsky
on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com

Alex A Pisarevsky
on behalf of Interested Party Melissa Cohen  Esq ap@njlawfirm.com

Alex A Pisarevsky
on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com

David Kromm
on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov  panylit@panynj.gov

Denise E. Carlon
on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Franklin G. Soto
on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto
on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto
on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Gregory L. Van Dyck
on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov

Jeffrey A. Bronster
on behalf of Creditor North Jersey Public Adjusters  Inc. jbronster@bronsterlaw.com

Jill Cadre
on behalf of Creditor Cecilia Otero jill@cadrelaw.com

Jill Cadre
on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com

John Richard Voorhees, III
on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
magecf@magtrustee.com

Roger Chavez
on behalf of Debtor Evaristo Burdiez rchavez@chavezlegal.com  rchavez01@aol.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17