UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

JOSEPH D. PETROLINO, JR., ESQ., JDP-6351
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Attorney for the Standing Trustee

**Order Filed on April 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

In Re:

EVARISTO BURDIEZ,

                                   Debtors

Chapter 13

Case No.:  20-23664

Judge:  Vincent F. Papalia

---

**CONSENT ORDER GRANTING ALLOWANCES OF PRE-CONFIRMATION
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The relief set forth on the following pages, numbered (2) - (3), is hereby **ORDERED**.

**DATED: April 14, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:  Evaristo Burdiez

Case No. 20-23664

Caption of Order:  Consent Order Granting Allowances of Pre-Confirmation Compensation & Reimbursement of Expenses

THIS MATTER having been opened to the Court upon Application by Roger Chavez, Esq., Attorney for Debtor, and the Standing Trustee having filed an Objection to same; and all interested parties having consented to the form and substance of the Order herein; and for good and sufficient cause shown, it is hereby:

ORDERED that Roger Chavez, Esq., the applicant, is allowed a fee of $126,714.38 for services rendered and expenses in the amount of $2,470.62 for a total of $129,185.00.  This allowance is payable as follows:

$99,000.00 shall be paid through the Chapter 13 Plan as an administrative priority.

$19,185.00 has already been paid outside of the plan by debtor.

$11,000.00 shall be paid outside of the plan directly by debtor within 30 days of the entry of this Order; and it is further

ORDERED that if debtor fails to make the $11,000.00 payment within the 30 day deadline indicated, Applicant can file a Certification of Default and Proposed Order with the Court upon 14 day notice to the debtor and the Chapter 13 Trustee seeking to have said amount be paid through the Plan.  However, if said amount is added to the plan, it shall not impact upon the dividend to unsecured creditors and debtor's plan payment shall be increased or a Modified Plan shall be filed to address same; and it is further

Debtor:  Evaristo Burdiez

Case No. 20-23664

Caption of Order:  Consent Order Granting Allowances of Pre-Confirmation Compensation &
　　　　　　　　　Reimbursement of Expenses


　　　　　ORDERED that any further Fee Applications shall require an increase in plan payment or

a Modified Plan to address same.


The undersigned hereby consent to the form,
Content and entry of the within Order.



/s/ Joseph D. Petrolino, Jr.
Joseph D. Petrolino, Jr., Esq.
Attorney for Marie-Ann Greenberg, Chapter 13 Standing Trustee



/s/ Roger Chavez
Roger Chavez, Esq.
Law Offices of Roger Chavez, Esq.
Attorney for Debtor, Evaristo Burdiez



/s/ Evaristo Burdiez
Evaristo Burdiez
Debtor