|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| JOSEPH D. PETROLINO, JR., ESQ., JDP-6351<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Attorney for the Standing Trustee | Order Filed on April 14, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EVARISTO BURDIEZ,<br><br>                        Debtors | Chapter 13<br><br>Case No.: 20-23664<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER GRANTING ALLOWANCES OF PRE-CONFIRMATION COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The relief set forth on the following pages, numbered (2) - (3), is hereby **ORDERED**.

..........

**DATED: April 14, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Evaristo Burdiez

Case No. 20-23664

Caption of Order: Consent Order Granting Allowances of Pre-Confirmation Compensation & Reimbursement of Expenses

THIS MATTER having been opened to the Court upon Application by Roger Chavez, Esq., Attorney for Debtor, and the Standing Trustee having filed an Objection to same; and all interested parties having consented to the form and substance of the Order herein; and for good and sufficient cause shown, it is hereby:

ORDERED that Roger Chavez, Esq., the applicant, is allowed a fee of $126,714.38 for services rendered and expenses in the amount of $2,470.62 for a total of $129,185.00. This allowance is payable as follows:

$99,000.00 shall be paid through the Chapter 13 Plan as an administrative priority.

$19,185.00 has already been paid outside of the plan by debtor.

$11,000.00 shall be paid outside of the plan directly by debtor within 30 days of the entry of this Order; and it is further

ORDERED that if debtor fails to make the $11,000.00 payment within the 30 day deadline indicated, Applicant can file a Certification of Default and Proposed Order with the Court upon 14 day notice to the debtor and the Chapter 13 Trustee seeking to have said amount be paid through the Plan. However, if said amount is added to the plan, it shall not impact upon the dividend to unsecured creditors and debtor's plan payment shall be increased or a Modified Plan shall be filed to address same; and it is further

2

Debtor: Evaristo Burdiez

Case No. 20-23664

Caption of Order: Consent Order Granting Allowances of Pre-Confirmation Compensation & Reimbursement of Expenses

ORDERED that any further Fee Applications shall require an increase in plan payment or a Modified Plan to address same.

The undersigned hereby consent to the form,
Content and entry of the within Order.

/s/ Joseph D. Petrolino, Jr.
Joseph D. Petrolino, Jr., Esq.
Attorney for Marie-Ann Greenberg, Chapter 13 Standing Trustee

/s/ Roger Chavez
Roger Chavez, Esq.
Law Offices of Roger Chavez, Esq.
Attorney for Debtor, Evaristo Burdiez

/s/ Evaristo Burdiez
Evaristo Burdiez
Debtor

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-23664-VFP

Evaristo Burdiez     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Apr 14, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

**Recip ID     Recipient Name and Address**
db     + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

**Name     Email Address**

Alex A Pisarevsky
    on behalf of Interested Party Melissa Cohen Esq ap@njlawfirm.com

Alex A Pisarevsky
    on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com

Alex A Pisarevsky
    on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com

David Kromm
    on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov panylit@panynj.gov

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Franklin G. Soto
    on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Franklin G. Soto
    on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com

Franklin G. Soto
    on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com

Gregory L. Van Dyck
    on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov

Jeffrey A. Bronster
    on behalf of Creditor North Jersey Public Adjusters  Inc. jbronster@bronsterlaw.com

Jill Cadre
    on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com

Jill Cadre
    on behalf of Creditor Cecilia Otero jill@cadrelaw.com

John Richard Voorhees, III
    on behalf of Creditor Cecilia Otero bk@focusedlaw.com
    bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
    on behalf of Debtor Evaristo Burdiez rchavez@chavezlegal.com rchavez01@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17