<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Evaristo** | | **Burdiez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2<br>(Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | | **District of New Jersey** |
| Case number<br>(if known) | **20-23664/VFP** | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... $270,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*........................................................ $112,433.03

   1c. Copy line 63, Total of all property on *Schedule A/B*............................................................... $382,433.03

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... $3,764.56

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ + $374,241.21

**Your total liabilities** $378,005.77

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*........................................................ $6,308.78

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J*.................................................................. $6,158.78

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* 20-23664/VFP |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $4,049.82

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $3,764.56 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $3,764.56 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Evaristo** | | **Burdiez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number (if known) | **20-23664/VFP** | | |

☑ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.1 | **State Of New Jersey** | Last 4 digits of account number **4674** | **$530.93** | **$530.93** | **$0.00** |
|---|---|---|---|---|---|

**2.1**

**State Of New Jersey**
Priority Creditor's Name

**Division of Taxation Bankruptcy Unit**

**PO Box 245**
Number          Street

**Trenton, NJ 08646-0245**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4674**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| **$530.93** | **$530.93** | **$0.00** |

**Remarks:** For past due personal tax liability incurred by Debtor for tax years 2018 and 2019.

| Debtor 1 | Evaristo | | Burdiez | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 1:** Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | | | | |

**2.2**

**U.S. Department Of Treasury**
Priority Creditor's Name

**Internal Revenue Service**

**PO Box 7346**
Number      Street

**Philadelphia, PA 19101-7346**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Remarks: For past due personal tax liability
incurred by Debtor for tax years 2018 and 2019.

Last 4 digits of account number  **4674**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Total claim **$3,233.63**   Priority amount **$3,233.63**   Nonpriority amount **$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐  No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑  Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

**Account Resolution Services**
Nonpriority Creditor's Name

**1643 NW 136th Avenue Suite 100**
Number        Street

**Fort Lauderdale, FL 33323-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

Last 4 digits of account number  **3039**

**When was the debt incurred?**    **01/23/2020**

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other. Specify
    **Collection Agency**

**$0.00**

**Remarks:** For collection efforts on behalf of Emergency Physicians Services of NJ PA for pre-petition medical charges incurred by Debtor.

**4.2**

**Account Resolution Services**
Nonpriority Creditor's Name

**P.O. Box 459079**
Number        Street

**Fort Lauderdale, FL 33345-9079**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

Last 4 digits of account number  **3039**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other. Specify
    **Collection Agency**

**$0.00**

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.3**

**American Express**
Nonpriority Creditor's Name

**P.O. Box 981535**
Number          Street

**El Paso, TX 79998-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For charges incurred with the American Express credit card. Claim is subject of a judgment obtained in the legal matter entitled: "American Express Centurion Bank v. Evaristo Burdiez," Docket No. L-001506-10 | Judgment No. J-084559-11.

Last 4 digits of account number  **6-10**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Judgment Creditor**

**$62,861.24**

---

**4.4**

**American Express**
Nonpriority Creditor's Name

**P.O. Box 981537**
Number          Street

**El Paso, TX 79998-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **6-10**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.5**

**American Express**
Nonpriority Creditor's Name

**P.O. Box 297879**
Number        Street

**Fort Lauderdale, FL 33329-7879**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **6-10**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$0.00**

---

**4.6**

**Bergen County Sheriff's Office**
Nonpriority Creditor's Name

**Attn.: Sheriff Anthony Cureton**

**2 Bergen County Plaza**
Number        Street

**Hackensack, NJ 07601-0000**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Listed for informational and notice purposes only. Levying officer executing on the judgment obtained in the legal matter entitled: "Burdiez v. Burdiez," Docket No. FM-02-761-14.

Last 4 digits of account number  **1-14**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Sheriff's Office**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.7**

**Bruce X. Piekarsky, Court Officer**
Nonprioriry Creditor's Name

**Bergen County, Special Civil Part**

**P.O. Box 1006**
Number          Street

**Hackensack, NJ 07601-0000**
City                        State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Listed for informational and notice purposes only.
Levying officer executing on the judgment obtained in the legal
matter entitled: "Citibank, N.A. v. Evaritso Burdiez," Docket No.
DC-012672-17 | Judgment No. VJ-010574-17.

Last 4 digits of account number **2-17**            $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or
   divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other
   similar debts
☑ Other. Specify
   **Court Officer**

---

**4.8**

**Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 31293**
Number          Street

**Salt Lake City, UT 84131**
City                        State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For charges incurred with the Capital One Bank
credit card. Claim was charged off August 2020. Other acct.
no. ending in 0817. Claim ending in 0817 was allegedly
assigned/sold to Midland Funding LLC.

Last 4 digits of account number **7805**            $0.00

**When was the debt incurred?** **03/14/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or
   divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other
   similar debts
☑ Other. Specify
   **Credit Card**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.9**

**Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 30281**
Number      Street

**Salt Lake City, UT 84130**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 0817 and 2975.

Last 4 digits of account number  **7805**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$0.00**

**4.10**

**Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 85015**
Number      Street

**Richmond, VA 23285-5075**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 0817 and 2975.

Last 4 digits of account number  **7805**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.11**

**Capital One Bank USA, NA**
Nonpriority Creditor's Name

**P.O. Box 31293**
Number      Street

**Salt Lake City, UT 84131**
City                State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For charges incurred with the Capital One Bank credit card. Claim is subject of a judgment obtained in the legal matter entitled: "Capital One Bank v. Evaristo Burdiez," Docket No. DC-011380-15 | Judgment No. VJ-011326-15.

Last 4 digits of account number  **2975**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**Total claim: $0.00**

---

**4.12**

**Cavalry Portfolio Services, LLC**
Nonpriority Creditor's Name

**Cavalry SPV I, LLC**

**500 Summit Lake Drive Suite 400**
Number      Street

**Valhalla, NY 10595-0000**
City                State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Synchrony Bank issued Banana Republic charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Cavalry SPV I, LLC v. Evaristo Burdiez," Docket No. DC-004747-15 | Judgment No. VJ-006501-15.

Last 4 digits of account number  **8270**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**Total claim: $2,675.91**

---

Debtor 1    **Evaristo**                                    **Burdiez**                    Case number *(if known)* **20-23664/VFP**

First Name            Middle Name            Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | Total claim |
|---|---|

**4.13**    **Cavalry Portfolio Services, LLC**

Nonpriority Creditor's Name

**Cavalry SPV I, LLC**

**P.O. Box 520**

Number        Street

**Valhalla, NY 10595-0000**

City            State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number __8270__        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Collection Agency**

**4.14**    **Cecilia Otero**

Nonpriority Creditor's Name

**F/K/A Cecilia Burdiez**

**100 Old Palisade Road**

Number        Street

**Fort Lee, NJ 07024**

City            State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Remarks: Listed for informational and notice purposes. For any and all pre and post-marital debts incurred by Debtor and his wife, either jointly or individually (re: "Burdiez v. Burdiez," Docket No. FM-02-761-14 | Judgment Nos. J-114312-14 | J-091503-20).

Last 4 digits of account number __1-14__        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.15**    **Chase Auto Finance**
Nonpriority Creditor's Name

**P.O. Box 901003**
Number          Street

**Fort Worth, TX 76101-2003**
City                        State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For a breach of contract on an auto lease for a 2012 Range Rover HSE incurred by Debtor. Claim was charged off June 2016.

**Last 4 digits of account number  1044**    **$0.00**

**When was the debt incurred?    09/07/2011**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Lease**

---

**4.16**    **Chase Auto Finance**
Nonpriority Creditor's Name

**P.O. Box 901076**
Number          Street

**Fort Worth, TX 76101-2076**
City                        State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  1044**    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Lease**

---

Debtor 1      __Evaristo_____ __Burdiez_____    Case number *(if known)* __20-23664/VFP__

        **First Name**       Middle Name      Last Name

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.17**  **Chase Auto Finance**

Nonpriority Creditor's Name

**MAIL CODE LA4-5555**

**700 Kansas Lane**

Number     Street

**Monroe, LA 71203-0000**

City           State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number __1044__

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Lease**

**$0.00**

---

**4.18**  **Citibank, N.A.**

Nonpriority Creditor's Name

**C/O Best Buy, Co.**

**PO Box 6241**

Number     Street

**Sioux Falls, SD 57117-0000**

City           State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** For charges incurred with the Citibank issued Best Buy, Co. charge card. Claim was allegedly assigned/sold to Midland Funding LLC.

Last 4 digits of account number __8531__

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

Debtor 1   **Evaristo**                    **Burdiez**                         Case number *(if known)* **20-23664/VFP**

First Name      Middle Name      Last Name

| | Total claim |
|---|---|
| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | |

**4.19**   **Citibank, N.A.**

Nonpriority Creditor's Name

**C/O Best Buy, Co.**

**PO Box 6497**

Number      Street

**Sioux Falls, SD 57117-6497**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **8531**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$0.00**

---

**4.20**   **Citibank, N.A.**

Nonpriority Creditor's Name

**C/O Best Buy, Co.**

**PO Box 790441**

Number      Street

**Saint Louis, MO 63179-0000**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **8531**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.21**    **Citibank, N.A.**
Nonpriority Creditor's Name

**5800 South Corporate Place**
Number    Street

**Sioux Falls, SD 57108-0000**
City    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For charges incurred with the Citibank credit card. Claim is subject of a judgment obtained in the legal matter entitled: "Citibank, N.A. v. Evaritso Burdiez," Docket No. DC-012672-17 | Judgment No. VJ-010574-17.

Last 4 digits of account number **5866**                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

**4.22**    **Citibank, N.A.**
Nonpriority Creditor's Name

**PO Box 6497**
Number    Street

**Sioux Falls, SD 57117-6497**
City    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **5866**                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.23** | **Citibank, N.A.** | **$0.00**

Nonpriority Creditor's Name

**PO Box 6500**
Number        Street

**Sioux Falls, SD 57117-0000**
City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  5866**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

**4.24** | **Citibank, SD, NA** | **$0.00**

Nonpriority Creditor's Name

**PO Box 6500**
Number        Street

**Sioux Falls, SD 57117-0000**
City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For charges incurred with the Citibank MasterCard credit card. Claim was allegedly assigned/sold to L.T. Asset Recovery LLC.

**Last 4 digits of account number  5381**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

| Debtor 1 | __Evaristo__ | | __Burdiez__ | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.25** | __Citibank, SD, NA__
Nonpriority Creditor's Name

__PO Box 6241__
Number      Street

__Sioux Falls, SD 57117-0000__
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number __5381__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$0.00**

---

**4.26** | __Citibank, SD, NA__
Nonpriority Creditor's Name

__701 East 60th Street N__
Number      Street

__Sioux Falls, SD 57104-0000__
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number __5381__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.27**

**Con Edison**
Nonpriority Creditor's Name

**Cooper Station**

**P.O. Box 138**
Number      Street

**New York, NY 10276-0138**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For past due electric/gas charge incurred by Debtor. Claim was placed for collection with Online Information Services.

Last 4 digits of account number **0062**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Utility**

**$557.00**

**4.28**

**Con Edison**
Nonpriority Creditor's Name

**Consolidated Edison of New York, Inc.**
**ATTN: Law Department**

**4 Irving Place Room 1875**
Number      Street

**New York, NY 10003**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **0062**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Utility**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.29**  **DirecTV**                                              Last 4 digits of account number  **0356**           **$903.46**

Nonpriority Creditor's Name

**PO Box 6550 Attn: Customer Service**          **When was the debt incurred?** _____

**A/K/A AT&T DirecTV**                              **As of the date you file, the claim is:** Check all that apply.

Number      Street

**Englewood, CO 80155-6550**                       ☐ Contingent

City              State      ZIP Code            ☐ Unliquidated

**Who incurred the debt?** Check one.              ☑ Disputed

☑ Debtor 1 only

☐ Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                       ☐ Student loans

☐ At least one of the debtors and another          ☐ Obligations arising out of a separation agreement or
                                                      divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
                                                   ☐ Debts to pension or profit-sharing plans, and other
**Is the claim subject to offset?**                   similar debts

☑ No                                               ☑ Other. Specify
                                                      **Utility**
☐ Yes

**Remarks:** For past due cable charges incurred by Debtor.
Claim was placed for collection with Receivables Performance
Management.

---

**4.30**  **DJ Limousine Car Service, Inc.**                       Last 4 digits of account number  **2/21**          **unknown**

Nonpriority Creditor's Name

**2113 39th Avenue**                               **When was the debt incurred?**  **02/28/2019**

Number      Street                                 **As of the date you file, the claim is:** Check all that apply.

**Long Island City, NY 11101**

City              State      ZIP Code            ☐ Contingent

**Who incurred the debt?** Check one.              ☐ Unliquidated

☐ Debtor 1 only                                    ☑ Disputed

☐ Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                       ☐ Student loans

☑ At least one of the debtors and another          ☐ Obligations arising out of a separation agreement or
                                                      divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
                                                   ☐ Debts to pension or profit-sharing plans, and other
**Is the claim subject to offset?**                   similar debts

☑ No                                               ☑ Other. Specify
                                                      **Auto Loan Deficiency**
☐ Yes

**Remarks:** For a deficiency balance incurred by Debtor for an
auto loan he co-guaranteed with father-in-law on behalf of his
father-in-law's business, Duque Trucking Solutions LLC. Claim
is subject of a judgment obtained in the legal matter entitled:
"DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.,"
Index No. 009842/21, filed in the Civil Court of the City of New
York, County of Queens.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

**4.31**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number      Street

**Long Island City, NY 11101**
City                  State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez et als.," Index No. 009843/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number **3/21**

**When was the debt incurred?** **02/25/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Loan Deficiency**

**unknown**

---

**4.32**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number      Street

**Long Island City, NY 11101**
City                  State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009844/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number **4/21**

**When was the debt incurred?** **02/19/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Auto Loan Deficiency**

**unknown**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.33**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number       Street

**Long Island City, NY 11101**
City                State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009851/21, filed in the Civil Court of the City of New York, County of Queens.

**Last 4 digits of account number** _1/21_

**When was the debt incurred?** _07/17/2018_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Auto Loan Deficiency**

**unknown**

---

**4.34**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

**2113 39th Avenue**
Number       Street

**Long Island City, NY 11101**
City                State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez," Index No. 009852/21, filed in the Civil Court of the City of New York, County of Queens.

**Last 4 digits of account number** _2/21_

**When was the debt incurred?** _07/16/2019_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Auto Loan Deficiency**

**unknown**

---

| Debtor 1 | __Evaristo__ | | __Burdiez__ | | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>Your NONPRIORITY Unsecured Claims - Continuation Page</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.35**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

__2113 39th Avenue__
Number      Street

__Long Island City, NY 11101__
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez et als.," Index No. 009853/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number __3/21__

When was the debt incurred?   __06/05/2018__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Auto Loan Deficiency**

__unknown__

---

**4.36**

**DJ Limousine Car Service, Inc.**
Nonpriority Creditor's Name

__2113 39th Avenue__
Number      Street

__Long Island City, NY 11101__
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For a deficiency balance incurred by Debtor for an auto loan he co-guaranteed with father-in-law on behalf of his father-in-law's business, Duque Trucking Solutions LLC. Claim is subject of a judgment obtained in the legal matter entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index No. 009854/21, filed in the Civil Court of the City of New York, County of Queens.

Last 4 digits of account number __4/21__

When was the debt incurred?   __02/28/2019__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Auto Loan Deficiency**

__unknown__

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

**4.37**  **Emergency Physician Services of NJ, PA**
Nonpriority Creditor's Name

**718 Teaneck Road**
Number        Street

**Teaneck, NJ 07666-4245**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For pre-petition medical charges incurred by Debtor.
Claim was placed for collection with ARS Account Resolution
Services. Other acct. no. ending in 5895. Claim ending in 5895
was placed for collection with Phoenix Financial Services LLC.

Last 4 digits of account number  **3039**        **$1,430.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Bill**

---

**4.38**  **Fajardo Construction**
Nonpriority Creditor's Name

**95 Mills Street #3717**
Number        Street

**Morristown, NJ 07960**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For repair services provided to Debtor relating to his
property located at 365 River Rd., Bogota, NJ.

Last 4 digits of account number  **XXXX**        **$6,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Debtor 1 | __Evaristo__ | | __Burdiez__ | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.39**

**Gem Recovery Systems**
Nonpriority Creditor's Name

__99 Kinderkamack Drive Suite 308__
Number      Street

__Westwood, NJ 07675-0000__
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For collection efforts on behalf of North Jersey Orthopedics Specialists for pre-petition medical charges incurred by Debtor.

Last 4 digits of account number  __8075__

**When was the debt incurred?**  __08/10/2017__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$0.00**

---

**4.40**

**Huatai USA LLC**
Nonpriority Creditor's Name

__200 Bar Harbor Drive__
Number      Street

__Conshohocken, PA 19428__
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Listed for informational and notice purposes only in relation to the pending legal matter entitled: "Tal International Container Corp. v. Huatai USA, LLC, et als.," Docket No. L-008480-18.

Last 4 digits of account number  __0-18__

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

| 4.41 | | |
|---|---|---|

**IC System, Inc.**
Nonpriority Creditor's Name

**IC Systems Collections**

**PO Box 64378**
Number     Street

**Saint Paul, MN 55164-0378**
City                      State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For collection efforts on behalf of RCN for past due phone/internet/cable charges incurred by Debtor.

Last 4 digits of account number  **1544**

**When was the debt incurred?   07/27/2019**

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

| 4.42 | | |
|---|---|---|

**IC System, Inc.**
Nonpriority Creditor's Name

**IC Systems Collections**

**444 Highway 96 East**
Number     Street

**Saint Paul, MN 55164-0000**
City                      State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **1544**

**When was the debt incurred?   _____**

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.43**

**James P. Gaffigan, Court Officer**
Nonpriority Creditor's Name

**Mercer County, Law Division, Special Civil Part**

**P.O. Box 1325**
Number     Street

**Trenton, NJ 08607**
City                State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Listed for informational and notice purposes only.
Levying officer executing on the judgment obtained in the legal
matter entitled: "Capital One Bank v. Evaristo Burdiez," Docket
No. DC-011380-15 | Judgment No. VJ-011326-15.

Last 4 digits of account number  **0-15**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or
divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other
similar debts
☑ Other. Specify
**Court Officer**

**$0.00**

---

**4.44**

**JB Multiservices**
Nonpriority Creditor's Name

**C/O Julian Hernandez**

**137 Hudson Street**
Number     Street

**Hackensack, NJ 07601**
City                State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. For services provided to Debtor.
Claim is subject of a judgment obtained in the legal matter
entitled: "Julian Hernandez v. Evaristo Burdiez, et al.," Docket
No. DC-008573-16 | Judgment Nos. VJ-001038-18 |
DJ-028838-18.

Last 4 digits of account number  **3-16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or
divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other
similar debts
☑ Other. Specify
**Judgment Creditor**

**$0.00**

---

| Debtor 1 | __Evaristo__ | | __Burdiez__ | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.45

__Jean-Everett Burdiez__
Nonpriority Creditor's Name

__365 River Road__
Number        Street

__Bogota, NJ 07603__
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __XXXX__

**When was the debt incurred?**        __2016__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured Loan**

**Total claim: $40,517.61**

**Remarks:** For a personal loan incurred by Debtor with his son.

### 4.46

__John Antanopulos, Jr.__
Nonpriority Creditor's Name

__4580 Broadway Apt. 4M__
Number        Street

__New York, NY 10040__
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __XXXX__

**When was the debt incurred?**        __2018__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured Loan**

**Total claim: $30,000.00**

**Remarks:** For a personal loan incurred by Debtor with his nephew.

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.47**

**Kenneth McClelland, Court Officer**
Nonpriority Creditor's Name

**Mercer County, Law Division, Special Civil Part**

**P.O. Box 905**
Number      Street

**Trenton, NJ 08605**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Listed for informational and notice purposes only.
Levying officer executing on the judgment obtained in the legal
matter entitled: "Cavalry SPV I, LLC v. Evaristo Burdiez,"
Docket No. DC-004747-15 | Judgment No. VJ-006501-15.

Last 4 digits of account number **7-15**                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Court Officer**

---

**4.48**

**Little Acre Farm**
Nonpriority Creditor's Name

**223 Victory Road**
Number      Street

**Howell, NJ 07731**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For the purchase of goods incurred by Debtor.
Claim is subject of a judgment obtained in the legal matter
entitled "Little Acre Farm v. Evaristo Burdiez, Jr., et al." Docket
No. DC-020790-14 | Judgment No. VJ-002399-15.

Last 4 digits of account number **0-14**                    **$0.00**

**When was the debt incurred?** **06/14/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.49

**Lumix Construction Group**
Nonpriority Creditor's Name

**360 West 43rd Street**
Number      Street

**New York, NY 10036**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For repair services provided to Debtor relating to his property located at 365 River Rd., Bogota, NJ.

Last 4 digits of account number **0071**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$170,000.00**

### 4.50

**Lyons, Doughty, & Veldhuis**
Nonpriority Creditor's Name

**P.O. Box 1269**

**136 Gaither Drive Suite 100**
Number      Street

**Mount Laurel, NJ 08054-0000**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Capital One Bank v. Evaristo Burdiez," Docket No. DC-011380-15 | Judgment No. VJ-011326-15.

Last 4 digits of account number **7374**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.51**

**Marlene Caride, Commissioner**
Nonpriority Creditor's Name

**State of New Jersey**
**Department of Banking and Insurance**
**Office of the Commissioner**

**PO Box 325 | 20 West State Street**
Number      Street

**Trenton, NJ 08625**
City            State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For statutory lawsuit titled: "Marlene Caride, Commissioner of the New Jersey Department of Banking and Insurance, v. Evaristo Burdiez, Jr.," Docket No. DC-011731-22, filed in the Superior Court of New Jersey, Civil Division, Special Civil Part

Last 4 digits of account number **1-22**

When was the debt incurred? **05/11/2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Penalties**

**$6,000.00**

---

**4.52**

**Matthew J. Platkin, Attorney General of NJ**
Nonpriority Creditor's Name

**Richard J. Hughes Justice Complex**

**25 Market Street | PO Box 117**
Number      Street

**Trenton, NJ 08625**
City            State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For statutory lawsuit titled: "Marlene Caride, Commissioner of the New Jersey Department of Banking and Insurance, v. Evaristo Burdiez, Jr.," Docket No. DC-011731-22, filed in the Superior Court of New Jersey, Civil Division, Special Civil Part, Bergen vicinage.

Last 4 digits of account number **1-22**

When was the debt incurred? **05/11/2020**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**unknown**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.53**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

 a/k/a Midland Funding, LLC

 320 East Bign Beaver
Number         Street

 Troy, MI 48083-0000
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Capital One Bank credit card.

Last 4 digits of account number  **0817**

**When was the debt incurred?**   **12/17/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$0.00**

---

**4.54**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

 a/k/a Midland Funding, LLC

 320 East Bign Beaver
Number         Street

 Troy, MI 48083-0000
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Citibank issued Best Buy, Co. charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013124-15 | Judgment Nos. VJ-011616-15 | DJ-146813-17.

Last 4 digits of account number  **8531**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment Creditor**

**$3,485.09**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | **Total claim** |
|---|---|

---

**4.55**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**a/k/a Midland Funding, LLC**

**320 East Bign Beaver**
Number    Street

**Troy, MI 48083-0000**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Synchrony Bank issued LOWES charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013574-16 | Judgment Nos. VJ-009844-16 | DJ-193997-17.

Last 4 digits of account number **4107**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$2,631.71**

---

**4.56**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**A/K/A Midland Funding, LLC**

**350 Camino De La Reina Suite 100**
Number    Street

**San Diego, CA 92108-0000**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 8531 and 4107.

Last 4 digits of account number **0817**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* | **20-23664/VFP** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

---

**4.57**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**A/K/A Midland Funding, LLC**

**P.O. Box 60578**
Number          Street

**Los Angeles, CA 90060-0578**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 8531 and 4107.

Last 4 digits of account number  **0817**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$0.00**

---

**4.58**

**New Jersey Motor Vehicle Commission**
Nonpriority Creditor's Name

**225 East State Street**
Number          Street

**Trenton, NJ 08666-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **2-17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment Creditor**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.59** | **New Jersey Motor Vehicle Commission**
Nonpriority Creditor's Name

**NJ Surcharge Violation Biling Office**

**P.O. Box 1502**
Number         Street

**Moorestown, NJ 08057-9704**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **2-17**          $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

---

**4.60** | **North Jersey Orthopaedic Specialists, PA**
Nonpriority Creditor's Name

**730 Palisade Avenue**
Number         Street

**Teaneck, NJ 07666-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For pre-petition medical charges incurred by Debtor. Claim was placed for collection with GEM Recovery Systems.

Last 4 digits of account number  **8075**          $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Bill**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.61**   **North Jersey Orthopaedic Specialists, PA**
Nonpriority Creditor's Name

**106 Grand Avenue Suite 230**
Number        Street

**Englewood, NJ 07631-0000**
City                    State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **8075**                    **$0.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Medical Bill**

**4.62**   **Online Information Services**
Nonpriority Creditor's Name

**A/K/A Online Collections**

**P.O. Box 1489**
Number        Street

**Winterville, NC 28590-0000**
City                    State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For collection efforts on behalf of Con Edison for past due electric/gas charges incurred by Debtor.

Last 4 digits of account number  **0062**                    **$0.00**

**When was the debt incurred?**  **01/26/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Collection Agency**

Debtor 1    __Evaristo_____    __Burdiez_____    Case number *(if known)* __20-23664/VFP__
      First Name        Middle Name        Last Name

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.63**   **Online Information Services**                                  Last 4 digits of account number  __0062__                    **$0.00**
Nonpriority Creditor's Name

__A/K/A Online Collections__                                      **When was the debt incurred?**  _____

__685 West Firetower Road__                                      **As of the date you file, the claim is:** Check all that apply.
Number        Street
                                                    ☐ Contingent
__Winterville, NC 28590-0000__
City                   State      ZIP Code                    ☐ Unliquidated

**Who incurred the debt?** Check one.                            ☑ Disputed

☑ Debtor 1 only                                                 **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                                                 ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or
                                                                    divorce that you did not report as priority claims
☐ At least one of the debtors and another
                                                                ☐ Debts to pension or profit-sharing plans, and other
☐ **Check if this claim is for a community debt**                    similar debts

**Is the claim subject to offset?**                              ☑ Other. Specify
                                                                    **Collection Agency**
☑ No

☐ Yes

Remarks: Duplicate claim. Listed for informational and notice
purposes only.

---

**4.64**   **Pellegrino & Feldstein**                                  Last 4 digits of account number  __1-09__                    **$0.00**
Nonpriority Creditor's Name

__290 Route 46 Wesr__                                            **When was the debt incurred?**  _____
Number        Street
                                                                **As of the date you file, the claim is:** Check all that apply.
__Denville, NJ 07834__
City                   State      ZIP Code                    ☐ Contingent

**Who incurred the debt?** Check one.                            ☐ Unliquidated

☑ Debtor 1 only                                                 ☑ Disputed

☐ Debtor 2 only                                                 **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                                    ☐ Student loans

☐ At least one of the debtors and another                       ☐ Obligations arising out of a separation agreement or
                                                                    divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
                                                                ☐ Debts to pension or profit-sharing plans, and other
**Is the claim subject to offset?**                                  similar debts

☑ No                                                            ☑ Other. Specify
                                                                    **Attorney**
☐ Yes

Remarks: For attorneys' fees and costs relating to prosecuting
the legal matter entitled: "L.T. Asset Recovery LLC v. Evaristo
Burdiez," Docket No. DC-029981-09 | Judgment No.
DJ-056030-10.

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.65**

**Peter C. Merani, P.C.**
Nonpriority Creditor's Name

**1001 Avenue of the Americas Suite 1800**
Number          Street

**New York, NY 10018**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Port Authority of New York & New Jersey v. Evaristo Burdiez, et al.," Index No. 31726/18.

Last 4 digits of account number **5642**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Attorney**

**$0.00**

---

**4.66**

**Phoenix Financial Services, LLC**
Nonpriority Creditor's Name

**8902 Otis Avenue Suite 103A**
Number          Street

**Indianapolis, IN 46216-0000**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For collection efforts on behalf of Emergency Physicians Services of NJ PA for pre-petition medical charges incurred by Debtor.

Last 4 digits of account number **5895**

**When was the debt incurred?** **10/19/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Collection Agency**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.67** | **Phoenix Financial Services, LLC**
Nonpriority Creditor's Name

**P.O. Box 361450**
Number          Street

**Indianapolis, IN 46236-0000**
City                    State        ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **5895**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Collection Agency**

**Total claim: $0.00**

---

**4.68** | **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**Riverside Commerce Center**

**120 Corporate Boulevard Suite 100**
Number          Street

**Norfolk, VA 23502-4962**
City                    State        ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For claim allegedly assigned/sold from the Synchrony Bank issued PayPal charge card. Claim is subject of a judgment obtained in the legal matter entitled: "Portfolio Recovery Associates LLC v. Evaristo Burdiez," Docket No. DC-006577-16 | Judgment No. VJ-010091-16.

Last 4 digits of account number **1281**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Collection Agency**

**Total claim: $4,609.81**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.69**   **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**140 Corporate Boulevard**
Number         Street

**Norfolk, VA 23502-0000**
City                  State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number**  **1281**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Collection Agency**

**$0.00**

---

**4.70**   **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**P.O. Box 41067**
Number         Street

**Norfolk, VA 23541-0000**
City                  State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number**  **1281**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Collection Agency**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.71**   **Pressler, Felt & Warshaw LLP**
Nonpriority Creditor's Name

**7 Entin Road**
Number      Street

**Parsippany, NJ 07054-9944**
City              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013124-15 | Judgment Nos. VJ-011616-15 | DJ-146813-17.

Last 4 digits of account number  **4135**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

---

**4.72**   **Pressler, Felt & Warshaw LLP**
Nonpriority Creditor's Name

**7 Entin Road**
Number      Street

**Parsippany, NJ 07054-9944**
City              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Midland Funding LLC v. Evaristo Burdiez," Docket No. DC-013574-16 | Judgment Nos. VJ-009844-16 | DJ-193997-17.

Last 4 digits of account number  **7007**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.73**   **Receivables Performance Management**
Nonpriority Creditor's Name

**20816 44th Avenue West Suite 100**
Number        Street

**Lynnwood, WA 98036-0000**
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For collection efforts on behalf of DirecTV for past due cable charges incurred by Debtor.

Last 4 digits of account number  **0356**

**When was the debt incurred?**   **08/05/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$0.00**

---

**4.74**   **Receivables Performance Management**
Nonpriority Creditor's Name

**P.O. Box 1548**
Number        Street

**Lynnwood, WA 98046-0000**
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **0356**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.75**

**Remex, Inc.**
Nonpriority Creditor's Name

**Revenue Management Excellence**

**307 Wall Street**
Number   Street

**Princeton, NJ 08540-1515**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For collection efforts on behalf of an unknown original creditor for pre-petition medical charges incurred by Debtor.

**Last 4 digits of account number  7203**

**When was the debt incurred?**   03/01/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$198.00**

---

**4.76**

**Remex, Inc.**
Nonpriority Creditor's Name

**Revenue Management Excellence**

**P.O. Box 765**
Number   Street

**Rocky Hill, NJ 08553-0765**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  7203**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$0.00**

---

| Debtor 1 | __Evaristo__ | | __Burdiez__ | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

| 4.77 | __RNC__ | | Last 4 digits of account number __1544__ | $0.00 |

Nonpriority Creditor's Name

__RCN Telecom Services, LLC__

__P.O. Box 11816__
Number     Street

__Newark, NJ 07101__
City            State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility**

Remarks: Duplicate claim. Listed for informational and notice purposes only.

| 4.78 | __RNC__ | | Last 4 digits of account number __1544__ | $0.00 |

Nonpriority Creditor's Name

__RCN Telecom Services, LLC__

__33-16 Woodside Avenue__
Number     Street

__Long Island City, NY 11101__
City            State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility**

Remarks: For past due phone/internet/cable services incurred by Debtor. Claim was placed for collection with IC Systems Inc.

| Debtor 1 | __Evaristo__ | | __Burdiez__ | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.79**

__Rocco Sconzo, Court Officer__
Nonpriority Creditor's Name

__Bergen County, Special Civil Part__

__P.O. Box 871__
Number      Street

__Saddle Brook, NJ 07663-0000__
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Listed for informational and notice purposes only. Levying officer executing on the judgment obtained in the legal matter entitled: "Little Acre Farm v. Evaristo Burdiez, Jr., et al." Docket No. DC-020790-14 | Judgment No. VJ-002399-15.

Last 4 digits of account number __0-14__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Court Officer**

**$0.00**

---

**4.80**

__Rosado Plumbing__
Nonpriority Creditor's Name

__1429 Martine Avenue__
Number      Street

__Plainfield, NJ 07060__
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For repair services provided to Debtor relating to his property located at 365 River Rd., Bogota, NJ.

Last 4 digits of account number __4489__

**When was the debt incurred?**   __12/19/2019__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$4,478.25**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.81**

**Ruby Burdiez**
Nonpriority Creditor's Name

**55 Willow Drive**
Number        Street

**Briarcliff Manor, NY 10510**
City                State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For a personal loan incurred by Debtor with his sister.

Last 4 digits of account number  **XXXX**

**When was the debt incurred?**   **2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured Loan**

**$22,800.00**

---

**4.82**

**Schachter Portnoy, LLC**
Nonpriority Creditor's Name

**3490 U.S. Route 1 Suite 6**
Number        Street

**Princeton, NJ 08540-0000**
City                State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Cavalry SPV I, LLC v. Evaristo Burdiez," Docket No. DC-004747-15 | Judgment No. VJ-006501-15.

Last 4 digits of account number  **1124**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorney**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.83**

**Serpe, Andree & Kaufman**
Nonpriority Creditor's Name

**P.O. Box 165**

**149 Main Street**
Number    Street

**Huntington, NY 11743**
City            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matters entitled: "DJ Limousine Car Service, Inc. v. Evaristo Burdiez, et als.," Index Nos. 009842/21, 009843/21, 009844/21, 009851/21, 009852/21, 009853/21 and 009854/21, all filed in the Civil Court of the City of New York, County of Queens. Other files nos. S722, S723, S717, S718, S719 and S720.

Last 4 digits of account number **S721**         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

**4.84**

**Sheena Daneshyar, Esq.**
Nonpriority Creditor's Name

**Portfolio Recovery Associates, LLC**

**120 Corporate Blvd.**
Number    Street

**Norfolk, VA 23502-0000**
City            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Portfolio Recovery Associates LLC v. Evaristo Burdiez," Docket No. DC-006577-16 | Judgment No. VJ-010091-16.

Last 4 digits of account number **7-16**         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

**4.85**

**State Of New Jersey**
Nonpriority Creditor's Name

**Surcharge Billing Office**

**PO Box 4775**
Number      Street

**Trenton, NJ 08650-4775**
City            State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: For past due motor vehicle surcharges imposed by the Motor Vehicle Commission of New Jersey.

Last 4 digits of account number **2-17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$0.00**

---

**4.86**

**State Of New Jersey**
Nonpriority Creditor's Name

**NJ-AISC Correspondence**

**PO Box 136**
Number      Street

**Trenton, NJ 08666-0000**
City            State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **2-17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.87**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Law**

**PO Box 119**
Number        Street

**Trenton, NJ 08625-0119**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **2-17**                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.88**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Taxation**

**PO Box 644**
Number        Street

**Trenton, NJ 08646-0644**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **0-15**                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.89**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Law**

**PO Box 112**
Number     Street

**Trenton, NJ 08625-0112**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **0-15**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment Creditor**

**$0.00**

---

**4.90**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Taxation**

**PO Box 644**
Number     Street

**Trenton, NJ 08646-0644**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **4674**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Taxes**

**$5,951.40**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.91**

**State Of New Jersey**
Nonpriority Creditor's Name

**Division Of Law**

**PO Box 119**
Number        Street

**Trenton, NJ 08625-0119**
City                State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **4674**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Taxes**

**$0.00**

---

**4.92**

**Steven M. Gabor**
Nonpriority Creditor's Name

**31 West Main Street**
Number        Street

**Freehold, NJ 07728**
City                State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Little Acre Farm v. Evaristo Burdiez, Jr., et al." Docket No. DC-020790-14 | Judgment No. VJ-002399-15.

Last 4 digits of account number **0-14**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Attorney**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.93**

**SUEZ Water New Jersey**
Nonpriority Creditor's Name

**Customer Service Center**

**69 DeVoe Place**
Number      Street

**Hackensack, NJ 07601-0000**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For past due water charges incurred by Debtor relating to his property located at 365 River Road, Bogota, NJ.

Last 4 digits of account number **1950**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility**

**$0.00**

---

**4.94**

**Superior Court of New Jersey**
Nonpriority Creditor's Name

**Bergen County Justice Center**
**Bergen County, Chancery Division, Family Part**
**Attn.: Hon. Mitchell I. Steinhart, J.S.C.**

**10 Main Street 5th Floor**
Number      Street

**Hackensack, NJ 07601**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For any and all pre-petition professional fees and costs relating to the Debtor's divorce proceedings (re: "Burdiez v. Burdiez," Docket No. FM-02-761-14 | Judgment Nos. J-114312-14 | J-091503-20).

Last 4 digits of account number **1-14**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$0.00**

---

| Debtor 1 | __Evaristo__ | | __Burdiez__ | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.95**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O Banana Republic**

**P.O. Box 965005**
Number        Street

**Orlando, FL 32896-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For charges incurred with the Synchrony Bank issued Banana Republic charge card. Claim was allegedly assigned/sold to Cavalry Portfolio Services LLC.

Last 4 digits of account number __8270__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$0.00**

---

**4.96**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O Banana Republic**

**P.O. Box 965036**
Number        Street

**Orlando, FL 32896-5036**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number __8270__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$0.00**

---

Debtor 1    **Evaristo**                            **Burdiez**                            Case number *(if known)* **20-23664/VFP**
              First Name        Middle Name          Last Name

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    | **Total claim**

---

**4.97**  **Synchrony Bank**                                          Last 4 digits of account number  **8270**              **$0.00**
          Nonpriority Creditor's Name

          **ATTN: Bankruptcy Dept.**                                  **When was the debt incurred?**  _____

          **P.O. Box 965060**                                         **As of the date you file, the claim is:** Check all that apply.
          Number        Street

          **Orlando, FL 32896-5060**                                  ☐ Contingent
          City              State      ZIP Code
                                                                      ☐ Unliquidated
          **Who incurred the debt?** Check one.
                                                                      ☑ Disputed
          ☑ Debtor 1 only
                                                                      **Type of NONPRIORITY unsecured claim:**
          ☐ Debtor 2 only
                                                                      ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                                      ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another                     divorce that you did not report as priority claims

          ☐ **Check if this claim is for a community debt**           ☐ Debts to pension or profit-sharing plans, and other
                                                                         similar debts
          **Is the claim subject to offset?**
                                                                      ☑ Other. Specify
          ☑ No                                                           **Credit Card**

          ☐ Yes

          **Remarks:** Duplicate claim. Listed for informational and notice
          purposes only.

---

**4.98**  **Synchrony Bank**                                          Last 4 digits of account number  **1281**              **$0.00**
          Nonpriority Creditor's Name

          **C/O PayPal Credit**                                       **When was the debt incurred?**  _____

          **PO Box 965005**                                           **As of the date you file, the claim is:** Check all that apply.
          Number        Street

          **Orlando, FL 32896-0000**                                  ☐ Contingent
          City              State      ZIP Code
                                                                      ☐ Unliquidated
          **Who incurred the debt?** Check one.
                                                                      ☑ Disputed
          ☑ Debtor 1 only
                                                                      **Type of NONPRIORITY unsecured claim:**
          ☐ Debtor 2 only
                                                                      ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                                      ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another                     divorce that you did not report as priority claims

          ☐ **Check if this claim is for a community debt**           ☐ Debts to pension or profit-sharing plans, and other
                                                                         similar debts
          **Is the claim subject to offset?**
                                                                      ☑ Other. Specify
          ☑ No                                                           **Credit Card**

          ☐ Yes

          **Remarks:** For charges incurred with the Synchrony Bank
          issued PayPal charge card. Claim was allegedly assigned/sold
          to Portfolio Recovery Associates LLC.

---

| Debtor 1 | __Evaristo__ | | __Burdiez__ | Case number *(if known)* __20-23664/VFP__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.99**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O PayPal Credit**

**P.O. Box 530975**
Number          Street

**Orlando, FL 32896-0000**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number __1281__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

**4.100**

**Synchrony Bank**
Nonpriority Creditor's Name

**ATTN: Bankruptcy Dept.**

**P.O. Box 965060**
Number          Street

**Orlando, FL 32896-5060**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number __1281__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.101**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O LOWES**

**PO Box 965005**
Number        Street

**Orlando, FL 32896-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For charges incurred with the Synchrony Bank issued LOWES charge card. Claim was allegedly assigned/sold to Midland Funding LLC.

**Last 4 digits of account number  4107**          $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

---

**4.102**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O LOWES**

**PO Box 965036**
Number        Street

**Orlando, FL 32896-0000**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  4107**          $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.103**

**Synchrony Bank**
Nonpriority Creditor's Name

**C/O LOWES**
**Bankruptcy Dept.**

**P.O. Box 965064**
Number        Street

**Orlando, FL 32896-0000**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **4107**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$0.00**

---

**4.104**

**Tal International Container Corporation**
Nonpriority Creditor's Name

**100 Manhanttanille Road**
Number        Street

**Purchase, NY 10577**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For a breach of contract on a business agreement. Claim is subject of a pending lawsuit in the legal matter entitled: "Tal International Container Corp. v. Huatai USA, LLC, et als.," Docket No. L-008480-18.

Last 4 digits of account number  **0-18**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.105**

**Tenaglia & Hunt, P.A.**
Nonpriority Creditor's Name

**395 West Passaic Street Suite 205**
Number        Street

**Rochelle Park, NJ 07662-0000**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Citibank, N.A. v. Evaritso Burdiez," Docket No. DC-012672-17 | Judgment No. VJ-010574-17.

Last 4 digits of account number **0563**

**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

---

**4.106**

**The Port Authority of NY & NJ**
Nonpriority Creditor's Name

**4 World Trade Center**

**150 Greenwich Street 24th Floor**
Number        Street

**New York, NY 10007**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For pre-petition judgment entered in the legal matter entitled: "Port Authority of New York & New Jersey v. Evaristo Burdiez, et al.," Index No. 31726/18.

Last 4 digits of account number **6/18**

**$2,701.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment Creditor**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.107** | **Trico Electric Company, LLC**
Nonpriority Creditor's Name

**145 Lexington Avenue**
Number          Street

**Hackensack, NJ 07601**
City                    State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes
**Remarks:** For repair services provided to Debtor relating to his property located at 365 River Rd., Bogota, NJ.

Last 4 digits of account number  **3239**

**When was the debt incurred?**  **11/26/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Total claim**  **$1,036.00**

**4.108** | **U.S. Department Of Treasury**
Nonpriority Creditor's Name

**Internal Revenue Service**

**PO Box 724**
Number          Street

**Springfield, NJ 07081-0724**
City                    State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes
**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number  **4674**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Taxes**

**Total claim**  **$2,395.15**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.109**

**U.S. Department Of Treasury**
Nonpriority Creditor's Name

**Internal Revenue Service**

**PO Box 21126**
Number        Street

**Philadelphia, PA 19114-0000**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **4674**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Taxes**

**$0.00**

---

**4.110**

**Vehicle Lenders Group**
Nonpriority Creditor's Name

**23 Berry Hill Road**
Number        Street

**Oyster Bay, NY 11771**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Remarks:** For an auto lease deficiency incurred by Debtor to lease a 2007 Freightliner Columbia. Vehicle was voluntarily surrendered/ repossessed.

Last 4 digits of account number **1545**

**When was the debt incurred?** **11/01/2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Auto Lease Deficiency**

**unknown**

---

Debtor 1    **Evaristo**                **Burdiez**                    Case number *(if known)* **20-23664/VFP**

First Name        Middle Name        Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

| 4.111 | **Vehicle Lenders Group** | **unknown** |

Nonpriority Creditor's Name

**23 Berry Hill Road**
Number        Street

**Oyster Bay, NY 11771**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For an auto lease deficiency incurred by Debtor to lease a 2007 Freightliner Columbia. Vehicle was voluntarily surrendered/ repossessed.

**Last 4 digits of account number**  **1545**

**When was the debt incurred?**    **11/01/2011**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Auto Lease Deficiency**

| 4.112 | **Vehicle Lenders Group** | **unknown** |

Nonpriority Creditor's Name

**23 Berry Hill Road**
Number        Street

**Oyster Bay, NY 11771**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** For an auto lease deficiency incurred by Debtor to lease a 2007 Freightliner Columbia. Vehicle was voluntarily surrendered/ repossessed.

**Last 4 digits of account number**  **0000**

**When was the debt incurred?**    **02/29/2012**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Auto Lease Deficiency**

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.113**

**Verizon**
Nonpriority Creditor's Name

**500 Technology Drive Suite 550**
Number          Street

**Saint Charles, MO 63304-0000**
City                          State      ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For past due residential phone/cable/internet charges incurred by Debtor. Other acct. no. ending in 0150.

**Last 4 digits of account number  0001**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utility**

**$1,889.42**

---

**4.114**

**Verizon**
Nonpriority Creditor's Name

**Attn: Billing Office**

**236 E. Town Street #170**
Number          Street

**Columbus, OH 43215-4633**
City                          State      ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. no. ending in 0150.

**Last 4 digits of account number  0001**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utility**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.115**

**Verizon**
Nonpriority Creditor's Name

**P.O. Box 650584**
Number          Street

**Dallas, TX 75265-0000**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only. Other acct. no. ending in 0150.

Last 4 digits of account number **0001**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utility**

**$0.00**

---

**4.116**

**Verizon Wireless**
Nonpriority Creditor's Name

**P.O. Box 650051**
Number          Street

**Dallas, TX 75265-0000**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** For past due mobile charges incurred by Debtor.

Last 4 digits of account number **8866**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utility**

**$620.16**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.117**

**Verizon Wireless**
Nonpriority Creditor's Name

**Attn: Billing Office**

**2000 Corporate Drive 3rd Floor**
Number        Street

**Orangeburg, NY 10962-0000**
City                         State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **8866**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility**

**$0.00**

---

**4.118**

**Verizon Wireless**
Nonpriority Creditor's Name

**P.O. Box 5029**

**20 Alexander Drive**
Number        Street

**Wallingford, CT 06492-2458**
City                         State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

Last 4 digits of account number **8866**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility**

**$0.00**

---

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>Your NONPRIORITY Unsecured Claims - Continuation Page</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.119**

Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP
Nonpriority Creditor's Name

**1500 Broadway**
Number      Street

**New York, NY 10036**
City                          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Tal International Container Corp. v. Huatai USA, LLC, et als.," Docket No. L-008480-18.

**Last 4 digits of account number  0-18**                                        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney**

---

**4.120**

Weinberg & Cooper, LLC
Nonpriority Creditor's Name

**Attn.: Melissa E. Cohen, Esq.**

**One University Plaza 516**
Number      Street

**Hackensack, NJ 07601**
City                          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Duplicate claim. Listed for informational and notice purposes only.

**Last 4 digits of account number  1-14**                                        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.121**   **Zwicker & Associates, PC**
Nonpriority Creditor's Name

**1105 Laurel Oak Road Suite 136**
Number        Street

**Voorhees, NJ 08043-0000**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** For attorneys' fees and costs relating to prosecuting the legal matter entitled: "American Express Centurion Bank v. Evaristo Burdiez," Docket No. L-001506-10 | Judgment No. J-084559-11.

**Last 4 digits of account number  6-10**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney**

**$0.00**

| Debtor 1 | **Evaristo** | | **Burdiez** | | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Cavalry Portfolio Services, LLC
Name
Cavalry SPV I, LLC
500 Summit Lake Drive Suite 400
Number     Street
Valhalla, NY 10595-0000
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.95** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

L.T. Asset Recovery, LLC
Name
C/O Pellegrino & Feldstein
290 Route 46 West
Number     Street
Denville, NJ 07834
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.24** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Lyons, Doughty, & Veldhuis
Name
P.O. Box 1269
136 Gaither Drive Suite 100
Number     Street
Mount Laurel, NJ 08054-0000
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Midland Credit Management, Inc.
Name
a/k/a Midland Funding, LLC
320 E Big Beaver Rd Ste 300
Number     Street
Troy, MI 48083-1271
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Midland Credit Management, Inc.
Name
a/k/a Midland Funding, LLC
320 E Big Beaver Rd Ste 300
Number     Street
Troy, MI 48083-1271
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.18** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Midland Credit Management, Inc.
Name
a/k/a Midland Funding, LLC
320 E Big Beaver Rd Ste 300
Number     Street
Troy, MI 48083-1271
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.101** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Peter C. Merani, P.C.
Name
1001 Avenue of the Americas
Number     Street
New York, NY 10018
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.106** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Portfolio Recovery Associates, LLC**
Name
**Riverside Commerce Center**
**120 Corporate Boulevard Suite 100**
Number       Street
**Norfolk, VA 23502-4962**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.98** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Pressler, Felt & Warshaw LLP**
Name
**7 Entin Road**
Number       Street
**Parsippany, NJ 07054-9944**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.54** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Pressler, Felt & Warshaw LLP**
Name
**7 Entin Road**
Number       Street
**Parsippany, NJ 07054-9944**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.55** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Schachter Portnoy, LLC**
Name
**3490 U.S. Route 1 Suite 6**
Number       Street
**Princeton, NJ 08540-0000**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number       Street
**Huntington, NY 11743**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.30** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number       Street
**Huntington, NY 11743**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Serpe, Andree & Kaufman**
Name
**P.O. Box 165**
**149 Main Street**
Number       Street
**Huntington, NY 11743**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Serpe, Andree & Kaufman**
Name

**P.O. Box 165**
**149 Main Street**
Number      Street

**Huntington, NY 11743**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.33** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name

**P.O. Box 165**
**149 Main Street**
Number      Street

**Huntington, NY 11743**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.34** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name

**P.O. Box 165**
**149 Main Street**
Number      Street

**Huntington, NY 11743**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.35** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Serpe, Andree & Kaufman**
Name

**P.O. Box 165**
**149 Main Street**
Number      Street

**Huntington, NY 11743**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.36** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Sheena Daneshyar, Esq.**
Name

**Portfolio Recovery Associates, LLC**
**120 Corporate Blvd.**
Number      Street

**Norfolk, VA 23502-0000**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.68** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Steven M. Gabor, Esq.**
Name

**31 West Main Street**
Number      Street

**Freehold, NJ 07728**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.48** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Tenaglia & Hunt, P.A.**
Name

**395 West Passaic Street Suite 205**
Number      Street

**Rochelle Park, NJ 07662-0000**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.21** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed | Additional Page |
|---|---|---|

---

**Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP**
Name
**1500 Broadway**
Number          Street
**New York, NY 10036**
City                                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.104** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Weinberg & Cooper, LLC**
Name
**Attn.: Melissa E. Cohen, Esq.**
**One University Plaza 516**
Number          Street
**Hackensack, NJ 07601**
City                                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.14** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Zwicker & Associates, PC**
Name
**1020 Laurel Oak Road Suite 303**
Number          Street
**Voorhees, NJ 08043-0000**
City                                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | **Evaristo** | | **Burdiez** | Case number *(if known)* **20-23664/VFP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $3,764.56 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $3,764.56 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $374,241.21 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $374,241.21 |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Evaristo** | **Burdiez** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** |
| Case number (if known) | **20-23664/VFP** | |

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

**X** /s/ Evaristo Burdiez
Evaristo Burdiez, Debtor 1

Date  11/28/2022
MM/  DD/  YYYY