**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   EVARISTO BURDIEZ

Order Filed on June 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  20-23664 VFP**

**Hearing Date:  6/1/2023**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 5, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  EVARISTO BURDIEZ

Case No.:  20-23664

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/01/2023 on notice to ROGER CHAVEZ, ESQ.,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $150.04 to the Trustee's office by 6/5/2023 to be current with

  Trustee payments through May or the case will be dismissed upon certification of the Standing Trustee with

  14 days notice to Debtor(s) and Debtor's attorney.