Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23664−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/20/23 at 10:00 AM

to consider and act upon the following:

*215* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/27/2023. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*217* − Certification in Opposition to (related document:215 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/27/2023. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Roger Chavez on behalf of Evaristo Burdiez. (Attachments: # 1 Certificate of Service) (Chavez, Roger)

Dated: 6/28/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court