**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   EVARISTO BURDIEZ

Order Filed on September 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  20-23664 VFP**

**Hearing Date:  9/7/2023**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 11, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  EVARISTO BURDIEZ

Case No.:  20-23664

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

_____

THIS MATTER having come before the Court on 09/07/2023 on notice to ROGER CHAVEZ, ESQ.,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $300.04 to the Trustee's office by 9/11/2023 to be current with

  Trustee payments through August or the case will be dismissed upon certification of the Standing Trustee

  with 14 days notice to Debtor(s) and Debtor's attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 20-23664-VFP

Evaristo Burdiez                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                Page 1 of 2

Date Rcvd: Sep 12, 2023                  Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

**Recip ID                  Recipient Name and Address**
db                     +  Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | |
| | on behalf of Interested Party Melissa Cohen  Esq ap@njlawfirm.com |
| Alex A Pisarevsky | |
| | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | |
| | on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com |
| David Kromm | |
| | on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov  panylit@panynj.gov |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: Sep 12, 2023                          Form ID: pdf903                                 Total Noticed: 1

                            on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto
                            on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto
                            on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Gregory L. Van Dyck
                            on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov

Jeffrey A. Bronster
                            on behalf of Creditor North Jersey Public Adjusters  Inc. jbronster@bronsterlaw.com

Jill Cadre
                            on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com

Jill Cadre
                            on behalf of Creditor Cecilia Otero jill@cadrelaw.com

John Richard Voorhees, III
                            on behalf of Creditor Cecilia Otero bk@focusedlaw.com
                            bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Marie-Ann Greenberg
                            magecf@magtrustee.com

Marie-Ann Greenberg
                            on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Roger Chavez
                            on behalf of Debtor Evaristo Burdiez rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17