UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on February 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

EVARISTO BURDIEZ

Case No.:  20-23664 VFP

Hearing Date:  2/15/2024

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 16, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): EVARISTO BURDIEZ

Case No.: 20-23664

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/15/2024 on notice to ROGER CHAVEZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $450.00 to the Trustee's office by 2/29/2024 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney.