| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTOR, EVARISTO BURDIEZ A/K/A EVARISTO BURDIEZ, JR. | Order Filed on December 18, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EVARISTO BURDIEZ A/K/A EVARISTO BURDIEZ, JR.<br><br>DEBTOR. | Case No.: 20-23664/VFP<br><br>Chapter 13<br><br>Judge: Vincent F. Papalia<br><br>Hearing Date: N/A |

# ORDER GRANTING ALLOWANCES OF SUPPLEMENTAL CHAPTER 13 FEES AND EXPENSES

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Debtors:    EVARISTO BURDIEZ A/K/A EVARISTO BURDIEZ, JR.**
**Chapter 13 |  Case No. 20-23664/VFP**
**Caption of Order: ORDER GRANTING ALLOWANCES OF SUPPLEMENTAL**
**CHAPTER 13 FEES AND EXPENSES**

---

The applicant having certified that legal work additional to basic Chapter 13 services has been rendered, and no objections have been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $999.00 for services rendered and expenses in the amount of $0.00 for a total of $999.00.  The allowance is payable:

☒ $999.00 through the Chapter 13 plan as an administrative priority.

The Debtor filed a modified Chapter 13 plan on November 14, 2024 which proposes that beginning on December 1, 2024, the monthly plan payment will be increased to $195.00 for the remaining 13 months to allow for payment of the aforesaid fee without affecting the dividend to secured and unsecured classes of creditors.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**