| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTOR, EVARISTO BURDIEZ A/K/A EVARISTO BURDIEZ, JR. | Order Filed on December 18, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EVARISTO BURDIEZ A/K/A EVARISTO BURDIEZ, JR.<br><br>DEBTOR. | Case No.: 20-23664/VFP<br><br>Chapter 13<br><br>Judge: Vincent F. Papalia<br><br>Hearing Date: N/A |

## ORDER GRANTING ALLOWANCES OF SUPPLEMENTAL CHAPTER 13 FEES AND EXPENSES

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Debtors:** EVARISTO BURDIEZ A/K/A EVARISTO BURDIEZ, JR.
**Chapter 13 | Case No. 20-23664/VFP**
**Caption of Order:** ORDER GRANTING ALLOWANCES OF SUPPLEMENTAL
**CHAPTER 13 FEES AND EXPENSES**
_____

The applicant having certified that legal work additional to basic Chapter 13 services has been rendered, and no objections have been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $999.00 for services rendered and expenses in the amount of $0.00 for a total of $999.00. The allowance is payable:

☒ $999.00 through the Chapter 13 plan as an administrative priority.

The Debtor filed a modified Chapter 13 plan on November 14, 2024 which proposes that beginning on December 1, 2024, the monthly plan payment will be increased to $195.00 for the remaining 13 months to allow for payment of the aforesaid fee without affecting the dividend to secured and unsecured classes of creditors.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23664-VFP |
| Evaristo Burdiez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen Esq ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com |
| David Kromm | on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov panylit@panynj.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | |

Case 20-23664-VFP    Doc 249    Filed 12/21/24    Entered 12/22/24 00:15:38    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | |
| | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | |
| | on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Gregory L. Van Dyck | |
| | on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov |
| Jeffrey A. Bronster | |
| | on behalf of Creditor North Jersey Public Adjusters Inc. jbronster@bronsterlaw.com |
| Jill Cadre | |
| | on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com |
| Jill Cadre | |
| | on behalf of Creditor Cecilia Otero jill@cadrelaw.com |
| John Richard Voorhees, III | |
| | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Roger Chavez | |
| | on behalf of Debtor Evaristo Burdiez rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17