Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23664−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evaristo Burdiez
   aka Evaristo Burdiez Jr.
   365 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−4674

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 20, 2024.

Dated: December 20, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23664-VFP |
| Evaristo Burdiez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Dec 20, 2024 | Form ID: plncf13 | Total Noticed: 143 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Gloria Liliana Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | John Rodriguez, DJ Limousine Car Services Inc, 21-13 39th Ave, Long Island City, NY 11101-3607 |
| cr | + | Jose Fenibal Duque-Castano, 365, 365 River Road, Bogota, NJ 07603-1017 |
| r | + | Keller Williams, 2200 Fletcher Avenue, Suite 502, Fort Lee, NJ 07024-5016 |
| intp | + | Melissa Cohen, Esq, c/o Cohn Lifland Pearlman Herrmann, Park 80 West - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| cr | + | North Jersey Public Adjusters, Inc., 17 Wendell Place, Fairview, NJ 07022-1842 |
| cr | + | Weinberg & Cooper LLC, Cohn Lifland Pearlman Herrmann & Knopf L, 250 Pehle Ave., Suite 401, Park 80 W-Pla, Saddle Brook, NJ 07663-5841 |
| cr | + | Weinberg & Cooper, LLC, c/o Cohn Lifland Pearlman Herrmann, Park 80 Wet - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| 519049679 | + | Bergen County Sheriff's Office, Attn.: Sheriff Anthony Cureton, 2 Bergen County Plaza, Hackensack, NJ 07601-7076 |
| 519108121 | + | Bruce X. Piekarsky, Court Officer, Bergen County, Special Civil Part, P.O. Box 1006, Hackensack, NJ 07602-1006 |
| 519108128 | + | Cecilia Otero, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519049680 | + | Cecilia Otero, F/K/A Cecilia Burdiez, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519108087 | + | Claudia Marcela Duque Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 519331237 | | Con Edison, Cooper Station, P.O. Box 138, New York, NY 10276-0138 |
| 519331239 | + | DJ Limousine Car Service, Inc., 2113 39th Avenue, Long Island City, NY 11101-3607 |
| 519331240 | + | Duque Trucking Solutions LLC, 131 Myer Street Suite 1, Hackensack, NJ 07601-4103 |
| 519108143 | | Emergency Physician Services of NJ, PA, 718 Teaneck Road, Teaneck, NJ 07666-4245 |
| 519331241 | + | Fajardo Construction, 95 Mills Street #3717, Morristown, NJ 07960-3717 |
| 519108144 | + | Gem Recovery Systems, 99 Kinderkamack Drive Suite 308, Westwood, NJ 07675-3021 |
| 519108090 | + | Gloria Liliana Salazar Arbalaez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108146 | + | Huatai USA LLC, 200 Bar Harbor Drive, Conshohocken, PA 19428-2977 |
| 519108150 | + | JB Multiservices, C/O Julian Hernandez, 137 Hudson Street, Hackensack, NJ 07601-6871 |
| 519331242 | + | Jean-Everett Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| 519331243 | + | John Antanopulos, Jr., 4580 Broadway Apt. 4M, New York, NY 10040-2115 |
| 519070178 | + | John R. Voorhees III, Esq., 1 Broad St. Suite 5,, Freehold NJ 07728-1753 |
| 519331244 | + | Jose F. Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108088 | + | Jose Fanibal Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108152 | + | Julian Hernandez, C/O JB Multiservices, 85 South State Street, Hackensack, NJ 07601-3919 |
| 519108153 | + | Kenneth McClelland, Court Officer, Mercer County, Law Division, Special Civ, P.O. Box 905, Trenton, NJ 08605-0905 |
| 519108154 | + | L.T. Asset Recovery, LLC, C/O Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519108155 | + | Little Acre Farm, 223 Victory Road, Howell, NJ 07731-8780 |
| 519331245 | + | Lumix Construction Group, 360 West 43rd Street, New York, NY 10036-6410 |
| 519787924 | + | Marlene Caride, Commissioner, State of New Jersey, Dept. of Banking & Ins., PO Box 325, 20 W. State Street Trenton, NJ 08608-1206 |
| 519108160 | + | New Jersey Motor Vehicle Commission, Driver Management Section, P.O. Box 134, Trenton, NJ 08666-0134 |
| 519108162 | | New Jersey Motor Vehicle Commission, NJ Surcharge Violation Biling Office, P.O. Box 1502, Moorestown, NJ 08057-9704 |
| 519108163 | + | North Jersey Orthopaedic Specialists, PA, 730 Palisade Avenue, Teaneck, NJ 07666-3144 |
| 519108164 | + | North Jersey Orthopaedic Specialists, PA, 106 Grand Avenue Suite 230, Englewood, NJ 07631-3570 |
| 519282044 | + | North Jersey Public Adjusters Inc., c/o Jeffrey A. Bronster, Esq., 17 Wendell Place, Fairview, NJ 07022-1842 |

Case 20-23664-VFP    Doc 250    Filed 12/22/24    Entered 12/23/24 00:16:56    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: plncf13 | Total Noticed: 143 |

| | | |
|---|---|---|
| 519108165 | + | Pellegrino & Feldstein, 290 Route 46 Wesr, Denville, NJ 07834-1239 |
| 519108166 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas, New York, NY 10018-5515 |
| 519108167 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas Suite 1800, New York, NY 10018-5515 |
| 519108176 | + | RNC, RCN Telecom Services, LLC, P.O. Box 11816, Newark, NJ 07101-8116 |
| 519108177 | + | RNC, RCN Telecom Services, LLC, 33-16 Woodside Avenue, Long Island City, NY 11101-1036 |
| 519108178 | + | Rocco Sconzo, Court Officer, Bergen County, Special Civil Part, P.O. Box 871, Saddle Brook, NJ 07663-0871 |
| 519331250 | + | Rosado Plumbing, 1429 Martine Avenue, Plainfield, NJ 07060-3129 |
| 519331251 | + | Ruby Burdiez, 55 Willow Drive, Briarcliff Manor, NY 10510-1227 |
| 519108189 | + | SUEZ Water New Jersey, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 519108179 | + | Schachter Portnoy, LLC, 3490 U.S. Route 1 Suite 6, Princeton, NJ 08540-5920 |
| 519331252 | + | Serpe, Andree & Kaufman, P.O. Box 165, 149 Main Street, Huntington, NY 11743-7051 |
| 519108180 | + | Sheena Daneshyar, Esq., Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519108185 | | State Of New Jersey, Division Of Taxation, PO Box 644, Trenton, NJ 08646-0644 |
| 519108181 | | State Of New Jersey, Surcharge Billing Office, PO Box 4775, Trenton, NJ 08650-4775 |
| 519108187 | + | Steven M. Gabor, 31 West Main Street, Freehold, NJ 07728-2463 |
| 519108188 | + | Steven M. Gabor, Esq., 31 West Main Street, Freehold, NJ 07728-2463 |
| 519049681 | + | Superior Court of New Jersey, Bergen County Justice Center, Bergen County, Chancery Division, Family, Attn.: Hon. Mitchell I. Steinhart, J.S.C, 10 Main Street 5th Floor Hackensack, NJ 07601-7042 |
| 519127791 | + | TAL International Container Corp, c/o Weber Gallgher, 1500 Broadway, Ste 2410, New York, NY 10036-4015 |
| 519108199 | + | Tal International Container Corporation, 100 Manhanttanille Road, Purchase, NY 10577-2134 |
| 519124042 | | The Port Authority of New York and New Jersey, 4 WTC, 150 Greenwich St, 24th Floor, New York, NY 10007 |
| 519331253 | + | Trico Electric Company, LLC, 145 Lexington Avenue, Hackensack, NJ 07601-3914 |
| 519331254 | + | Vehicle Lenders Group, 23 Berry Hill Road, Oyster Bay, NY 11771-3547 |
| 519108211 | + | Weber, Gallagher, Simpson, Stapleton, Fires & Newb, 1500 Broadway, New York, NY 10036-4015 |
| 519108212 | + | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza, Hackensack, NJ 07601-6203 |
| 519049682 | + | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza 516, Hackensack, NJ 07601-6203 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 20:47:27 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ielson@panynj.gov | Dec 20 2024 20:44:00 | The Port Authority of New York and New Jersey, 4 World Trade Center, 150 Greenwich St., 24th Floor, New York, NY 10007-2373 |
| 519108115 | ^ | MEBN | Dec 20 2024 20:37:38 | Account Resolution Services, 1643 NW 136th Avenue Suite 100, Fort Lauderdale, FL 33323-2857 |
| 519108116 | ^ | MEBN | Dec 20 2024 20:37:48 | Account Resolution Services, P.O. Box 459079, Fort Lauderdale, FL 33345-9079 |
| 519108117 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 20:47:13 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 519108118 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 20:46:58 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 519108119 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 20:47:29 | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 519117644 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 20:46:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519108124 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 20:58:08 | Capital One Bank USA, NA, P.O. Box 85015, Richmond, VA 23285-5075 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519452338 | + | Email/Text: EAGBankruptcy@coned.com | Dec 20 2024 20:44:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, 4 IRVING PLACE, 9th Floor, NEW YORK, NY 10003-3502 |
| 519108123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 20:47:29 | Capital One Bank USA, NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 519108122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 20:47:07 | Capital One Bank USA, NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 519108125 | + | Email/Text: bankruptcy@cavps.com | Dec 20 2024 20:45:00 | Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 519108126 | + | Email/Text: bankruptcy@cavps.com | Dec 20 2024 20:45:00 | Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 519083981 | + | Email/Text: bankruptcy@cavps.com | Dec 20 2024 20:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519108134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:47:31 | Citibank, N.A., C/O Best Buy, Co., PO Box 790441, Saint Louis, MO 63179-0441 |
| 519108132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:47:29 | Citibank, N.A., C/O Best Buy, Co., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519108133 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:46:58 | Citibank, N.A., C/O Best Buy, Co., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519108137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:58:28 | Citibank, N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519108136 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:57:54 | Citibank, N.A., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519108135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:47:27 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519108138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 21:08:43 | Citibank, SD, NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519108139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:47:31 | Citibank, SD, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519108140 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 20:46:57 | Citibank, SD, NA, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 519331238 | + | Email/Text: EAGBankruptcy@coned.com | Dec 20 2024 20:44:00 | Con Edison, Consolidated Edison of New York, Inc., ATTN: Law Department, 4 Irving Place Room 1875, New York, NY 10003-3502 |
| 519108142 | | Email/Text: G06041@att.com | Dec 20 2024 20:45:00 | DirecTV, PO Box 6550 Attn: Customer Service, A/K/A AT&T DirecTV, Englewood, CO 80155-6550 |
| 519057337 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 20:58:12 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519083834 | | Email/Text: BNCnotices@dcmservices.com | Dec 20 2024 20:44:00 | Emergency Physicians Services of New Jersey PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519108147 | | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2024 20:44:00 | IC System, Inc., IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519108148 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2024 20:44:00 | IC System, Inc., IC Systems Collections, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 519124239 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2024 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519108131 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2024 20:57:54 | Chase Auto Finance, MAIL CODE LA4-5555, 700 Kansas Lane, Monroe, LA 71203-0000 |
| 519108129 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2024 20:58:16 | Chase Auto Finance, P.O. Box 901003, Fort |

Case 20-23664-VFP    Doc 250    Filed 12/22/24    Entered 12/23/24 00:16:56    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: plncf13 | Total Noticed: 143 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 519108130 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2024 20:58:16 | Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 519108156 | + | Email/Text: BKNotice@ldvlaw.com | Dec 20 2024 20:44:00 | Lyons, Doughty, & Veldhuis, P.O. Box 1269, 136 Gaither Drive Suite 100, Mount Laurel, NJ 08054-2239 |
| 519787925 | ^ | MEBN | Dec 20 2024 20:36:51 | Matthew J. Platkin, Atty. Gen. of NJ, Richard J. Hughes Justice Complex, 25 Market Street, PO Box 117, Trenton, NJ 08625-0117 |
| 519108157 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 20:45:00 | Midland Credit Management, Inc., a/k/a Midland Funding, LLC, 320 East Bign Beaver, Troy, MI 48083-1271 |
| 519108158 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 20:45:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 519108159 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 20:45:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 519108604 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 20:45:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 519108161 | ^ | MEBN | Dec 20 2024 20:38:32 | New Jersey Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 519108182 | ^ | MEBN | Dec 20 2024 20:38:32 | New Jersey Motor Vehicle Commission/, Surcharge Violation System Office NJSVS, PO Box 136, Trenton, NJ 08666-0136 |
| 519331246 | + | Email/Text: bankruptcy@onlineis.com | Dec 20 2024 20:45:00 | Online Information Services, A/K/A Online Collections, P.O. Box 1489, Winterville, NC 28590-1489 |
| 519331247 | + | Email/Text: bankruptcy@onlineis.com | Dec 20 2024 20:45:00 | Online Information Services, A/K/A Online Collections, 685 West Firetower Road, Winterville, NC 28590-9232 |
| 519108168 | | Email/Text: info@phoenixfinancialsvcs.com | Dec 20 2024 20:43:00 | Phoenix Financial Services, LLC, 8902 Otis Avenue Suite 103A, Indianapolis, IN 46216-0000 |
| 519108169 | | Email/Text: info@phoenixfinancialsvcs.com | Dec 20 2024 20:43:00 | Phoenix Financial Services, LLC, P.O. Box 361450, Indianapolis, IN 46236-0000 |
| 519108171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 20:58:19 | Portfolio Recovery Associates, LLC, 140 Corporate Boulevard, Norfolk, VA 23502-0000 |
| 519108172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 21:08:43 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-0000 |
| 519108170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 20:58:07 | Portfolio Recovery Associates, LLC, Riverside Commerce Center, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4962 |
| 519108173 | | Email/Text: signed.order@pfwattorneys.com | Dec 20 2024 20:43:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519108175 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 20 2024 20:45:00 | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 519108174 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 20 2024 20:45:00 | Receivables Performance Management, 20816 44th Avenue West Suite 100, Lynnwood, WA 98036-7744 |
| 519331248 | | Email/Text: clientservices@remexinc.com | Dec 20 2024 20:44:00 | Remex, Inc., Revenue Management Excellance, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519331249 | | Email/Text: clientservices@remexinc.com | Dec 20 2024 20:44:00 | Remex, Inc., Revenue Management Excellence, P.O. Box 765, Rocky Hill, NJ 08553-0765 |
| 519108184 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 20 2024 20:43:00 | State Of New Jersey, Division of Taxation |

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: plncf13 | Total Noticed: 143 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Unit, PO Box 245, Trenton, NJ 08646-0245 |
| 519121473 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 20 2024 20:45:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519108186 | ^ | MEBN | Dec 20 2024 20:36:50 | State Of New Jersey, Division Of Law, PO Box 112, Trenton, NJ 08625-0112 |
| 519108183 | ^ | MEBN | Dec 20 2024 20:36:51 | State Of New Jersey, Division Of Law, PO Box 119, Trenton, NJ 08625-0119 |
| 519108191 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:58:13 | Synchrony Bank, C/O Banana Republic, P.O. Box 965005, Orlando, FL 32896-5005 |
| 519108198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:58:05 | Synchrony Bank, C/O LOWES, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 519108192 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:46:52 | Synchrony Bank, C/O Banana Republic, P.O. Box 965036, Orlando, FL 32896-5036 |
| 519108196 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:47:21 | Synchrony Bank, C/O LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 519108197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:47:21 | Synchrony Bank, C/O LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 519108193 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:46:50 | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 519108195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:47:21 | Synchrony Bank, C/O PayPal Credit, P.O. Box 530975, Orlando, FL 32896-0001 |
| 519050041 | ^ | MEBN | Dec 20 2024 20:38:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519108194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:47:05 | Synchrony Bank, C/O PayPal Credit, PO Box 965005, Orlando, FL 32896-5005 |
| 519108200 | + | Email/Text: ClericalSupport@tenagliahunt.com | Dec 20 2024 20:44:00 | Tenaglia & Hunt, P.A., 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 519108201 | + | Email/Text: ielson@panynj.gov | Dec 20 2024 20:44:00 | The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street 24th Floor, New York, NY 10007-2373 |
| 519113691 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 21:08:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519108205 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 20 2024 20:43:00 | Verizon, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 519108206 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 20 2024 20:43:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 519108207 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 20 2024 20:43:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |
| 519108210 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 20 2024 20:43:00 | Verizon Wireless, P.O. Box 5029, 20 Alexander Drive, Wallingford, CT 06492-2458 |
| 519108208 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 20 2024 20:43:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |
| 519108209 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 20 2024 20:43:00 | Verizon Wireless, Attn: Billing Office, 2000 Corporate Drive 3rd Floor, Orangeburg, NY 10962-2634 |
| 519108214 | + | Email/Text: bkfilings@zwickerpc.com | Dec 20 2024 20:45:00 | Zwicker & Associates, PC, 1105 Laurel Oak Road Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 79

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: plncf13 | Total Noticed: 143 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cecilia Otero, 100 Old Palisade Rd, Fort Lee, NJ 07024-7064 |
| cr | *+ | Claudia Marcela Duque-Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 519108120 | *+ | Bergen County Sheriff's Office, Attn.: Sheriff Anthony Cureton, 2 Bergen County Plaza, Hackensack, NJ 07601-7076 |
| 519108127 | *+ | Cecilia Otero, F/K/A Cecilia Burdiez, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519108141 | *+ | Claudia Marcela Duque Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 520367117 | *+ | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108145 | *+ | Gloria Liliana Salazar Arbalaez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108204 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0000 |
| 519108203 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 519108151 | *+ | Jose Fanibal Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108190 | *+ | Superior Court of New Jersey, Bergen County Justice Center, Bergen County, Chancery Division, Family, Attn.: Hon. Mitchell I. Steinhart, J.S.C, 10 Main Street 5th Floor, Hackensack, NJ 07601-7042 |
| 519108202 | * | U.S. Department Of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519108213 | *+ | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza 516, Hackensack, NJ 07601-6203 |
| 519108149 | ##+ | James P. Gaffigan, Court Officer, Mercer County, Law Division, Special Civ, P.O. Box 1325, Trenton, NJ 08607-1325 |

TOTAL: 0 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2024     Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

**Name**     **Email Address**

Alex A Pisarevsky
    on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com

Alex A Pisarevsky
    on behalf of Interested Party Melissa Cohen  Esq ap@njlawfirm.com

Alex A Pisarevsky
    on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com

David Kromm
    on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov  panylit@panynj.gov

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Franklin G. Soto
    on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto

Case 20-23664-VFP    Doc 250    Filed 12/22/24    Entered 12/23/24 00:16:56    Desc
Imaged Certificate of Notice    Page 8 of 8

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 7 |
| Date Rcvd: Dec 20, 2024 | Form ID: plncf13 | Total Noticed: 143 |

| | |
|---|---|
| | on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Franklin G. Soto | |
| | on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com sotofr96356@notify.bestcase.com |
| Gregory L. Van Dyck | |
| | on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov |
| Jeffrey A. Bronster | |
| | on behalf of Creditor North Jersey Public Adjusters Inc. jbronster@bronsterlaw.com |
| Jill Cadre | |
| | on behalf of Creditor Cecilia Otero jill@cadrelaw.com |
| Jill Cadre | |
| | on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com |
| John Richard Voorhees, III | |
| | on behalf of Creditor Cecilia Otero bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Roger Chavez | |
| | on behalf of Debtor Evaristo Burdiez rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17