| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>EVARISTO BURDIEZ | Case No.:  20-23664<br>Adv. No.:<br>Hearing Date:<br>Judge:  VFP |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/28/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
EVARISTO BURDIEZ
365 RIVER ROAD
BOGOTA, NJ  07603
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
ROGER CHAVEZ, ESQ.
LAW OFFICES OF ROGER CHAVEZ
50 PARK PLACE, SUITE 1104
NEWARK, NJ  07102
Mode of Service:  Notice of Electronic Filing (NEF)

---

Dated:  July 28, 2025

By:  /S/  Keith Guarneri
     Keith Guarneri