**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Evaristo Burdiez | Social Security number or ITIN   xxx–xx–4674 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–23664–VFP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Evaristo Burdiez
aka Evaristo Burdiez Jr.

3/11/26

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

**Chapter 13 Discharge**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 20-23664-VFP

Evaristo Burdiez                                                                    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 7

Date Rcvd: Mar 11, 2026                     Form ID: 3180W                     Total Noticed: 141

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | Gloria Liliana Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| cr | + | John Rodriguez, DJ Limousine Car Services Inc, 21-13 39th Ave, Long Island City, NY 11101-3607 |
| cr | + | Jose Fenibal Duque-Castano, 365, 365 River Road, Bogota, NJ 07603-1017 |
| r | + | Keller Williams, 2200 Fletcher Avenue, Suite 502, Fort Lee, NJ 07024-5016 |
| intp | + | Melissa Cohen, Esq, c/o Cohn Lifland Pearlman Herrmann, Park 80 West - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| cr | + | North Jersey Public Adjusters, Inc., 17 Wendell Place, Fairview, NJ 07022-1842 |
| cr | + | Weinberg & Cooper LLC, Cohn Lifland Pearlman Herrmann & Knopf L, 250 Pehle Ave., Suite 401, Park 80 W-Pla, Saddle Brook, NJ 07663-5841 |
| cr | + | Weinberg & Cooper, LLC, c/o Cohn Lifland Pearlman Herrmann, Park 80 Wet - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| 519049679 | + | Bergen County Sheriff's Office, Attn.: Sheriff Anthony Cureton, 2 Bergen County Plaza, Hackensack, NJ 07601-7076 |
| 519108121 | + | Bruce X. Piekarsky, Court Officer, Bergen County, Special Civil Part, P.O. Box 1006, Hackensack, NJ 07602-1006 |
| 519108128 | + | Cecilia Otero, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519049680 | + | Cecilia Otero, F/K/A Cecilia Burdiez, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519108087 | + | Claudia Marcela Duque Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 519331239 | + | DJ Limousine Car Service, Inc., 2113 39th Avenue, Long Island City, NY 11101-3607 |
| 519331240 | + | Duque Trucking Solutions LLC, 131 Myer Street Suite 1, Hackensack, NJ 07601-4103 |
| 519108143 | | Emergency Physician Services of NJ, PA, 718 Teaneck Road, Teaneck, NJ 07666-4245 |
| 519331241 | + | Fajardo Construction, 95 Mills Street #3717, Morristown, NJ 07960-3717 |
| 519108144 | + | Gem Recovery Systems, 99 Kinderkamack Drive Suite 308, Westwood, NJ 07675-3021 |
| 519108090 | + | Gloria Liliana Salazar Arbalaez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108146 | + | Huatai USA LLC, 200 Bar Harbor Drive, Conshohocken, PA 19428-2977 |
| 519108150 | + | JB Multiservices, C/O Julian Hernandez, 137 Hudson Street, Hackensack, NJ 07601-6871 |
| 519331242 | + | Jean-Everett Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| 519331243 | + | John Antanopulos, Jr., 4580 Broadway Apt. 4M, New York, NY 10040-2115 |
| 519070178 | + | John R. Voorhees III, Esq., 1 Broad St. Suite 5,, Freehold NJ 07728-1753 |
| 519331244 | + | Jose F. Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108088 | + | Jose Fanibal Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108152 | + | Julian Hernandez, C/O JB Multiservices, 85 South State Street, Hackensack, NJ 07601-3919 |
| 519108153 | + | Kenneth McClelland, Court Officer, Mercer County, Law Division, Special Civ, P.O. Box 905, Trenton, NJ 08605-0905 |
| 519108154 | + | L.T. Asset Recovery, LLC, C/O Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519108155 | + | Little Acre Farm, 223 Victory Road, Howell, NJ 07731-8780 |
| 519331245 | + | Lumix Construction Group, 360 West 43rd Street, New York, NY 10036-6410 |
| 519787924 | + | Marlene Caride, Commissioner, State of New Jersey, Dept. of Banking & Ins., PO Box 325, 20 W. State Street Trenton, NJ 08608-1206 |
| 519108160 | + | New Jersey Motor Vehicle Commission, Driver Management Section, P.O. Box 134, Trenton, NJ 08666-0134 |
| 519108162 | | New Jersey Motor Vehicle Commission, NJ Surcharge Violation Biling Office, P.O. Box 1502, Moorestown, NJ 08057-9704 |
| 519108163 | + | North Jersey Orthopaedic Specialists, PA, 730 Palisade Avenue, Teaneck, NJ 07666-3144 |
| 519108164 | + | North Jersey Orthopaedic Specialists, PA, 106 Grand Avenue Suite 230, Englewood, NJ 07631-3570 |
| 519282044 | + | North Jersey Public Adjusters Inc., c/o Jeffrey A. Bronster, Esq., 17 Wendell Place, Fairview, NJ 07022-1842 |
| 519108165 | + | Pellegrino & Feldstein, 290 Route 46 Wesr, Denville, NJ 07834-1239 |

| | | |
|---|---|---|
| 519108166 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas, New York, NY 10018-5515 |
| 519108167 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas Suite 1800, New York, NY 10018-5515 |
| 519108176 | + | RNC, RCN Telecom Services, LLC, P.O. Box 11816, Newark, NJ 07101-8116 |
| 519108177 | + | RNC, RCN Telecom Services, LLC, 33-16 Woodside Avenue, Long Island City, NY 11101-1036 |
| 519108178 | + | Rocco Sconzo, Court Officer, Bergen County, Special Civil Part, P.O. Box 871, Saddle Brook, NJ 07663-0871 |
| 519331250 | + | Rosado Plumbing, 1429 Martine Avenue, Plainfield, NJ 07060-3129 |
| 519331251 | + | Ruby Burdiez, 55 Willow Drive, Briarcliff Manor, NY 10510-1227 |
| 519108189 | + | SUEZ Water New Jersey, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 519108179 | + | Schachter Portnoy, LLC, 3490 U.S. Route 1 Suite 6, Princeton, NJ 08540-5920 |
| 519331252 | + | Serpe, Andree & Kaufman, P.O. Box 165, 149 Main Street, Huntington, NY 11743-7051 |
| 519108185 | | State Of New Jersey, Division Of Taxation, PO Box 644, Trenton, NJ 08646-0644 |
| 519108181 | | State Of New Jersey, Surcharge Billing Office, PO Box 4775, Trenton, NJ 08650-4775 |
| 519108187 | + | Steven M. Gabor, 31 West Main Street, Freehold, NJ 07728-2463 |
| 519108188 | + | Steven M. Gabor, Esq., 31 West Main Street, Freehold, NJ 07728-2463 |
| 519049681 | + | Superior Court of New Jersey, Bergen County Justice Center, Bergen County, Chancery Division, Family, Attn.: Hon. Mitchell I. Steinhart, J.S.C, 10 Main Street 5th Floor Hackensack, NJ 07601-7042 |
| 519127791 | + | TAL International Container Corp, c/o Weber Gallgher, 1500 Broadway, Ste 2410, New York, NY 10036-4015 |
| 519108199 | + | Tal International Container Corporation, 100 Manhanttanille Road, Purchase, NY 10577-2134 |
| 519124042 | | The Port Authority of New York and New Jersey, 4 WTC, 150 Greenwich St, 24th Floor, New York, NY 10007 |
| 519331253 | + | Trico Electric Company, LLC, 145 Lexington Avenue, Hackensack, NJ 07601-3914 |
| 519331254 | + | Vehicle Lenders Group, 23 Berry Hill Road, Oyster Bay, NY 11771-3547 |
| 519108211 | + | Weber, Gallagher, Simpson, Stapleton, Fires & Newb, 1500 Broadway, New York, NY 10036-4015 |
| 519108212 | + | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza, Hackensack, NJ 07601-6203 |
| 519049682 | + | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza 516, Hackensack, NJ 07601-6203 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2026 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2026 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: PRA.COM | Mar 12 2026 01:04:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: panynjbankruptcynotices@panynj.gov | Mar 11 2026 21:29:00 | The Port Authority of New York and New Jersey, 4 World Trade Center, 150 Greenwich St., 24th Floor, New York, NY 10007-2373 |
| 519108115 | ^ MEBN | Mar 11 2026 21:26:21 | Account Resolution Services, 1643 NW 136th Avenue Suite 100, Fort Lauderdale, FL 33323-2857 |
| 519108116 | ^ MEBN | Mar 11 2026 21:26:47 | Account Resolution Services, P.O. Box 459079, Fort Lauderdale, FL 33345-9079 |
| 519108117 | + Email/PDF: bncnotices@becket-lee.com | Mar 11 2026 21:38:25 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 519108118 | + Email/PDF: bncnotices@becket-lee.com | Mar 11 2026 21:37:58 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 519108119 | Email/PDF: bncnotices@becket-lee.com | Mar 11 2026 21:39:31 | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 519117644 | Email/PDF: bncnotices@becket-lee.com | Mar 11 2026 21:38:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519108124 | EDI: CAPITALONE.COM | Mar 12 2026 01:04:00 | Capital One Bank USA, NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 519452338 | + Email/Text: EAGBankruptcy@coned.com | Mar 11 2026 21:29:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, 4 IRVING PLACE, 9th Floor, |

| | | | |
|---|---|---|---|
| | | | NEW YORK, NY 10003-3502 |
| 519108123 | + EDI: CAPITALONE.COM | Mar 12 2026 01:04:00 | Capital One Bank USA, NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 519108122 | + EDI: CAPITALONE.COM | Mar 12 2026 01:04:00 | Capital One Bank USA, NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 519108125 | + Email/Text: bankruptcy@cavps.com | Mar 11 2026 21:30:00 | Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 519108126 | + Email/Text: bankruptcy@cavps.com | Mar 11 2026 21:30:00 | Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 519083981 | + Email/Text: bankruptcy@cavps.com | Mar 11 2026 21:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519108131 | + EDI: JPMORGANCHASE | Mar 12 2026 01:04:00 | Chase Auto Finance, MAIL CODE LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519108129 | EDI: JPMORGANCHASE | Mar 12 2026 01:04:00 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 519108130 | EDI: JPMORGANCHASE | Mar 12 2026 01:04:00 | Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 519108134 | + EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, N.A., C/O Best Buy, Co., PO Box 790441, Saint Louis, MO 63179-0441 |
| 519108132 | + EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, N.A., C/O Best Buy, Co., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519108133 | EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, N.A., C/O Best Buy, Co., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519108137 | + EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519108136 | EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, N.A., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519108135 | + EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519108138 | + EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, SD, NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519108139 | + EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, SD, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519108140 | + EDI: CITICORP | Mar 12 2026 01:04:00 | Citibank, SD, NA, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 519331238 | + Email/Text: EAGBankruptcy@coned.com | Mar 11 2026 21:29:00 | Con Edison, Consolidated Edison of New York, Inc., ATTN: Law Department, 4 Irving Place Room 1875, New York, NY 10003-3502 |
| 519331237 | ^ MEBN | Mar 11 2026 21:26:04 | Con Edison, Cooper Station, P.O. Box 138, New York, NY 10276-0138 |
| 519108142 | EDI: DIRECTV.COM | Mar 12 2026 01:04:00 | DirecTV, PO Box 6550 Attn: Customer Service, A/K/A AT&T DirecTV, Englewood, CO 80155-6550 |
| 519057337 | + EDI: AIS.COM | Mar 12 2026 01:04:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519083834 | Email/Text: BNCnotices@dcmservices.com | Mar 11 2026 21:29:00 | Emergency Physicians Services of New Jersey PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519108147 | EDI: LCIICSYSTEM | Mar 12 2026 01:04:00 | IC System, Inc., IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519108148 | + EDI: LCIICSYSTEM | | |

District/off: 0312-2        User: admin        Page 4 of 7

Date Rcvd: Mar 11, 2026        Form ID: 3180W        Total Noticed: 141

| | | | |
|---|---|---|---|
| | | Mar 12 2026 01:04:00 | IC System, Inc., IC Systems Collections, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 519124239 | + EDI: IRS.COM | Mar 12 2026 01:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519108156 | + Email/Text: BKNotice@ldvlaw.com | Mar 11 2026 21:29:00 | Lyons, Doughty, & Veldhuis, P.O. Box 1269, 136 Gaither Drive Suite 100, Mount Laurel, NJ 08054-2239 |
| 519787925 | ^ MEBN | Mar 11 2026 21:24:00 | Matthew J. Platkin, Atty. Gen. of NJ, Richard J. Hughes Justice Complex, 25 Market Street, PO Box 117, Trenton, NJ 08625-0117 |
| 519108157 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 21:30:00 | Midland Credit Management, Inc., a/k/a Midland Funding, LLC, 320 East Bign Beaver, Troy, MI 48083-1271 |
| 519108158 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 21:30:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 519108159 | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 21:30:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 519108604 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 21:30:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 519108161 | ^ MEBN | Mar 11 2026 21:28:12 | New Jersey Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 519108182 | ^ MEBN | Mar 11 2026 21:28:13 | New Jersey Motor Vehicle Commission/, Surcharge Violation System Office NJSVS, PO Box 136, Trenton, NJ 08666-0136 |
| 519331246 | + Email/Text: bankruptcy@onlineis.com | Mar 11 2026 21:30:00 | Online Information Services, A/K/A Online Collections, P.O. Box 1489, Winterville, NC 28590-1489 |
| 519331247 | + Email/Text: bankruptcy@onlineis.com | Mar 11 2026 21:30:00 | Online Information Services, A/K/A Online Collections, 685 West Firetower Road, Winterville, NC 28590-9232 |
| 519108171 | EDI: PRA.COM | Mar 12 2026 01:04:00 | Portfolio Recovery Associates, LLC, 140 Corporate Boulevard, Norfolk, VA 23502-0000 |
| 519108172 | EDI: PRA.COM | Mar 12 2026 01:04:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-0000 |
| 519108170 | EDI: PRA.COM | Mar 12 2026 01:04:00 | Portfolio Recovery Associates, LLC, Riverside Commerce Center, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4962 |
| 519108173 | Email/Text: signed.order@pfwattorneys.com | Mar 11 2026 21:29:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519108175 | + Email/Text: Supportservices@receivablesperformance.com | Mar 11 2026 21:30:00 | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 519108174 | + Email/Text: Supportservices@receivablesperformance.com | Mar 11 2026 21:30:00 | Receivables Performance Management, 20816 44th Avenue West Suite 100, Lynnwood, WA 98036-7744 |
| 519331248 | Email/Text: clientservices@remexinc.com | Mar 11 2026 21:29:00 | Remex, Inc., Revenue Management Excellance, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519331249 | Email/Text: clientservices@remexinc.com | Mar 11 2026 21:29:00 | Remex, Inc., Revenue Management Excellence, P.O. Box 765, Rocky Hill, NJ 08553-0765 |
| 519108184 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 11 2026 21:29:00 | State Of New Jersey, Division of Taxation Bankruptcy Unit, PO Box 245, Trenton, NJ 08646-0245 |
| 519121473 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 11 2026 21:30:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

District/off: 0312-2                           User: admin                                    Page 5 of 7

Date Rcvd: Mar 11, 2026                        Form ID: 3180W                                 Total Noticed: 141

| | | | |
|---|---|---|---|
| 519108180 | + EDI: PRA.COM | Mar 12 2026 01:04:00 | Sheena Daneshyar, Esq., Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519108186 | ^ MEBN | Mar 11 2026 21:23:58 | State Of New Jersey, Division Of Law, PO Box 112, Trenton, NJ 08625-0112 |
| 519108183 | ^ MEBN | Mar 11 2026 21:23:59 | State Of New Jersey, Division Of Law, PO Box 119, Trenton, NJ 08625-0119 |
| 519108191 | + EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, C/O Banana Republic, P.O. Box 965005, Orlando, FL 32896-5005 |
| 519108198 | + EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, C/O LOWES, Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 519108192 | EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, C/O Banana Republic, P.O. Box 965036, Orlando, FL 32896-5036 |
| 519108196 | + EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, C/O LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 519108197 | + EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, C/O LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 519108193 | EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 519108195 | + EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, C/O PayPal Credit, P.O. Box 530975, Orlando, FL 32896-0001 |
| 519050041 | + EDI: PRA.COM | Mar 12 2026 01:04:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519108194 | + EDI: SYNC | Mar 12 2026 01:04:00 | Synchrony Bank, C/O PayPal Credit, PO Box 965005, Orlando, FL 32896-5005 |
| 519108200 | + Email/Text: ClericalSupport@tenagliahunt.com | Mar 11 2026 21:29:00 | Tenaglia & Hunt, P.A., 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 519108201 | + Email/Text: panynjbankruptcynotices@panynj.gov | Mar 11 2026 21:29:00 | The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street 24th Floor, New York, NY 10007-2373 |
| 519113691 | + EDI: AIS.COM | Mar 12 2026 01:04:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519108205 | + EDI: VERIZONCOMB.COM | Mar 12 2026 01:04:00 | Verizon, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 519108206 | + EDI: VERIZONCOMB.COM | Mar 12 2026 01:04:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 519108207 | + EDI: VERIZONCOMB.COM | Mar 12 2026 01:04:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |
| 519108210 | EDI: VERIZONCOMB.COM | Mar 12 2026 01:04:00 | Verizon Wireless, P.O. Box 5029, 20 Alexander Drive, Wallingford, CT 06492-2458 |
| 519108208 | + EDI: VERIZONCOMB.COM | Mar 12 2026 01:04:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |
| 519108209 | + EDI: VERIZONCOMB.COM | Mar 12 2026 01:04:00 | Verizon Wireless, Attn: Billing Office, 2000 Corporate Drive 3rd Floor, Orangeburg, NY 10962-2634 |
| 519108214 | + Email/Text: bkfilings@zwickerpc.com | Mar 11 2026 21:30:00 | Zwicker & Associates, PC, 1105 Laurel Oak Road Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 79

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cecilia Otero, 100 Old Palisade Rd, Fort Lee, NJ 07024-7064 |
| cr | *+ | Claudia Marcela Duque-Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 519108120 | *+ | Bergen County Sheriff's Office, Attn.: Sheriff Anthony Cureton, 2 Bergen County Plaza, Hackensack, NJ 07601-7076 |
| 519108127 | *+ | Cecilia Otero, F/K/A Cecilia Burdiez, 100 Old Palisade Road, Fort Lee, NJ 07024-7064 |
| 519108141 | *+ | Claudia Marcela Duque Salazar, 365 River Road, Bogota, NJ 07603-1017 |
| 520367117 | *+ | Evaristo Burdiez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108145 | *+ | Gloria Liliana Salazar Arbalaez, 365 River Road, Bogota, NJ 07603-1017 |
| 519108204 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0000 |
| 519108203 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 519108151 | *+ | Jose Fanibal Duque, 365 River Road, Bogota, NJ 07603-1017 |
| 519108190 | *+ | Superior Court of New Jersey, Bergen County Justice Center, Bergen County, Chancery Division, Family, Attn.: Hon. Mitchell I. Steinhart, J.S.C, 10 Main Street 5th Floor, Hackensack, NJ 07601-7042 |
| 519108202 | * | U.S. Department Of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519108213 | *+ | Weinberg & Cooper, LLC, Attn.: Melissa E. Cohen, Esq., One University Plaza 516, Hackensack, NJ 07601-6203 |
| 519108149 | ##+ | James P. Gaffigan, Court Officer, Mercer County, Law Division, Special Civ, P.O. Box 1325, Trenton, NJ 08607-1325 |
| 519108169 | ##+ | Phoenix Financial Services, LLC, P.O. Box 361450, Indianapolis, IN 46236-1450 |
| 519108168 | ##+ | Phoenix Financial Services, LLC, 8902 Otis Avenue Suite 103A, Indianapolis, IN 46216-1009 |

TOTAL: 0 Undeliverable, 13 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper  LLC ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Interested Party Melissa Cohen  Esq ap@njlawfirm.com |
| Alex A Pisarevsky | on behalf of Creditor Weinberg & Cooper LLC ap@njlawfirm.com |
| David Kromm | on behalf of Creditor The Port Authority of New York and New Jersey dkromm@panynj.gov  panylit@panynj.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin G. Soto | |

District/off: 0312-2 | User: admin | Page 7 of 7
Date Rcvd: Mar 11, 2026 | Form ID: 3180W | Total Noticed: 141

    on behalf of Creditor Gloria Liliana Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto

    on behalf of Creditor Jose Fenibal Duque-Castano yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Franklin G. Soto

    on behalf of Creditor Claudia Marcela Duque-Salazar yesenia@bsgslaw.com  sotofr96356@notify.bestcase.com

Gregory L. Van Dyck

    on behalf of Creditor NJSVS Surcharge Violation System Office gregory.vandyck@law.njoag.gov

Jeffrey A. Bronster

    on behalf of Creditor North Jersey Public Adjusters  Inc. jbronster@bronsterlaw.com

Jill Cadre

    on behalf of Creditor Cecilia Otero jill@cadrelaw.com

Jill Cadre

    on behalf of Debtor Evaristo Burdiez jill@cadrelaw.com

John Richard Voorhees, III

    on behalf of Creditor Cecilia Otero bk@focusedlaw.com
bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Marie-Ann Greenberg

    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Roger Chavez

    on behalf of Debtor Evaristo Burdiez rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17